IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHARON L. MYRICK, DDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-92C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including May 14, 2008, to respond to the complaint filed by plaintiff, Sharon L. Myrick, DDS. Our response to the complaint currently is due on April 14, 2008. This is the first request for an enlargement of time. Counsel for defendant called and left a message for plaintiff's counsel today regarding this motion and its request for relief, but was not able to speak with plaintiff's counsel prior to filing this motion.

The requested enlargement is necessary because we have not yet received the agency's litigation report, and defendant's counsel has been out of the office to perform family responsibilities associated with the birth of a child.

For the foregoing reasons, we respectfully request that the Court grant this motion for a 30-day enlargement of time, to and including May 14, 2008, for the United States to respond to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
Bryant G. Snee
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

April 11, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, a copy of foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick