# In the United States Court of Federal Claims

No. 08-92C
Filed: April 14, 2008

*************************************
*
SHARON L. MYRICK, DDS *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

Defendant's April 11, 2008 Motion For Enlargement Of Time is hereby granted. Defendant will file the Response on or before May 14, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**