IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHARON L. MYRICK, DDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-92C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including June 13, 2008, to respond to the complaint filed by plaintiff, Sharon L. Myrick, DDS. Our response to the complaint currently is due on May 14, 2008. We have made one previous request for an enlargement of 30 days for this purpose. Counsel for defendant called and left a message for plaintiff's counsel yesterday regarding this motion and its request for relief, but was not able to speak with plaintiff's counsel prior to filing this motion.

The requested enlargement is necessary because counsel for Dr. Myrick had planned to file an amended complaint on or before May 9, 2008, but has not yet done so. Counsel for Dr. Myrick has advised that he plans to file an amended complaint. Given that an amendment is contemplated by plaintiff, the requested extension of our response date will promote orderly case management and avoid the unnecessary expenditure of resources by the parties and the Court. Moreover, we anticipate requiring 30 days to review the amended complaint, investigate the allegations and claims asserted, confer and coordinate with agency counsel, and respond appropriately by answer or motion.

For the foregoing reasons, we respectfully request that the Court grant this motion for a 30-day enlargement of time, to and including June 13, 2008, for the United States to respond to the complaint or any amended complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
Bryant G. Snee
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

May 13, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, a copy of foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick