# In the United States Court of Federal Claims

No. 08-92C
Filed: May 14, 2008

*************************************
SHARON L. MYRICK, DDS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

For good cause shown, Defendant's May 13, 2008 Motion For Enlargement Of Time is hereby granted. Defendant will file the Response to Plaintiff's May 13, 2008 Amended Complaint on or before June 13, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**