IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHARON L. MYRICK, DDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-92C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR SCHEDULING ORDER CONCERNING CROSS-MOTIONS FOR JUDGMENT UPON ADMINISTRATIVE RECORD

Pursuant to Rule 52.1(a) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court enter a scheduling order concerning cross-motions for judgment upon the administrative record. The parties agree to the following proposed schedule:

1. Defendant shall file the administrative record on or before June 13, 2008.

2. Defendant's motion for judgment upon the administrative record shall be due on or before 21 days after the filing of the administrative record.

3. Plaintiff's motion for judgment upon the administrative record and response to defendant's cross-motion shall be due on or before 21 days after the filing of defendant's motion.

4. Defendant's reply in support of motion for judgment upon the administrative record and response to plaintiff's cross-motion shall be due on or before 14 days after the filing of plaintiff's motion.

5. Plaintiff's reply in support of motion for judgment upon the administrative record shall be due on or before 14 days after the filing of defendant's response.

6. On the basis of the briefing schedule set forth above, defendant need not file an answer to plaintiff's amended complaint.

Counsel for the parties have discussed this motion and its request for relief, and plaintiff's counsel has represented that plaintiff does not oppose this request. The proposed schedule will promote orderly case management and will expedite briefing of the merits.

For the foregoing reasons, we respectfully request that the Court enter the foregoing proposed schedule concerning cross-motions for judgment upon the administrative record.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

June 9, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, a copy of foregoing "DEFENDANT'S MOTION FOR SCHEDULING ORDER CONCERNING CROSS-MOTIONS FOR JUDGMENT UPON ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick