# In the United States Court of Federal Claims

No. 08-92C
Filed: June 10, 2008

*************************************
SHARON L. MYRICK, DDS *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************************

## SCHEDULING ORDER

Defendant's June 9, 2008 Unopposed Motion For Scheduling Order Concerning Cross-Motions For Judgment Upon Administrative Record is hereby granted. The following schedule is hereby entered in this case:

1. Defendant will file the Administrative Record on or before June 13, 2008.

2. Defendant's Motion For Judgment Upon The Administrative Record will be due on or before 21 days after the filing of the Administrative Record.

3. Plaintiff's Motion For Judgment Upon The Administrative Record and Response to Defendant's cross-motion will be due on or before 21 days after the filing of Defendant's motion.

4. Defendant's Reply in support of Motion For Judgment Upon The Administrative Record and Response to Plaintiff's cross-motion will be due on or before 14 days after the filing of Plaintiff's motion.

5. Plaintiff's Reply in support of Motion For Judgment Upon The Administrative Record will be due on or before 14 days after the filing of Defendant's Response.

6. On the basis of the briefing schedule set forth above, Defendant need not file an Answer to Plaintiff's Amended Complaint.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**