IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHARON L. MYRICK, DDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-92C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE THAT, pursuant to Rule 52.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, is filing the following documents: (1) the Declaration of Dr. Melvin W. Williams certifying the contents of the administrative record; and (2) the administrative record in electronic format.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

Attorneys for Defendant

OF COUNSEL:

Lisa M. Flynn
Assistant Regional Counsel
Office of General Counsel, Region X
Department of Health and Human Services
2201 Sixth Avenue, Suite 902
Seattle, WA 98121-1833

June 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, a copy of foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick