# DECLARATION

I, Dr Melvin W. Williams, hereby declare under penalty of perjury, according to laws pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am the Medical Consultant (MAB). As such, I am a custodian of records for the Medical Review Board and Medical Appeal Board.

2. To the best of my knowledge, the attached documents, labeled AR 1-00001 through AR 00174 are true and correct copies of documents maintained in the official files of the Medical Review Board and Medical Appeal Board. To the best of my knowledge, these documents constitute the administrative record relevant to the denial of LCDR Sharon Myrick's disability retirement request.

Dated: June 10, 2008

Dr Melvin W. Williams

**DR. Melvin W. Williams**
Medical Consultant