NOVEMBER 8, 2007 LETTER FROM MEDICAL AFFAIRS BRANCH TO LCDR SHARON L. MYRICK

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Program Support Center
Enterprise Support Services

# Memorandum

Date 8 November 2007

From Senior Medical Evaluations Officer, Medical Affairs Branch

Subject Medical Records and access to medical providers for Medical Appeals Board review

To LCDR Sharon Myrick

The Medical Affairs branch has received your request for a full and fair hearing. It is imperative that the Medical Appeals Board, which will conduct your full and fair hearing, be given the benefit of complete medical information regarding your case.

It is your responsibility to provide the Medical Affairs Branch (MAB) with a complete set of all medical records from all your health care providers since the onset of your disabling condition. You were directed by MAB to provide this for the Medical Review Board, whose recommendation you are now appealing. You failed to adequately arrange for the provision of your complete records, as directed by Medical Affairs Branch, for the Medical Review Board evaluation.

You were also directed to provide the Senior Medical Evaluations Officer with permission to speak to Dr. Uskavich's office in order to discuss details of your case prior to the Medical Review Board. You did not follow the directive from Medical Affairs Branch to provide that access.

According to CCPM 43.7 Instruction 1 page 6, an officer's commission may be terminated if the officer refuses to supply requested medical information to Medical Affairs Branch as part of a fitness for duty evaluation.

I again direct you to provide Medical Affairs Branch with a complete set of all your medical records including those from Dr. Uskavitch's office. You are directed to supply all medical records, that have not already been supplied by your providers, to Medical Affairs Branch from the onset of your condition to the date of the Medical Appeals Board. Any medical records written or recorded since the last submission of medical records from any of your providers must be provided for review. You are also again directed by Medical Affairs Branch to provide permission to Dr. Uskavitch and his staff to discuss your case with the Senior Medical Evaluations Officer prior to the Medical Appeals Board. You are also directed to fax or mail a copy of the signed release of information forms you supply to each of your providers requesting that they submit their records directly to Medical Affairs Branch. These copies of the release of information forms must be sent to Medical Affairs Branch at the same time they are submitted to your providers. This includes the release of information for the Senior Medical Evaluations Officer to speak with Dr. Uskavitch's staff. All medical records must be sent directly to Medical Affairs Branch from your healthcare providers and must be received by Medical Affairs Branch prior to three days before the date of the Medical Appeals Board.

Please telephone the Senior Medical Evaluations Officer at 301 594 3549 if you have any questions.

Vito Caserta M.D., M.P.H.
CAPT, USPHS
Senior Medical Evaluations Officer
Medical Affairs Branch
Room 4C-04 Parklawn Building

5600 Fishers Lane
Rockville, Maryland 20857
Phone 1301 594 3549
Fax 1800 535 7691

# DECEMBER 6, 2008 MEDICAL APPEAL BOARD REPORT

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE

# FULL & FAIR HEARING APPEALS BOARD

In accordance with the powers invested in this Board under PHS Commissioned Corps Personnel Manual, CCPM Regulation, INSTRUCTION 1, Subchapter CC49.3, the Medical Review Board on this date considered the medical file on referred subject for the following reason:

Full and Fair Hearing

The Board finds: LCDR Sharon L. Myrick

☐ MEDICALLY QUALIFIED

☐ WITH RESTRICTION ON TYPE OF ASSIGNMENT

☐ LIMITED TO ________ MONTHS ☐ WITH ☐ WITHOUT OPTION FOR EXTENSION

☒ MEDICALLY NOT QUALIFIED

RECOMMENDS ☐ TEMPORARY DISABILITY RETIREMENT ☐ INITIAL ☐ CONTINUATION

☐ PERMANENT DISABILITY RETIREMENT

☐ TEMPORARILY UNFIT EXTEND SICK LEAVE _______ DAYS

☒ SEPARATION – WITHOUT BENEFITS

☐ UNSUITABLE

MEDICAL CONDITIONS AND COMMENTS

PHS Medical Appeals Board convened for the Full-and-Fair Hearing on 6 December 2007 and reviewed all pertinent medical records and the officer's statement, as well as the testimony of the officer in response to questions from her attorneys and Board members. The Medical Appeals Board fully agreed with the findings of the Medical Review Board. The Medical Appeals Board found that the officer is not fit for duty because she is unable to perform the duties of her rank, category, and billet.

The Medical Appeals Board unanimously recommended that the officer be separated without benefits since the onset of the condition of Multiple Sclerosis was prior to her call to active duty and she was receiving significant therapy for this condition prior to entering the Corps. The officer did not disclose this serious condition or therapy, as is required, at the time of her application to the Corps. The Appeals Board unanimously agreed that she withheld information from the Corps which would have established the preexistence of the disabling condition. The Appeals Board also agreed that her service did not aggravate her pre-existing condition and the exacerbation that she was experiencing in 2007 was considered to be a natural progression or part of the natural history for her disease. The Appeals board was unanimous in its opinion and recommendation that the officer's disabling condition was not service related.

BOARD MEMBERS

6 DEC 2007
Date of Report

1. [signature]
2. [signature]
3. [signature]
4. ____

APPROVED:

[signature]

1/2/08
Date of Approval

RADM Steven K. Galson, Acting Surgeon General

DEPARTMENT OF HEALTH AND HUMAN SERV.
PUBLIC HEALTH SERVICE

# FULL & FAIR HEARING APPEALS BOARD

In accordance with the powers invested in this Board under PHS Commissioned Corps Personnel Manual, CCPM Regulation, INSTRUCTION 1, Subchapter CC49.3, the Medical Review Board on this date considered the medical file on referred subject for the following reason:

Full and Fair Hearing

The Board finds: LCDR Sharon L. Myrick

☐ MEDICALLY QUALIFIED

☐ WITH RESTRICTION ON TYPE OF ASSIGNMENT

☐ LIMITED TO ________ MONTHS ☐ WITH ☐ WITHOUT OPTION FOR EXTENSION

☒ MEDICALLY NOT QUALIFIED

RECOMMENDS ☐ TEMPORARY DISABILITY RETIREMENT ☐ INITIAL ☐ CONTINUATION

☐ PERMANENT DISABILITY RETIREMENT

☐ TEMPORARILY UNFIT EXTEND SICK LEAVE ________ DAYS

☒ SEPARATION – WITHOUT BENEFITS

☐ UNSUITABLE

MEDICAL CONDITIONS AND COMMENTS

Page 2 – LCDR Sharon L. Myrick

The Medical Appeals Board unanimously agreed with the Medical Review Board's assessment of a total combined disability of zero percent.

| VASRD# | Rating |
|---|---|
| 8018 Multiple Scleosis | 0% |
| 5257 Knee impairment | 0% |
| Total Present Combined Disability | 0% |

BOARD MEMBERS

Date of Report

1.________________ 3.________________

2.________________ 4.________________

APPROVED:

RADM Steven K. Galson, Acting Surgeon General

1/2/08
Date of Approval

# MEDICAL RECORDS

# REPORT OF MEDICAL HISTORY

(This information is for official and medically confidential use only and will not be released to unauthorized persons.)

Form Approved
OMB No. 0704-0413
Expires Aug 31, 2003

The public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0413), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.
PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM AS INDICATED ON PAGE 2.

## PRIVACY ACT STATEMENT

AUTHORITY: 10 USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397.
PRINCIPAL PURPOSE(S): To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members from the Armed Forces.
ROUTINE USE(S): None.
DISCLOSURE: Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

WARNING: The information you have given constitutes an official statement. Federal law provides severe penalties (up to 5 years confinement or a $10,000 fine or both), to anyone making a false statement. If you are selected for enlistment, commission, or entrance into a commissioning program based on a false statement, you can be tried by military courts-martial or meet an administrative board for discharge and could receive a less than honorable discharge that would affect your future.

1. LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX): CARTER SHARON LAGRANDE

2. SOCIAL SECURITY NUMBER: [redacted]

3. TODAY'S DATE (YYYYMMDD): 2004 10 16

4.a. HOME ADDRESS (Street, Apartment No., City, State, and ZIP Code): [redacted] Nashville, Tn. 37217

b. HOME TELEPHONE (Include Area Code): [redacted]

5. EXAMINING LOCATION AND ADDRESS (Include ZIP Code): N&MCRC CHATTANOOGA TN 4051 AMNICOLA HWY 37406

X ALL APPLICABLE BOXES

6.a. SERVICE: Army / Navy ✓ / Marine Corps / Air Force / Coast Guard — CC

b. COMPONENT: Active Duty / Reserve / National Guard

c. PURPOSE OF EXAMINATION: Enlistment / Commission [X] / Retention / Separation / Medical Board / Retirement / U.S. Service Academy / ROTC Scholarship Program / Other (Specify)

7.a. POSITION (Title, Grade, Component): Dental officer

b. USUAL OCCUPATION: Dentist

8. CURRENT MEDICATIONS (Prescription and Over-the-counter): I am in good health

9. ALLERGIES (Including insect bites/stings, foods, medicine or other substance): None

Mark each item "YES" or "NO". Every item marked "YES" must be fully explained in Item 29 on Page 2.

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO |
|---|---|---|
| 10.a. Tuberculosis | | X |
| b. Lived with someone who had tuberculosis | | X |
| c. Coughed up blood | | X |
| d. Asthma or any breathing problems related to exercise, weather, pollens, etc. | | X |
| e. Shortness of breath | | X |
| f. Bronchitis | | X |
| g. Wheezing or problems with wheezing | | X |
| h. Been prescribed or used an inhaler | | X |
| i. A chronic cough or cough at night | | X |
| j. Sinusitis | | X |
| k. Hay fever | | X |
| l. Chronic or frequent colds | | X |
| 11.a. Severe tooth or gum trouble | | X |
| b. Thyroid trouble or goiter | | X |
| c. Eye disorder or trouble | | X |
| d. Ear, nose, or throat trouble | | X |
| e. Loss of vision in either eye | | X |
| f. Worn contact lenses or glasses | X (See 10/14/04) | |
| g. A hearing loss or wear a hearing aid | | X |
| h. Surgery to correct vision (RK, PRK, LASIK, etc.) | | X |
| 12.a. Painful shoulder, elbow or wrist (e.g. pain, dislocation, etc.) | | X |
| b. Arthritis, rheumatism, or bursitis | | X |
| c. Recurrent back pain or any back problem | | X |
| d. Numbness or tingling | | X |
| e. Loss of finger or toe | | X |

| 12. (Continued) | YES | NO |
|---|---|---|
| f. Foot trouble (e.g., pain, corns, bunions, etc.) | | X |
| g. Impaired use of arms, legs, hands, or feet | | X |
| h. Swollen or painful joint(s) | | X |
| i. Knee trouble (e.g., locking, giving out, pain or ligament injury, etc.) | | X |
| j. Any knee or foot surgery (including arthroscopic and the use of a scope) to any bone or joints | | X |
| k. Any need to use corrective devices such as prosthetic devices, knee brace(s), back support(s), lifts or orthotics, etc. | | X |
| l. Bone, joint, or other deformity | | X |
| m. Plate(s), screw(s), rod(s) or pin(s) in any bone | | X |
| n. Broken bone(s) (cracked or fractured) | | X |
| 13.a. Frequent indigestion or heartburn | | X |
| b. Stomach, liver, intestinal trouble, or ulcer | | X |
| c. Gall bladder trouble or gallstones | | X |
| d. Jaundice or hepatitis (liver disease) | | X |
| e. Rupture/hernia | | X |
| f. Rectal disease, hemorrhoids or blood from the rectum | | X |
| g. Skin diseases (e.g. acne, eczema, psoriasis, etc.) | | X |
| h. Frequent or painful urination | | X |
| i. High or low blood sugar | | X |
| j. Kidney stone or blood in urine | | X |
| k. Sugar or protein in urine | | X |
| l. Sexually transmitted disease (syphilis, gonorrhea, chlamydia, genital warts, herpes, etc.) | | X |
| 14.a. Adverse reaction to serum, food, insect stings or medicine | | X |
| b. Recent unexplained gain or loss of weight | | X |
| c. Currently in good health (If no, explain in Item 29 on Page 2.) | X | |
| d. Tumor, growth, cyst, or cancer | | X |



AR 00053

L... ...ME, FIRST NAME, MIDDLE NAME (SUFFIX)

CARTER Sharon LaGrande

SOCIAL SECURITY NUMBER

[redacted]

Mark each item "YES" or "NO". Every item marked "YES" must be fully explained in Item 29 below.

HAVE YOU EVER HAD OR DO YOU NOW HAVE: YES NO

15. a. Dizziness or fainting spells
b. Frequent or severe headache
c. A head injury, memory loss or amnesia
d. Paralysis
e. Seizures, convulsions, epilepsy or fits
f. Car, train, sea, or air sickness
g. A period of unconsciousness or concussion
h. Meningitis, encephalitis, or other neurological problems

16. a. Rheumatic fever
b. Prolonged bleeding *(as after an injury or tooth extraction, etc.)*
c. Pain or pressure in the chest
d. Palpitation, pounding heart or abnormal heartbeat
e. Heart trouble or murmur
f. High or low blood pressure

17. a. Nervous trouble of any sort *(anxiety or panic attacks)*
b. Habitual stammering or stuttering
c. Loss of memory or amnesia, or neurological symptoms
d. Frequent trouble sleeping
e. Received counseling of any type
f. Depression or excessive worry
g. ... evaluated or treated for a mental condition
h. ...empted suicide
i. Used illegal drugs or abused prescription drugs

18. FEMALES ONLY. Have you ever had or do you now have:
a. Treatment for a gynecological (female) disorder
b. A change of menstrual pattern
c. Any abnormal PAP smears
d. First day of last menstrual period *(YYYYMMDD)*
e. Date of last PAP smear *(YYYYMMDD)*

YES NO

19. Have you been refused employment or been unable to hold a job or stay in school because of:
a. Sensitivity to chemicals, dust, sunlight, etc.
b. Inability to perform certain motions
c. Inability to stand, sit, kneel, lie down, etc.
d. Other medical reasons *(If yes, give reasons.)*

20. Have you ever been treated in an Emergency Room? *(If yes, for what?)*

21. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)*

22. Have you ever had, or have you been advised to have any operations or surgery? *(If yes, describe and give age at which occurred.)* 15/16/04

23. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)*

24. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)*

25. Have you ever been rejected for military service for any reason? *(If yes, give date and reason for rejection.)*

26. Have you ever been discharged from military service for any reason? *(If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability.)*

27. Have you ever received, is there pending, or have you ever applied for pension or compensation for any disability or injury? *(If yes, specify what kind, granted by whom, and what amount, when, why.)*

28. Have you ever been denied life insurance?

29. EXPLANATION OF "YES" ANSWER(S) *(Describe answer(s), give date(s) of problem, name of doctor(s) and/or hospital(s), treatment given and current medical status.)*

11f. Glasses and Contacts vision corrected

16. f HBP, only every now and then Med ↓ Makede PRN

18 a fibroid / Laparascopy 1992 Baptist Hospital Nashville, Tn. / Ectopic Pregnancy
no condition since

fibroid 1996 Albuquerque NM no condition since

26 Discharge Honorable / Navy ; USPHS - Tours complete

AR 00054

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL PERSONNEL ONLY."

NAVHOSP JACKSONVILLE FL
Personal Data - Privacy Act of 1974 (PL 93-579) 04 Oct 2004@0853 Page
PATIENT LAB INQUIRY
For: 25 Aug 04 - 04 Oct 04
Report requested by: BOUNTY,BRANDY M

---

CARTER,SHARON [redacted] F/[redacted] Reg #:
Ph: Military Unit: NMCRC CHATNOOGA

---

[redacted] Col: 15Sep04@0700 SERUM
Hcp: REMOTE,LAB DOC
Order comment: CHATTANOOGA Req Loc: OTHER MI
HBs AB. . . . . . . 11.3 (see-interp) mIU/mL C:JTW17Sep04@1306
Interpretations:
Reference Range: > 11 mIU/mL --> IMMUNE (+ for HBsAb)
9 - 11 mIU/mL --> INDETERMINATE *
< 9 mIU/mL --> NON-IMMUNE (= for HBsAb)

* For indeterminate result the mfr recommends waiting 3-4 weeks then recollecting serum for retest. At that point an increase would correlate with recent, natural or vaccine-induced sero-conversion.
HAV IGM . . . . . . . . . (NEGATIVE) C:JAF01Oct04@1137
NEGATIVE
Interpretations:
NEGATIVE result means the patient is nonreactive for IgM anti-HAV
POSITIVE result means the patient is reactive

Patients exhibiting "Gray Zone" results should be monitored closely over time (~one week intervals)to distinguish rising IgM (associated with acute hepatitis A infection) from falling or unchanging IgM (assoc with recovery).

---

L=Lo H=Hi *=Critical R=Resist S=Susc MS=Mod Susc I=Intermed
Uncert /A=Amended Comments= (O)rder, (I)nterpretations, (R)esult

---

AR 00055

LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX): Carter Sharon LaGrande

SOCIAL SECURITY NUMBER: [redacted]

74.a. EXAMINEE/APPLICANT *(check one)*

X IS QUALIFIED FOR SERVICE

IS NOT QUALIFIED FOR SERVICE

75. I have been advised of my disqualifying condition.

a. SIGNATURE OF EXAMINEE [signature]

b. DATE *(YYYYMMDD)* 20041016 10-16-04

b. PHYSICAL PROFILE

| P | U | L | H | E | S | X | PROFILER INITIALS | DATE *(YYYYMMDD)* |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

76. SIGNIFICANT OR DISQUALIFYING DEFECTS

| ITEM NO. | MEDICAL CONDITION/DIAGNOSIS | ICD CODE | PROFILE SERIAL | RBJ DATE *(YYYYMMDD)* | QUALIFIED | DISQUALIFIED | EXAMINER INITIALS | WAIVER RECEIVED SERVICE | WAIVER RECEIVED DATE *(YYYYMMDD)* |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

77. SUMMARY OF DEFECTS AND DIAGNOSES *(List diagnoses with item numbers) (Use additional sheets if necessary.)*

① Laparascopic procedure for ectopic pregnancy. No problems now
② BP occasionally elevated & uses Maxide prn and only rarely occurs when doesn't exercise for extended period
③ h/o fibroid tumor removed 1996

78. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED *(Specify) (Use additional sheets if necessary.)*

None
Cont regular f/u c̄ primary physician & annual PAP & mammogram

79. MEPS WORKLOAD *(For MEPS use only)*

| WKID | ST | DATE *(YYYYMMDD)* | INITIAL | WKID | ST | DATE *(YYYYMMDD)* | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

| 80. MEDICAL INSPECTION DATE | HT | WT | %BF | MAX WT | HCG | QUAL | DISQ | PHYSICIAN'S SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

81.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER: Jon Risley, MD

b. SIGNATURE: LCDR J Risley, USNR

82.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER

b. SIGNATURE

83.a. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN *(Indicate which)*: Dr. Conrad Douglas

b. SIGNATURE [signature]

84.a. TYPED OR PRINTED NAME OF REVIEWING OFFICER/APPROVING AUTHORITY: SAB

b. SIGNATURE: SAB

85. This examination has been administratively reviewed for completeness and accuracy.

a. SIGNATURE [signature]

b. GRADE: O4

c. DATE *(YYYYMMDD)*: 20041016

86. WAIVER GRANTED *(If yes, date and by whom)*

☐ YES

☐ NO

87. NUMBER OF ATTACHED SHEETS

DD FORM 2808, JAN 2003

AR 00056

# REPORT OF MEDICAL EXAMINATION

1. DATE OF EXAMINATION (YYYYMMDD): 2004 10 17

2. SOCIAL SECURITY NUMBER: [redacted]

PRIVACY ACT STATEMENT

**AUTHORITY:** 10 USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397.
**PRINCIPAL PURPOSE(S):** To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members from the Armed Forces.
**ROUTINE USE(S):** None.
**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

3. LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX): Carter Sharon LaGrande

4. HOME ADDRESS (Street, Apartment Number, City, State and ZIP Code): [redacted] Nashville, Tn. 37217

5. HOME TELEPHONE NUMBER (Include Area Code): [redacted]

6. GRADE: 04

7. DATE OF BIRTH (YYYYMMDD): [redacted]

8. AGE: [redacted]

9. SEX: [X] Female [ ] Male

10.a. RACIAL CATEGORY (X one or more): [ ] American Indian or Alaska Native [ ] Asian [ ] Black or African American [ ] White [ ] Native Hawaiian or Other Pacific Islander [ ] Decline to Respond

b. ETHNIC CATEGORY: [ ] Hispanic/Latino [ ] Not Hispanic/Latino [ ] Decline to Respond

11. TOTAL YEARS GOVERNMENT SERVICE: a. MILITARY: 11 b. CIVILIAN:

12. AGENCY (Non-Service Members Only): USNR

13. ORGANIZATION UNIT AND UIC/CODE: USNR

14.a. RATING OR SPECIALTY (Aviators Only):
b. TOTAL FLYING TIME:
c. LAST SIX MONTHS:

15.a. SERVICE: [ ] Army [ ] Coast Guard [ ] Navy CC ✓ [ ] Marine Corps [ ] Air Force

b. COMPONENT: [X] Active Duty [ ] Reserve [ ] National Guard

c. PURPOSE OF EXAMINATION: [ ] Enlistment [X] Commission [ ] Retention [ ] Separation [ ] Medical Board [ ] Retirement [ ] U.S. Service Academy [ ] ROTC Scholarship Program [ ] Other

16. NAME OF EXAMINING LOCATION, AND ADDRESS (Include ZIP Code): NEMRC CHATTANOOGA TN 4051 Amnicola Hwy 37406

**CLINICAL EVALUATION** *(Check each item in appropriate column. Enter "NE" if not evaluated.)*

| | Normal | Abnorm | NE |
|---|---|---|---|
| 17. Head, face, neck, and scalp | ✓ | | |
| 18. Nose | ✓ | | |
| 19. Sinuses | ✓ | | |
| 20. Mouth and throat | ✓ | | |
| 21. Ears - General (Int. and ext. canals/Auditory acuity under item 71) | ✓ | | |
| 22. Drums (Perforation) | ✓ | | |
| 23. Eyes - General (Visual acuity and refraction under items 61 - 63) | ✓ | | |
| 24. Ophthalmoscopic | ✓ | | |
| 25. Pupils (Equality and reaction) | ✓ | | |
| 26. Ocular motility (Associated parallel movements, nystagmus) | ✓ | | |
| 27. Heart (Thrust, size, rhythm, sounds) | ✓ | | |
| 28. Lungs and chest (Include breasts) | ✓ | | |
| 29. Vascular system (Varicosities, etc.) | ✓ | | |
| 30. Anus and rectum (Hemorrhoids, Fistulae) (Prostate if indicated) | | | ✓ |
| 31. Abdomen and viscera (Include hernia) | ✓ | | |
| 32. External genitalia (Genitourinary) | | | ✓ |
| 33. Upper extremities | ✓ | | |
| 34. Lower extremities (Except feet) | ✓ | | |
| 35. Feet (See Item 35 Continued) | ✓ | | |
| 36. Spine, other musculoskeletal | ✓ | | |
| 37. Identifying body marks, scars, tattoos | ✓ | | |
| 38. Skin, lymphatics | ✓ | | |
| 39. Neurologic | ✓ | | |
| 40. Psychiatric (Specify any personality deviation) | ✓ | | |
| 41. Pelvic (Females only) | | | ✓ |
| 42. Endocrine | ✓ | | |

43. DENTAL DEFECTS AND DISEASE (Please explain. Use dental form if completed by dentist. If dental examination not done by dental officer, explain in Item 44.)
[✓] Acceptable
[ ] Not Acceptable Class ____

44. NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

Breast exam and Gyn exam done at patients gynecologist and will be forthcoming

AR 00057

35. FEET (Continued) (Circle category): (Normal Arch) Pes Cavus Pes Planus | Mild Moderate Severe | Asymptomatic Symptomatic

| LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| Carter Sharon La Grande | [redacted] |

**LABORATORY FINDINGS**

| 45. URINALYSIS | a. Albumin Neg / b. Sugar Neg | 46. URINE HCG (−) | 47. H/H | 48. BLOOD TYPE O pos |
|---|---|---|---|---|

| TESTS | RESULTS | HIV SPECIMEN ID LABEL | DRUG TEST SPECIMEN ID LABEL |
|---|---|---|---|
| 49. HIV | Neg 14/7/2004 | | |
| 50. DRUGS | | | |
| 51. ALCOHOL | | | |
| 52. OTHER | | | |
| a. PAP SMEAR | 20/7/2004 Negative | | |
| b. Mammogram | pending | | |
| c. | | | |

**MEASUREMENTS AND OTHER FINDINGS**

| 53. HEIGHT | 54. WEIGHT | 55. MIN WGT - MAX WGT | MAX BF % | 56. TEMPERATURE | 57. PULSE |
|---|---|---|---|---|---|
| 64" | 134 lbs. | | | 98.3 | 66 |

| 58. BLOOD PRESSURE a. 1ST | b. 2ND | c. 3RD | 59. RED/GREEN *(Army Only)* | 60. OTHER VISION TEST |
|---|---|---|---|---|
| SYS. 110 | SYS. | SYS. | | |
| DIAS. 60 | DIAS. | DIAS. | | |

| 61. DISTANT VISION | | 62. REFRACTION BY AUTOREFRACTION OR MANIFEST | | | 63. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| Right 20/ 30 | Corr. to 20/ | By | S. | CX | Right 20/ | Corr. to 20/ | by |
| Left 20/ 25 | Corr. to 20/ | By | S. | CX | Left 20/ | Corr. to 20/ | by |

64. HETEROPHORIA *(Specify distance)*

| ES° | EX° | R.H. | L.H. | Prism div. | Prism Conv CT | NPR | PD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 65. ACCOMMODATION | | 66. COLOR VISION *(Test used and result)* | 67. DEPTH PERCEPTION *(Test used and score)* AFVT | |
|---|---|---|---|---|
| Right | Left | PIP /14 | Uncorrected | Corrected |

| 68. FIELD OF VISION | 69. NIGHT VISION *(Test used and score)* | 70. INTRAOCULAR TENSION O.D. | O.S. |
|---|---|---|---|
| | | | |

71a. AUDIOMETER Unit Serial Number — Date Calibrated *(YYYYMMDD)*

| HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
|---|---|---|---|---|---|---|
| Right | 5 | 10 | 15 | – | 15 | 5 |
| Left | 10 | 15 | 0 | – | 20 | 5 |

71b. Unit Serial Number — Date Calibrated *(YYYYMMDD)*

| HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
|---|---|---|---|---|---|---|
| Right | | | | | | |
| Left | | | | | | |

72a. READING ALOUD TEST — SAT / UNSAT

72b. VALSALVA — SAT / UNSAT

73. NOTES *(Continued)* AND SIGNIFICANT OR INTERVAL HISTORY *(Use additional sheets if necessary.)*

Total Chol - 188
LDL 128
HDL 47
Triglycerides 64
Gluc - 99

Labs from 4/2004 as are Audiometer & Vision

Normal physical

AR 00058

| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| Carter Sharon LaGrande | [redacted] |

**30. EXAMINER'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA** *(Physician/practitioner shall comment on all positive answers in questions 10 - 29. Physician/practitioner may develop by interview any additional medical history deemed important, and record any significant findings here.)*

a. COMMENTS

- Reviewed c̄ patient prior comments & nothing to add.

[signature]

**AR 00059**

| b. TYPED OR PRINTED NAME OF EXAMINER *(Last, First, Middle Initial)* | c. SIGNATURE | d. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|
| Currier, Kevyn B. | HM3 Kevyn B Currier | 20041016 |

DEPARTMENT OF HEALTH AND HUMAN SERVICES ...ram Support Center

Medical Affairs Branch/OCCSS
5600 Fishers Lane, Rm. 4C-04
Rockville, MD 20857-0001

Date: OCT 16 2007

From: Senior Medical Evaluations Officer
Medical Affairs Branch

**Attachment # 1.**

Subject: Medical Review Board Results

To: LCDR Sharon Myrick
20 West 121
New York, NY 10027

COPY

The PHS Medical Review Board (MRB) has found you **not fit for duty**. A copy of the Board report is enclosed for your information; however, the MRB Report is not official until approved by the Acting Surgeon General.

In your case, you and your duty station requested the fitness evaluation and you were found not fit for duty. According to the Commissioned Corps Personnel Manual (CCPM) pamphlet No. 47 "Disability Evaluation Manual for the Commissioned Corps of the U.S. Public Health Service" (JUL1999), page 17, an officer has the right to appeal if:

1. The officer requested the fitness evaluation and the PHS MRB finds him/her fit for duty.
2. The program official or Director, DCP, requested the fitness evaluation and the officer is found unfit.
3. The officer disagrees with the rating of his/her disability.
4. The officer, program, or Director, DCP, requested the fitness evaluation and the officer is found unsuitable for service.

Indicate your intent by checking the appropriate boxes **(Section I and page 1)** on the enclosed form and return the signed form. Failure to inform Medical Affairs Branch within **7 days** will result in forfeiture of your ability to appeal. In accordance with PHS Regulation 21.192, you have **30 days** from the receipt of this memorandum in which to submit a formal written, complete statement of appeal which addresses all matters, materials, or facts at issue. For your information, a "Full and Fair Hearing Fact Sheet" is enclosed.

If you have any questions concerning the contents of this memorandum or any other matter pertaining to your retirement, please call me. A facsimile of all reports is encouraged. My telephone number is (301) 594-2052 and the FAX number is (301) 594-3299. Our mailing address is:

Medical Affairs Branch/OCCSS
**Attn: Senior Medical Evaluations Officer**
5600 Fishers Lane, Rm. 4C-04
Rockville, MD 20857-0001

Vito M. Caserta, M.D., M.P.H.
CAPT, USPHS

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE

# MEDICAL REVIEW BOARD REPORT

In accordance with the powers invested in this Board under PHS Commissioned Corps Personnel Manual, CCPM Regulation, INSTRUCTION 1, Subchapter CC49.3, the Medical Review Board on this date considered the medical file on referred subject for the following reason:

FITNESS FOR DUTY

The Board finds: LCDR Sharon Myrick

☐ MEDICALLY QUALIFIED
☐ WITH RESTRICTION ON TYPE OF ASSIGNMENT
☐ LIMITED TO ________ MONTHS ☐ WITH ☐ WITHOUT OPTION FOR EXTENSION

☒ MEDICALLY NOT QUALIFIED
RECOMMENDS ☐ TEMPORARY DISABILITY RETIREMENT ☐ INITIAL ☐ CONTINUATION
☐ PERMANENT DISABILITY RETIREMENT
☐ TEMPORARILY UNFIT EXTEND SICK LEAVE ________ DAYS

☐ UNSUITABLE ☒ SEPARATION

MEDICAL CONDITIONS AND COMMENTS

USPHS Medical Review Board (MRB) convened on 27 September 2007 and reviewed all pertinent past medical records and the officer's statement and determined that the officer is considered unfit for duty. The officer is unable to perform the duties of her rank, category, and billet. This officer was recommended for separation since the onset of the condition of Multiple Sclerosis was prior to her call to active duty. This information was not disclosed as is required at the time of her application and call to active duty. In addition, the officer did not disclose other significant chronic conditions such as knee pain. At the time of her application she withheld information which would have established the preexistence of the disabling condition. This pre-existing condition was not aggravated by her service and her exacerbation was considered to be a natural progression of her disease. The disabling condition of Multiple Sclerosis therefore is not service related. The officer did not comply with the Medical Affairs Branch directive to allow her neurologists to speak with the Senior Medical Evaluations Officer about her medical condition and she failed to provide all the medical records she was directed to provide. The fitness for duty evaluation was initiated by both the duty station and the officer citing an inability to come to work.

| VASRD# | Rating |
|---|---|
| 8018 Multiple Scleosis | 0% |
| 5257 Knee impairment | 0% |
| **Total Present Combined Disability** | **0%** |

BOARD MEMBERS

27-SEPT-2007
Date of Report

1. 3.
2. 4.

APPRO

Date of Approval

RADM Kenneth P. Moritsugu, Acting Surgeon General

# Attachment # 2

June 15, 2007

Mr. Ron Moss
Division Director, Region II
HRSA\Office of Performance Review
Room 3337, 26 Federal Plaza
New York, New York
10278

Dear Mr. Moss:

I am very sad that I have to inform you that my doctor has advised me that my health will no longer permit me to keep up a full-time job. It's no secret that I haven't been well -- I have had to take a considerable amount of sick time, as you know -- but I had hoped that things would get better. However, this has not been the case. I can no longer keep up the standard of work that I have always maintained—as my energy level is getting so low --thus making it hard to get through each day.

I have enjoyed working with everyone at the HRSA/OPR New York Regional Office and have learned a great deal, and my departure is in no way is a reflection on the organization--but rather due to recent changes in my health. Therefore, please be informed that I am going to request medical retirement from the USPHS Commissioned Corp. As you can imagine, this was not an easy decision and took a lot of consideration.

I wish you and the OPR team, every good fortune, and I would like to thank you for having me as a part of your team. It is indeed a very painful exit for me. I have served and love the United States Public Health Service very dearly.

Yours sincerely,

Sharon LaGrande Myrick
Senior Public Health Analyst

Cc: Captain Margaret Lee
Chief Operating Officer,
Medical Affairs: USPHS

20 West 121st – New York\New York – 10027 – Phone: 212-283-1481

**019220029 MYRICK, SHARON L** (09/16/1958 - then 48YO F)

**IMG Notes** 2007/08/09 15:12 By: **Uskavitch, David** (Last modified by Anderson, Janice L) Indexed by: ande69j

Document note: Outside Medical Record **P.1** P.2 All pages . Full size

## NEUROLOGIC CONSULTANTS, P.C.

019220029

8-9-07

GARY W. DUNCAN, M.D.
ALFRED S. CALLAHAN, III, M.D.

DAVID R. USKAVITCH, M.D.
BRIAN M. THOMPSON, M.D.
STEVEN D. GRAHAM, M.D.

NEUROLOGIC CONSULTATION

DATE: 11-27-00

NAME: SHARON CARTER, DDS

CONSULTANT: GARY W. DUNCAN, M.D.

Ms. Carter is a [redacted] year old dentist on the Meharry Medical College faculty. She has enjoyed good health, except for mild hypertension for which she takes Maxzide. There is also a history since age six of amblyopia, OD. She also had a head injury in the summer of 2000 when she fell out of a chair and hit her head on the floor.

The day after Thanksgiving, during the morning, she realized when she was talking to her mother on the telephone that her speech was slurred. She noted no other neurologic symptom in spite of careful neurologic review. She remembers talking on the telephone up to approximately 1:00 a.m. on that morning and had no difficulty prior to the incident when talking to her mother. Since that time, her symptoms have remained the same. She was seen at Metro Hospital later on that day and an MRI scan was said to be positive and I spoke to her on several occasions since then and arranged for her to be seen here this afternoon.

PAST HISTORY: Medications: Maxzide, multi-vitamins, folic acid.

ALLERGIES: No known drug allergies.

REVIEW OF SYSTEMS: She has had no chest pain, shortness of breath, history of MI, stroke, headaches, seizures, GERD, phlebitis, arthritis, or skin rash. She has not had any diplopia, vertigo, paresthesias, ataxia, or weakness. She has had right ptosis since childhood.

PREVIOUS SURGERY: She has had a cervical biopsy for pre-cancerous cells. She has had a laparoscopy, right fallopian tube removed and a myomectomy.

SOCIAL HISTORY: She is divorced. She lives in Nashville alone. She is a dentist. She is on the dental faculty at Meharry. She does not use tobacco, but she does use caffeine and occasional alcoholic beverage.

PHYSICAL EXAMINATION: Blood pressure is 130/90, pulse is 60 and regular. She is a healthy-appearing, well-developed, well-nourished African-American woman in no distress. She does have ptosis O.D.

PLEASE RESPOND TO:
X PHYSICIANS PARK BUILDING • SUITE 123 • 2400 PATTERSON ST. • NASHVILLE, TN 37203 • PHONE: (615) 329-9444 • FAX: (615) 320-5007
ST. THOMAS MEDICAL PLAZA E. • SUITE 500 • 4230 HARDING RD. • NASHVILLE, TN 37205 • PHONE: (615) 298-4489 • FAX: (615) 298-4699

**019220029 MYRICK, SHARON L** (09/16/1958 - 49YO F)
**IMG Notes 2007/08/09 15:12** By: **Uskavitch, David** (Last modified by Anderson, Janice L) Indexed by: ande69j
Document note: Outside Medical Record P.1 **P.2** All pages Full size

Neurologic Consultation
RE: SHARON CARTER, DDS
Page Two

which, according to her family who are with her today, has not changed over the years. I do not see in her right eye well and her left eye appears normal. The ocular movements are full. There is an afferent pupillary defect on the right. Facial sensation and motility are normal. Tongue and palate operate in the midline. She has good lingual and guttural sounds. However, she has some difficulty with labial sounds. There is a dysarthria and a hesitancy of her speech. There is no drift of the outstretched arms. She is strong bilaterally. There is slight increased reflexes in the left arm and left leg, although there are Hoffman's signs bilaterally. Babinski's signs are absent. Sensation is intact to pin-prick, vibration, temperature and touch. The gait is normal. She can hop on either foot.

I reviewed the MRI at Metro Hospital this morning. She has six edematous spots in her brain seen on T2 and FLAIR techniques. Many of these spots are periventricular and radiate perpendicularly from the ventricular wall. No lesions are seen in the posterior fossa.

IMPRESSION: 1. DYSARTHRIA, MOST LIKELY SECONDARY TO MULTIPLE SCLEROSIS, BASED ON SYMPTOMS AND MRI FINDINGS.
2. SUSPECT THAT THE RIGHT PTOSIS AND RIGHT PUPILLARY AFFERENT DEFECT ARE DUE TO CONGENITAL PROBLEMS AS MENTIONED ABOVE.

PLAN: She will have a lumbar puncture today or tomorrow for evaluation of MS. I will be back in touch with her following completion of the studies.

GARY W. DUNCAN, M.D.

GWD:sd

AR 00065

**019220029 MYRICK, SHARON L** (09/16/1958 - then 45YO F)
**IMG Notes 2004/03/31 15:12** By: **Uskavitch, David** (Last modified by Anderson, Janice L) Indexed by: ande69j
Document note: Outside Medical Record **P.1** All pages Full size

***David R. Uskavitch, M.D.***
*Neurologic Consultants*
*St. Thomas Neurosciences Institute*
*4230 Harding Road*
*Suite 301*
*Nashville, TN 37205*
*Phone: (615)298-4489 Fax: (615)298-4699*

**Neurology Office Visit Note**

**Patient:** Sharon L. Carter
**Date:** March 31, 2004
**Referring Physician:** **Fax:**

**Diagnosis:** multiple sclerosis

**History:** I have assumed her neurologic care from Dr. Duncan. I reviewed her neurologic records. She had an initial demyelinating event in 11/00 manifest as dysarthria. Cranial MRI showed 6 demyelinating lesions and CSF was positive for oligoclonal bands. She has been on disease-modifying therapy with Avonex for the past three years and has had no recurrent relapses or symptoms of disease progression. She has had no problems with fatigue, depression, or bladder dysfunction.

**Examination:** mild right ptosis = chronic, good extra ocular movements, no sensory motor or reflex abnormality

**Plan:** Continue immunomodulator treatment with Avonex 30 mcg weekly. Schedule a repeat surveillance MRI-assess demyelinating disease activity/burden of disease.

**SIGNED ELECTRONICALLY BY DAVID R. USKAVITCH, M.D. ON 31 Mar 2004**

David R. Uskavitch, M.D.

**019220029 MYRICK, SHARON L** (09/16/1958 - then 45YO F)

**IMG Radiology Report 2004/04/08 15:12** By: **Uskavitch, David** (Last modified by Anderson, Janice L) Indexed by: ande69j

Document note: Outside MRI **P.1** All pages Full size

04/09/04 01:58 PM CDT Saint Thomas Hospita via VSI-FAX Page 1 of 1 #228861

**SAINT THOMAS HOSPITAL** **CARTER**

**MEDICAL IMAGING**
4220 HARDING ROAD
NASHVILLE, TN 37205
615-222-6768

**CARTER, SHARON**
9/16/58 45 Y F
DAVID USKAVITCH

ADM# 44377756
*Verified*

**MR #:** 697320
Room #: Outpatient
Date of service: 04/8/2004

**ORDER #:** 3750013
**REASON:** 340 ORDER DIAGNOSIS:
**EXAMS:** MRI BRAIN WO & W 4/8/04

CARTER, SHARON

MRI OF THE BRAIN WITHOUT AND WITH CONTRAST, 04/08/2004:

HISTORY: MS.

TECHNIQUE: Pre- and post-contrast multiplanar multiecho images of the calvarium.

COMPARISON: None.

FINDINGS: There are multiple moderately large periventricular and subcortical white matter lesions, consistent with the clinical diagnosis of demyelinating disease. Several of these measure approximately 1 to 1.5 cm in size and are most prominent in the subcortical white matter and frontal lobes, with smaller lesions scattered elsewhere. The brainstem and cerebellum are unremarkable. There is an enhancing lesion in the subcortical white matter of the anterior aspect of the left insular cortex. The other lesions do not exhibit significant enhancement.

IMPRESSION: Numerous periventricular and subcortical white matter lesions, consistent with the clinical diagnosis of demyelinating disease.

nlg/DAVID M. ROWE, M.D.

** ELECTRONICALLY SIGNED WHEN A PHYSICIAN'S NAME APPEARS BELOW **

***Signed by: DAVID ROWE, M.D. on April 09, 2004 @ 13:51***

Transcribed: NG on 04/09/2004

DAVID USKAVITCH
4230 HARDING RD., STE 301-E
NASHVILLE, TN 37205
Page 1 of 1

Confidentiality Notice: This facsimile contains Confidential Protected Health information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the Recipient or indicated in the text of this notice. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Saint Thomas Health Services at the contact number above and arrange for the return or destruction of these documents

AR 00067

**019220029 MYRICK, SHARON L** (09/16/1958 - then 47YO F)

**IMG Notes 2006/04/10 15:13** By: **Uskavitch, David** (Last modified by Anderson, Janice L) Indexed by: ande69j

Document note: Outside Medical Record **P.1** All pages Full size

***David R. Uskavitch, M.D.***
*Neurologic Consultants*
*St. Thomas Neurosciences Institute*
*4230 Harding Road*
*Suite 301*
*Nashville, TN 37205*
*Phone: (615)298-4489 Fax: (615)298-4698*

**Neurology Office Visit Note**

**Patient:** Sharon L. Carter
**Date:** April 10, 2006
**Referring Physician:** **Fax:**

**Diagnosis:** multiple sclerosis

**History:** For the past couple of years, she has had variable numbness in her toes. She has had no progressive neuropathic pain or significant ataxia. She has had no demyelinating relapses in the past two years and continues disease modifying therapy with Avonex. She reports no significant functional impairment. Her family history is positive for sensory neuropathy (mother). She has no personal history of diabetes mellitus. She denies back pain or bladder dysfunction. She has had no progressive weakness in the legs.

**Examination:** brisk patellar reflexes, toes downgoing, no ankle clonus, no progressive spasticity, distal sensory modalities preserved, gait normal, motor examination normal; distal pulses normal

**Plan:** Potential causes for her chronic distal pedal numbness include hereditary sensory neuropathy or central demyelinating syndrome/MS. she has no evidence for secondary progressive multiple sclerosis. Check glucose, B12. Recommend B-complex supplementation. Continued observation. Continue Avonex.

**SIGNED ELECTRONICALLY BY DAVID R. USKAVITCH, M.D. ON 10 Apr 2006**

David R. Uskavitch, M.D.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Program Support Center
Enterprise Support Services

# Memorandum

Date 8 November 2007

From Senior Medical Evaluations Officer, Medical Affairs Branch

Subject Medical Records and access to medical providers for Medical Appeals Board review

To LCDR Sharon Myrick

The Medical Affairs Branch has received your request for a full and fair hearing. It is imperative that the Medical Appeals Board, which will conduct your full and fair hearing, be given the benefit of complete medical information regarding your case. As you know, your case will be presented before the Medical Appeals Board on 06 DEC 2007.

It is your responsibility to provide the Medical Affairs Branch (MAB) with a complete set of all medical records from all your health care providers since the onset of your disabling condition. You were directed by MAB to provide this for the Medical Review Board, whose recommendation you are now appealing. You failed to adequately arrange for the provision of your complete records, as directed by Medical Affairs Branch, for the Medical Review Board evaluation.

You were also directed to provide the Senior Medical Evaluations Officer with permission to speak to Dr. Uskavich's office in order to discuss details of your case prior to the Medical Review Board. You did not follow the directive from Medical Affairs Branch to provide that access.

According to the Commissioned Corps Directive (CCD) 123.01, previously titled CCPM 43.7 instruction 1, an officer's commission may be terminated if the officer refuses to supply requested medical information to Medical Affairs Branch as part of a fitness for duty evaluation.

I again direct you to provide Medical Affairs Branch with a complete set of all your medical records including those from Dr. Uskavitch's office. You are directed to supply all medical records that have not already been supplied by your providers, to Medical Affairs Branch from the onset of your condition to the date of the Medical Appeals Board. Any medical records written or recorded since the last submission of medical records from any of your providers must be provided for review. You are also again directed by Medical Affairs Branch to provide permission to Dr. Uskavitch and his staff to discuss your case with the Senior Medical Evaluations Officer prior to the Medical Appeals Board. You are also directed to fax or mail a copy of the signed release of information forms you supply to each of your providers requesting that they submit their records directly to Medical Affairs Branch. These copies of the release of information forms must be sent to Medical Affairs Branch at the same time they are submitted to your providers. This includes the release of information for the Senior Medical Evaluations Officer to speak with Dr. Uskavitch's staff. All medical records must be sent directly to Medical Affairs Branch from your healthcare providers and must be received by Medical Affairs Branch prior to three days before the date of the Medical Appeals Board.

Please telephone Mr. Dereke Williams in Medical Affairs Branch on the day you receive this memo. His telephone number is 301 594 3548 or 1800 368 2777 ext 3.

Direct all mail to:

Medical Affairs Branch
ATTN: CAPT Caserta
Room 4C-04 Parklawn Building
5600 Fishers Lane
Rockville, Maryland 20857
Fax 1800 535 7691

Please telephone the Senior Medical Evaluations Officer at 301 594 3549 if you have any questions.

Vito Caserta M.D., M.P.H.
CAPT, USPHS
Senior Medical Evaluations Officer
Medical Affairs Branch
Phone 1301 594 3549

9-08-07

Holistic Options Management
1521 A Russell St.
Nashville, Tennessee 37206

Captain Vito Caserta, Chief Medical Affairs Branch
Division of Commissioned Personnel
5600 Fishers Ln. Room 4-c06
Rockville, Md. 20857-0001

Re: Sharon Carter-Myrick, DDS.

Captain Caserta,

We began treating Dr. Myrick's bilateral pedal (neuropathy related) pain on 8/07/07. Dr. Myrick identified a continous sensation of numness with tingling. Acupuncture therapy initiated to points on the distal extremeties to assess touch sensitivity and to reduce pain and stiffness.
Dr. Myrick's perception of a background effect of continous numbness is indicative of a centralized neurological phenomena more associated with her diagnosis of MS.
Subsequent treatments have both deminished and in one case exacerbated her sensation of pedal paresthesia. Testing and assessment of motor sensitivity was conducted using an IRB -37 Stim / Condution Unit, indicating a 25% decrease in nerve sensitivity to distal extremeties. Motor signals as assessed by response to electrical input demonstrates a 25 -30% decrease in strength and endurance of muscles of the hands, feet and legs below the knees.
Plans are to continue treatment toward reduction of paresthesia and pain.

Respectfully,

L.Ac.

Umaru E. Jutte, L.Ac./Licensed Acupuncturist

DIONNE R. POWELL, M.D.
295 CENTRAL PARK WEST
NEW YORK, NEW YORK 10024
212-496-0913

June 20, 2007

HRSA
Dr. Vito Caseta
Chief Medical Affairs, Division of Personnel
5600Fishers Lane, Suite 4C06
Rockville, MD 20857

Re: Dr. Sharon Myrick

To Whom It May Concern:

I am a psychiatrist in private practice (affiliated at Cornell & Columbia) and write this as requested by HRSA in regards to Dr. Sharon Myrick a [redacted] dentist, public-health analyst and commissioned corps officer who presented to me for the first time on May 10, 2007. Dr Myrick was referred to me by Dr. Cordia Beverly to evaluate her mental health as it relates to her recent diagnosis of multiple sclerosis (MS) in 2006. As of this writing we have met four times with our last appointment occurring today.

Prior to the diagnosis of MS Dr. Myrick has been a very active dentist, public health analyst and serving in the military. However since the diagnosis she has felt overwhelmed, unable to function at her previous high level, difficulty concentrating with depressed mood. Recently she has developed pain in her feet and toes limiting her ability to be as active both at work and for pleasure (enjoys swimming and salsa dancing both she has had to recently limit). In addition she has had difficulty concentrating and focusing that have been one of her strengths prior to her diagnosis. Although she has been on an antidepressant for several months her difficulty functioning both physically and mentally persists.

On mental status examination she has depressed mood, sad affect, difficulty concentrating, diminished appetite, lack of interest in usual activities, feelings of worthlessness and hopelessness, mild insomnia, no suicidal thoughts nor tendencies, no perceptual nor hallucinatory experiences.

Dr. Myrick carries the DSM-IV diagnosis of Mental Disorder NOS due to multiple sclerosis. Most recently Dr. Myrick has been taking the anti-depressant Cymbalta 90 mg per day. Please feel free to contact me if you have any further questions.

Sincerely,

*BelleMeade*
*Chiropractic ~Center, P.C.*

*Dr. H. Louis Obersteadt, DIBAK*

RE: Sharon Myrick
DOB: [redacted]

September 6, 2007

Dr. Vito Caserta,

Sharon Myrick entered this office for examination and treatment for parestheia in the hands, knees, feet and toes. She also expressed that she felt unstable on her feet and had to quit dancing. She has been told the she may have MS by her personal medical doctor. Her examination was unremarkable. Dynamometer test showed 40 pounds of grip from both hands and she is right handed. Her gait was wobbly but she had no problem with Rhomberg"s and finger to nose test. Manual muscle testing revealed a strength level 4/5 of the following muscles; Supraspinatus, Latissimus Dorsi, Sternocleidomastoid, Psoas, Sartorius, Quadriceps Femoris, Anterior and Posterior Tibialis, Hamstring and Popliteus. All other muscles tested at5/5. Treatment has consisted of specific spinal adjustments and treatment of specific reflex and acupressure points to affect the weak muscles.

Sincerely,

H. Louis Obersteadt, DC, DIBAK

*4515 Harding Road, Ste. 110*
*Nashville, TN 37205*
*Phone (615) 269-5558*
*Fax (615) 269-5973*

RICHARD BACHRACH, DO, FAOASM
The Center for Sports & Osteopathic Medicine

NAME/DATE: Myrick, Sharon L10/26/06, new patient referred by Dr. Paul Gates
DOB: [redacted]
SUBJECTIVE/CC: Bilateral knee pain
HISTORY: Right > left knee pain, this incident onset two weeks ago when knee "popped" while dancing. Pain level 8/10, at worst 10/10. Sharp, worse in the morning, initiating movement after prolonged immobility, down > upstairs. Some relief with Motrin. No other treatment although she had consulted orthopedic surgeon. Told during adolescence that she had arthritis in her knees

PHYSICAL ACTIVITY LEVEL: Dancing, swimming, running
ALLERGIES: None
MEDICATIONS: B12, Motrin, potassium, Maxide
ROS: ENT CV RESP GI GU NEUROPSYCH END SKN MS hypertension, uterine fibroids
PAST MED/SURG. /TRAUMA HISTORY: Myomectomy, laparoscopy
SOCIAL:
FAMILY HISTORY: Heart disease, hypertension, cancer, arthritis

OBJECTIVE: *ALL BELOW WITHIN NORMAL LIMITS UNLESS OTHERWISE SPECIFIED*

GENERAL APPEARANCE: GAIT/STATION: EYES: C L I P ENT:
NECK: ADEN THYROID MASS RESPIRATORY: EFFORT AUSCULT PALP PERC
CARDIOVASC: AUSC PALP BP: STANDING / SITTING SUPINE Pulse Rate:
PULSES: AORTIC CAROTID AXILLARY FEMORAL PEDAL
CHEST: BREAST AXILLAE MUSCULAR RIBCAGE
GI: ABDOM ORGANS PELVIC: RECTAL PROSTATE
LYMPHADENOPATHY: SKIN:

NEUROPSYCH: COORD. ORIENT. MOOD AFFECT *AAO X 3*
NEUROMUSCULOSKELETAL: *LOW BACK/LOWER EXTREMITY PROTOCOL*
bilateral hyperpronatory foot mechanics (has never worn orthotics); bilateral positive J. sign, left > right. Bilateral genu recurvatum. Medial, lateral subpatellar tenderness, positive patellofemoral grind, apprehension sign. Knee flexion bilateral 160°, pain at the end range on the right, pain decreased with lateral restraint patella. Tenderness, induration right lateral patella retinaculum, tightness right iliotibial band. Tenderness, induration right quadriceps, patella tendon. Atrophy right VMO. Right quadriceps strength 4/5, left 5/5. Positive right Obers. Generalized joint hypermobility.
IMAGING/DIAGNOSTIC STUDIES: X-ray significant only for lateral patella tilt, subluxation
ASSESSMENT: 1. Anterior knee pain syndromes. 2. Subtalar joint dysfunction, hyperpronatory foot mechanics. 3. Benign joint hypermobility syndrome
PLANS: Physical therapy twice-weekly: Manual, EGS, ultrasound. Orthotics. McConnell taping
FREQUENCY/DURATION TREATMENT: 6-8 weeks
MEDICATIONS: Not indicated
PROGNOSIS: Good with compliance
FOLLOW-UP: Absent timely significant improvement, MRI right knee
TIME: 30 minutes

AR 00074

317 Madison Avenue New York, NY 10017
Website: www.bonesdoctor.com
Phone: 212 685 8113 Fax: 212 697 4541
Email: bonesdoctor@pol.net

4/13/07

PROGRESS NOTE

MOUNT SINAI MEDICAL ASSOCIATES

WEIGHT: BP: P: RR:

T: FS: PF: Beverly

dentist
last yr March 2006 toes tingled
doing alot of damage
admit E coli infec
when D/C → Beverly
fingers tingled out
got foot infec
knee problem: PT
other knee
toe surg
ortho → neuro
appetou - dx - M.S
tests -
1 mo ago
IV steroids
no M.S. rx
now knees
now ... since ...
feet ... knees hurt
... clear ... problems also cough
thinks R leg is ...
... all
→ 1 mo ago - speech slurred
... dx M.S 3 days
hosp - 2 ectopics, 1 miscarriage
2 myomec ...
allerg - 0
SH ... cig ... - ... work
FH ... BP CAD

NAME:

muricli

**PROGRESS NOTE** **MOUNT SINAI MEDICAL ASSOCIATES**

WEIGHT: BP: P: RR:

T: FS: PF:

m - asthma
s - had lymphoma
NO autoimmune or M.S.

tried neurontin very groggy apetov.

PE - old R ptoses
CN nl
m - 4/5 R hip fl
2-3 + +
S cnt pin vib ps
a - sl unst
f -> nar

A-P) MS
antibodies consider
PT
cymb -> neuropath pain
2 wks

4/27/07 legs are stiffer
cymbalta no help - thinks cymb - worse
str is ok
↑ ↑ DTRs fored
P - try baclofen 5 TID -> ↑ 10 TID
PT
depressed - consider antidep.

NAME:

Muric Sharon

**PROGRESS NOTE**

**MOUNT SINAI MEDICAL ASSOCIATES**

WEIGHT: BP: P: RR:

T: FS: 5/11/07 PF:

legs less stiff but stmes but still a problem
Podiatrist thinks Mortons neuroma
baclofen 10 TID
PT helping
Dr B. sending for CT - aorta
PE -
[illegible] much better
tone is better
pt depressed & still c/o tingling
told not morton's neuroma (both feet top & bottom)
A/P -
cont Avonex (pt really wants)
cont 10 TID bac
return [illegible]
2 wks

NAME:

Murick, Sharon

PROGRESS NO...

MOUNT SINAI MEDICAL ASSOCIATES

WEIGHT: BP: P: RR:

T: FS: PF: 5/25/07

Cymbalta - 60 QD - h/a better
tingling is still terrible
seeing [illegible]
very bothered by tingling
baclofen 10 TID
tips of fingers + toes - both feet
PE - str + tone good
comp - MS good
[illegible] still ↑
plan ↑ Cymbalta 90 to try to improve
tingling
call 3 wks to see what to do

NAME:

Urick, Sharon

**PROGRESS NOTE**

**MOUNT SINAI MEDICAL ASSOCIATES**

**WEIGHT:** **BP:** **P:** **RR:**

**T:** 6/15/07 **FS:** **PF:**

↑ cymb to 90 - no aid
thinks dragging R leg
also panicked
happier about moving but no
diff on 90
baclofen 10 TID feels no help
same foot burning - both feet & fingers

PE. m nl
refl ↑
s-int

A + P) stop baclofen
↓ cymb 60
start gabapen up to 300 TID
Recall

**NAME:**

CLB MEDICAL SERVICES, P.C.

PROGRESS NOTE

NAME: Myzick, ... SHARON Date: 4/9/07

CHIEF COMPLAINT:

CC c/o burning sensation in both feet. She has pain ... right 5th toe at site of surgery. She is unable to wear regular shoes or climbing & ... stairs. She denies bowel or bladder dysfunction. She received no response to Prednisone therapy

PHYSICAL EXAMINATION

BP: 119/85 Pulse: 76 O2 Sat: 100 T: 96.8 Weight: 134.5 Ht: BMI:

Head:
Eyes: nl
Ears: nl
Nose: nl
Throat: nl
Neck: supple Thyroid:
Heart: nl S1 S2 no ...
Lungs:
Breasts:
Abdomen:

Back:
Arms, Legs, Joints: no swelling or redness
Skin:
Neurological: ↓ sensitivity to pinprick on both feet. nl strength ...
Rectal:
Occult Blood in stool: .
Pelvic:

EKG: Labs: 3/20/07: CBC: WBC 13.6, Hgb 15.6 glu 133 ↑
PFT: ... 264.

LAB:

Assessment: Leukocytosis most likely 2° to Steroids
Paresthesia of the feet
Multiple Sclerosis

PLAN: Refer to Dr Mintz
Patient to remain out of work pending further neuro evaluation by Dr Mintz
Return in 1 month

... CB ..., noted 5/10/07. ...

AR 00080

[illegible] & skin rashes. She was advised to D/C the medication [illegible] in the same [illegible] mints
#4 Amlodipine 30mg - [illegible]
[illegible] developed [illegible] pain [illegible] medication
[illegible] mints also recommended [illegible]
therapy.

- It was advised to take TriProl-XL
25mg POD.
Pulvec 20mg PQOD - capsules, before breakfast
[illegible]
(unable to locate)

CLB MEDICAL SERVICES, P.C.

PROGRESS NOTE

NAME: Myra Dr. Sharon Date: 6/18/07

CHIEF COMPLAINT: Patient reports no improvement in numbness of her feet & hands. Dr. Green does not believe Peripheral arterial disease is the cause of her symptoms. He recommends MRI of the neck and lumbar spine. She denies Bowel or bladder dysfunction. She has it certainly [illegible] without side effects

PHYSICAL EXAMINATION

BP: 125/87 Pulse: 63 O2 Sat: 100% T: 96.8 Weight: 127 Ht: BMI:

Head:
Eyes: wnl
Ears: wnl
Nose: wnl
Throat: wnl
Neck: wnl Thyroid:
Heart: wnl S1 & S2 no R/G
Lungs: clear
Breasts:
Abdomen: soft, BS wnl, non tender

Back:
Arms, Legs, Joints: no edema, skin warm & dry on arms & legs
Skin: no rash
Neurological: [illegible]
Rectal:
Occult Blood in stool:
Pelvic:

EKG:
PFT:

LAB:

Assessment: Paresthesia of the feet
Hypercholesterolemia
Peripheral arterial disease

PLAN: MRI of cervical & lumbar spine

6/19/07 Spoke to Dr. [illegible] who indicates Pt had MRI of the cervical spine. Plan MRI of lumbar spine [signature]

CLB MEDICAL SERVICES, P.C.

PROGRESS NOTE

NAME: Myer, Sharon A. Date: 5/31/07

CHIEF COMPLAINT: Patient returns to obtain results of CTA of abd, pelvis & lower extremities. She still has numbness of both feet and pain in the right 5th toe. No sig improvement with physical therapy. She has MS.

PHYSICAL EXAMINATION

BP: 112/86 Pulse: 84 O2 Sat: 100% T: 98.4 Weight: 128 Ht: BMI:

Head: WNL
Eyes: WNL
Ears: WNL
Nose: WNL
Throat: WNL
Neck: supple Thyroid:
Heart: NL S1 S2 c- R or G
Lungs: clear
Breasts:
Abdomen: soft, BS nl, no bruit

Back:
Arms, Legs, Joints: no edema
Skin:
Neurological:
Rectal:
Occult Blood in stool:
Pelvic:

EKG: CTA of abdomen: atherosclerosis in the aorta without dilatation
PFT: CTA of lower ext: occluded Rt ant tibial artery in the mid calf.

LAB:

Assessment: Peripheral arterial disease
Multiple Sclerosis
Hypertension
Hypercholesterolemia

PLAN:
Refer to Dr. Green
Return in 2 weeks
Rx Lipitor 10mg PO D

[signature]