CLB MEDICAL SERVICES, P.C.

PROGRESS NOTE

NAME: Meyer - Sharon D. Date: 5/10/07

CHIEF COMPLAINT: Patient has no new complaints. She still has paresthesias in both feet & hands. Pain in her legs increase with walking and partially relieved by rest. [illegible] of the [illegible] revealed aortic calcifications. Pt. is followed by Dr. Munty for M.S. She has been experiencing hot flashes

PHYSICAL EXAMINATION

BP: 106/79 Pulse: 95 O2 Sat: 100% T: 98.6 Weight: Ht: BMI:

Head:
Eyes: nl
Ears: nl
Nose:
Throat: nl
Neck: Thyroid:
Heart: nl S1 & S2 ⌀ R/G
Lungs: clear
Breasts:
Abdomen: soft BS nl, no [illegible], non tender

Back:
Arms, Legs, Joints: ⌀ edema, 1+ DP Pulses bilat
Skin:
Neurological:
Rectal:
Occult Blood in stool:
Pelvic:

EKG:
PFT:

LAB:

Assessment: (1) Atherosclerosis of the aorta
(2) leg cramps. R/O Peripheral arterial disease
(3) Hypertension
(4) Hypercholesterolemia
(5) Amenorrhea - R/O menopause

PLAN: (1) [illegible] of [illegible] - [illegible]
Return in 3 weeks
Refer to [illegible]

[signature]

AR 00084

Richard J. Katz, M.D.
Morton Schneider, M.D.
Steven A. Albert, M.D.
Alison Bender Haimes, M.D.
Stephen D. Greenberg, M.D.
Douglas R. DeCorato, M.D.
... L. Duke, M.D.

EAST RIVER
MEDICAL IMAGING, PC

Barbara H. Braffman, M.D.
Clyde A. Hershan, M.D.
Paul S. Choi, M.D.
Sean K. Herman, M.D.
Robert L. Ludwig, M.D.
Gwen N. Harris, M.D.

519 & 523 East 72nd Street • New York, NY 10021 • 3 East 75th Street, At Fifth Avenue • New York, NY 10021
430 East 59th Street, Sutton Place • New York, NY 10022
Tel: 212-28 -1575 • Fax: 212-288-7616 • www.eastriverimaging.com

CORDIA BEVERLEY, MD
1085 PARK AVENUE
NEW YORK, NY 10128

**Patient Name:** SHARON CARTER MYRICK **ID#:** [redacted]
**Exam Date:** 5/22/2007 **Accession#:** 4389634

Dear Dr. Beverley,

**CTA OF THE ABDOMEN, PELVIS AND LOWER EXTREMITIES**

**CLINICAL HISTORY**: [redacted] with claudication.

CT examination of the abdomen, pelvis and lower extremities was performed for evaluation of the arterial structures. Images were obtained every 1.25 mm from the aortic hiatus to the feet. The study was performed during the dynamic administration of intravenous contrast. Oral contrast was not administered.

Evaluation of the solid abdominal viscera is limited secondary to the starting position of the scan and the phase of contrast injection. No gross abnormality is seen.

At the level of the aortic hiatus the aorta measures approximately 2.2 x 2.0 cm in size. There are single renal arteries bilaterally, both of which are patent. Atherosclerotic calcification is noted within the aorta without evidence of aneurysmal dilatation. This calcification is most pronounced below the origin of the renal arteries. There is no evidence of stenosis of the celiac axis, SMA or IMA vessels.

The common iliac arteries are well maintained, without evidence of significant stenosis or occlusion.

RIGHT SIDED SYSTEM:

The external iliac artery and common femoral artery on the right as well as the right superficial femoral artery are widely patent. There is no evidence of significant stenosis or occlusion. The right popliteal vessel is also widely patent. There is a normal origin of the right anterior tibial artery, however, the anterior tibial artery occludes within the mid calf. The common tibioperoneal trunk on the right is patent, with patent origins of both the peroneal and posterior tibial artery. The peroneal vessel, however, is no longer visualized below the distal calf. The posterior tibial artery is patent to the level of the ankle joint and presumably into the foot. There is no definite evidence of reconstitution of the anterior tibial artery or dorsalis pedis vessel.

LEFT SIDED SYSTEM:

**AR 00085**

PATIENT NAME: SHARON CARTER ACCOUNT: 377205

PET/CT • HIGH FIELD MRI • OPEN MRI • MULTIDETECTOR VOLUME CT (VCT) • BONE DENSITY • NUCLEAR MEDICINE
ULTRASOUND • DIGITAL X-RAY • CORONARY CT ANGIOGRAPHY • VIRTUAL COLONOSCOPY • CT/MR ANGIOGRAPHY

Evaluation of the left sided s stem demonstrates the external iliac artery, the common femoral artery and the superficial femoral art ery on the left to be widely patent. The left popliteal vessel is also patent. The anterior tibial artery is atent at its origin, however, occludes in the mid calf. The common tibioperoneal trunk is patent, with both the posterior tibial artery and peroneal artery patent. The posterior tibial artery occlude just proximal to the calf. The peroneal artery reconstitutes the anterior tibial artery at the level of the nkle joint into a patent dorsalis pedis.

Limited evaluation of the oss ous structures demonstrates an ex-ostosis in the posterior aspect of the left ilium. There is a Bartholin s gland cyst noted on the right.

**CONCLUSION**

Occlusion of the anterior tibi l artery and peroneal artery on the right with the posterior tibial artery being patent across the ankle oint.

Occlusion of the anterior an posterior tibial arteries on the left. The distal anterior tibial artery is reconstituted via the peritone artery into a patent dorsalis pedis.

Atherosclerotic disease is not d in a nondilated abdominal aorta.

Very truly yours,

DOUGLAS DE CORATO, MD

PACS
Transcribed by: SHANNON MURPHY
Date/Time Transcribed: 5/23/2007 8:32: 3 AM

Electronically signed by GAVIN DUKE, M

AR 00086

55th Street Co[illegible] l Medical Imaging Center
Phone: (212) 752-4511

Patient Name: MYRICK, SHARON
DOB: [redacted] Sex: F Age: [redacted]
Accession: 1011658
[illegible] & Symptoms:

Pt. Location: CORNELL MRI, 55th Street
Pt. Status: O
Exam Date and Time: 03/13/2007 7:40 PM EDT
Admitting MD:
Consulting MD:

History: arm/leg numbness
Exam: (1-55TH) MRBWO - MRI BRAIN WO CONTRAST

Order MD: APATOFF, BRIAN R MD

Clinical History: Extremity numbness.

Technique: An MRI of the brain was performed utilizing sagittal and axial T1-weighted and FLAIR images and axial T2-weighted and diffusion-weighted scans.

Findings: The ventricles and sulci are within normal limits in size and configuration. There are multiple foci of abnormal hyperintense signal [illegible] the FLAIR and T2-weighted images within the cerebral white matter bilaterally. These are predominantly in the periventricular white matter. There is involvement of the corpus callosum. Several lesions are ovoid in configuration and run along the course of white matter tracks The findings are consistent with demyelinating disease There is a small focus of restricted diffusion in the right parietal periventricular white matter which likely represents a focus of acute demyelination No other diffusion restriction is seen. The brainstem and cerebellum are [illegible]al in signal intensity.

No hematomas are present. There are no extra-axial collections. The craniocervical junction appears normal. There are normal vascular flow-voids.

The right globe is elongated which may be secondary to a staphyloma.

The paranasal sinuses and mastoid air cells are clear.

Impression: Demyelinating disease. Single small focus of diffusion restriction in the right parietal periventricular white matter likely represents a focus of acute demyelination.
End of diagnostic report for accession: 1011658

Study interpreted and report Comunale, Joseph MD __________ 03/14/2007 9:32 AM EDT

# 55th Street Co[illegible] l M[illegible]dical Imaging Center

Phone: (212) 752-4511

| | |
|---|---|
| Patient Name: MYRICK, SHARON | Pt. Location: CORNELL MRI. 55th Street |
| MRN: [redacted] Sex: F Age: [redacted] | Pt. Status: O |
| [redacted] Accession: 1011659 | Exam Date and Time: 03/13/2007 8:14 PM EDT |
| Signs & Symptoms: | Admitting MD: |
| | Consulting MD: |
| History: neck pain | |
| Exam: (1-55TH) MRCSPWO - MRI CERVICAL SPINE WO CONTRAST | Order MD: APATOFF, BRIAN R MD |

Clinical History: Extremity numbness.

Technique: MRI the cervical spine was performed utilizing sagittal and axial T1-weighted and T2-weighted images, sagittal proton density images, and axial gradient echo scans.

Findings: The cervical vertebral bodies are normal in stature. Alignment is satisfactory, however, there is reversal of normal cervical lordosis, a finding which may reflect muscle spasm.

At C5-C6 and C6-C7 there are disc height loss and osteophyte in keeping with degenerative disc disease. At C5-C6 there is no cord impingement and the foramina are preserved.

At C6-C7 there is no cord impingement. There is right-sided foraminal encroachment secondary to disc osteophyte complex.

There are foci of abnormal hyperintense signal on the proton density and T2-weighted images within the cervical cord. These are within the left side of the cord at C5 and within the right side of the cord at C7. There is no associated mass effect. The findings are consistent with foci of demyelination.

Impression: Degenerative disc disease at C5-C6 and C6-C7 with right-sided foraminal encroachment at C6-7. Foci of abnormal hyperintense signal in the cervical cord are consistent with foci of demyelination.

End of diagnostic report for accession: 1011659

Study interpreted and report Comunale Joseph MD ______________________________ 03/14/2007 9:37 AM ED

Richard J. Katz, M.D.
Morton Schneider, M.D.
Steven A. Albert, M.D.
Alison Bender Haimes, M.D.
Stephen D. Greenberg, M.D.
Douglas R. DeCorato, M.D.
Gavin L. Duke, M.D.

EAST RIVER
MEDICAL IMAGING, PC

Barbara H. Braffman, M.D.
Clyde A. Hershan, M.D.
Paul S. Choi, M.D.
Sean K. Herman, M.D.
Robert L. Ludwig, M.D.
Gwen N. Harris, M.D.

519 & 523 East 72nd Street • New York, NY 10021 • 430 East 59th Street, Sutton Place • New York, NY 10022
Tel: 212-28 -1575 • Fax: 212-288-7616 • www.eastriverimaging.com

RICHARD M BACHRACH, D
317 MADISON AVENUE ROOM 400
NEW YORK, NY 10017

**Patient Name:** SHARON CARTER MYRICK
**Exam Date:** 11/10/2006

**ID#:** [redacted]
**Accession#:** 4328772

Dear Dr. Bachrach,

**MRI SCAN OF THE RIGHT KNEE**

**CLINICAL HISTORY:** [redacted] with knee pain.

Magnetic resonance imaging was performed of the right knee in the coronal, sagittal and axial planes. Scans were performed with T1 high resolution proton density, T2 and fat suppressed images.

Evaluation of the medial meniscus reveals a normal low intensity signal and contour, without any findings to suggest a tear.

Evaluation of the medial femorotibial compartment reveals no evidence of joint space narrowing. The articular cartilage is of normal thickness.

Evaluation of the lateral meniscus reveals a normal low intensity signal and contour, without any findings to suggest a tear.

Evaluation of the lateral femorotibial compartment demonstrates the joint space to be well maintained. The articular cartilage is of normal thickness.

The anterior and posterior cruciate ligaments are without any evidence of disruption, distortion of their shape or tears.

The medial and lateral collateral ligaments are intact.

The patella and its tendons are intact. The retropatellar articular cartilage is maintained. There is a small joint effusion.

The musculature appears normal.

The signal arising from the bone marrow of the femur, tibia and fibula is unremarkable.

AR 00089

PATIENT NAME: SHARON CARTER ACCOUNT : 377205

**CONCLUSION**

Small joint effusion otherwise unremarkable MRI scan of the right knee.

Very truly yours,

GAVIN DUKE, MD

FILMS/PACS
CC:

CORDIA BEVERLEY, MD
1085 PARK AVENUE
NEW YORK, NY 10128

Transcribed by: CAROL ANN T KRAEUTI R
Date/Time Transcribed: 11/10/2006 3:10: )0 PM

Electronically signed by GAVIN DUKE, MI

CLB MEDICAL SERVICES, P.C.
1085 PARK AVENUE
NEW YORK, NY 10128

Cordia L. Beverley, M.D.
Internal Medicine
Gastroenterology and Endoscopy

Tel: 212/876-1886
Fax: 212/722-7539

July 30th, 2007

To whom it may concern:

Dr. Sharon Myrick is under my medical care. She has multiple Sclerosis and Paresthesia of her feet. Her medical condition prevents her from working at this time.

Sincerely,

Cordia L. Beverley, M.D.

CLB MEDICAL SERVICES, P.C.
1085 PARK AVENUE
NEW YORK, NY 10128

Cordia L. Beverley **M.D.**
Internal Medicine
Gastroenterology ar d Endoscopy

**Tel:** 212/876-1886
**Fax:** 212/722-7539

May 10[th], 2007

To Whom It May C oncern:

Dr. Sharon Myrick s under my medical care. She is being treated for a neurological condition. I recomr ended bed rest from 5/9/07 to 6/9/07.

Sincerely,

Cordia L. Beverley, M.D.

CLB MEDICAL SERVICES, P.C.
1085 PARK AVENUE
NEW YORK, NY 10128

Cordia L. Beverley, M.D.
Internal Medicine
Gastroenterology and Endoscopy

Tel: 212/876-1886
Fax: 212/722-7539

March 26th, 2007

To whom it may concern:

Dr. Sharon Myrick is under my medical care. She is being treated for a neurological condition. I recommended bed rest from 3/26/07 to 4/9/07.

Sincerely,

Cordia L. Beverley, M.D.

The Pruzansky
Hand, Athletic and
Sports Trauma Institute

Mar Pruzansky, MD, PC
Hand and Orthopedic Surgery
Peripheral Nerve and Wrist Surgery
Sports Medicine and Elbow Reconstruction

975 Park Avenue New York, NY 10028
Phone 212.249.8700 Fax 212.327.4405
Email pruzanskymd@phasti.com
Edu Web Site www.phasti.com

October 20, 2006

Dr. Cordia Beverley
1085 Park Ave.
NY, NY 10128

Re: Sharon Myrick

Dear Dr. Beverley:

On October 20, 2006, I examined the above [redacted], right-handed woman in orthopedic consultation. She complains of bilateral knee pain for 30 years, intermittently. The pain is present with changes in the weather, arising from chairs and using stairs. She has had no swelling. She has a catching sensation. She had been dancing recently, and this has increased the pain, especially over the past 5 days. The right and left, alternate in intensity. She has a history of eczema and hypertension and uses medication. She denies any significant abnormalities in her family history, social history or review of systems.

On physical examination, the patient has infero-medial facet tenderness of both patellae. The patient has increased lateral displaceability of the patellae in flexion. She has normal medial displaceability of the patella in extension. She has mild pronation. The knees are stable in the sagittal, coronal and rotatory planes. She has full range of motion.

The rest of the motor, sensory, pulse, skin and lymph node exam of the lower extremities and spine is normal.

X-rays of both knees show no bony abnormalities.

Impression: The patient has bilateral patella tracking disorder.

She was given a knee protocol to follow, so as to reduce irritation and promote healing. She will attend physical therapy. She will use Motrin, cautiously, for pain. The

-continued-

Dr. Cordia Beverley Re: Sharon Myrick

patient will be seen again in 4 to 6 weeks, and call if she has increased symptoms or questions.

Thank you for this interesting referral.

Sincerely yours,

Mark E. Pruzansky, M.D.

MEP:md

Captain Vito Caserta
USPHS
Chief Medical Officer
Medical Affairs branch
5600 Fishers Lane
M4C-04
Rockville, MD 20857

**Daily Activities: Sharon Carter-Myrick PHS#65408**

1. Get up earlier than my husband because it takes me longer to get up. 7:AM – 8 AM
2. My balance is unsteady, from my toes to the ball of both feet they are tingling and numb, I make my way into the kitchen and make coffee.
3. We moved to another home to accommodate my disability and my mother moved to Nashville, and will go back and forth to NY to take care of my father. We moved into a ranch home that has the bedrooms and kitchen all on one floor, I take a shower and we have installed a safety bar.
4. Some days my knees hurt more than other days and then I adjust my exercising routine. I just started Mobic, and I am still taking Motrin and baclofen. I have purchased some equipment for home use, balance ball, weights, balance block, mats, DVD's, exercise bike, and a small trampoline.
5. Some days I go to the YMCA and swim depends on my knees
6. Some days I don't do anything at all, I am tired, sad and depressed especially when I am frustrated when my feet go from tingling to burning. I tried neurontin and lyrica and they make me very unstable and mentally confused so I stopped taking it.
7. I dress myself, my husband cooks, so he fixes breakfast.
8. I Take 8 morning vitamins and 3 prescriptive medications
9. I have an at home exercise routine that was given to me by a physical therapist. This usually takes between a 1 hour and a half and this might include range-of-motion exercises, stretching, balance block.
10. Rest for one hour.
11. Physical therapy includes range-of-motion exercises, stretching, I have limited movement in my right leg, sometimes difficulty with my left hand (finger tips), and balance issues
12. I sponge bath off after stretching.
13. My mother or my husband usually accompany me to what ever appointment I have from acupuncture, testing, chiropractor, internal med, neurologist, personal appointments.
14. Eat lunch, take lunchtime vitamins
15. My mother and husband help me with household chores
16. We go to the mall and walk if I feel up to it.
17. I review dental journals and professional articles attend local dental meeting with classmates.
18. I frequently nap

19. eat dinner
20. Take evening medications and vitamins
21. Watch TV fall asleep usually wake up through out the night. Sometimes stay up all night when I can't sleep.

Alternate day plans:

- I ride my exercise bike.
- Perform simple mat exercises, for stretching and gentle strengthening;
- stepping for balance, coordination, leg strength, and hip flexibility;
- physioballs, to help with strength, balance, and flexibility;
- free weights, weight machines at the YMCA, and resistive exercise bands,
- Aquatherapy or water exercise (ranging from simple underwater stretching to swimming the breast stroke).
- Plan to start yoga or pilates at YMCA

Narrative Statement

My day begins with thirty minutes of meditation. It is during this time that I find I review my career choices and wonder if I made the right career decisions. Throughout my career, I have always set very high personal goals, most of these goals have been centered on serving others, particularly the underserved populations here in the US. I believe that I was chosen to become this type person and Doctor for a reason (my unconditional desire to help those individuals who cannot help themselves, or need care). During this time, I wonder how did I get MS, was it from all amalgams I placed from the Navy to every health center I worked in, I ask myself a million questions. I spend another thirty minutes wondering why I felt the need to finally prove to myself that I could make it to Headquarters USPHS. Then I think about what my dental assistant, (Ruby) in Acoma New Mexico, at ACL Hospital Indian Health Service, said to me—if you get there don't forget about us here at ACL. Then I remember why I choose PHS. This may seem ho-hum to all who are reading or listening to this but this is a lot to think about and usually an hour has gone by.

My dream of working at Headquarters was not as daunting as I thought it would be. I did give up my senior ranking CDR-USNR for LCDR-PHS, which I was told would be reinstated six months after my transfer. One of the many un-truths told to me, during the recruitment process. Finding out that this could not occur upset me, and I requested explanations for this to no avail. I was then informed that I had not been in long enough to meet the requirements for the up-coming promotion board and I would have to wait. My Division Director informed me from time to time that she would recommend me for a "special promotion" and would get started on it, this never occurred. My Division Director and Branch Chief constantly used me as chess piece in their daily battle with each other to the point that I requested a meeting with their supervisor and informed her that I was having difficulty, as well as contacting Dr. Dushanka Kleinman my mentor.

My fellow Commissioned Corp Officer colleagues were put in the same position, until they both transferred out of the Division, with one returning to another branch of service. It was around that time I recall my toes starting to tingle and my feet would all of a sudden feel like they were on fire and burn. The DMD staff would laugh and we would say "my feet are hot". Now it's not so funny. I think about that everyday and then I cry.

I think about how difficult they (Division Director and Branch Chief ) made it for me to complete my MBA, which they knew I had only four classes to completion when they recruited me ( knowing I would have to fly to Nashville at the end of each class on the weekend and present a paper and take a final exam). I still was able to meet the requirements of my position along with finishing my MBA. I think about the many insults the Branch Chief threw my way from exposing her panties to me and telling me the reason I was selected to participate in the Transformation meeting was because they needed a "black face". All of which I shared with my superiors as well as the Commissioned Corp senior officers in my branch. I did not pursue this harassment or discriminatory behavior because I did not want it to affect or impact any transfer or future promotion.

I contacted Chris Halliday and Tim Lozon from Indian Health Service as well as the Coast Guard and started looking for another position. Not having proper orientation to the Corps and no guidance, I found that my Officer page stated that I was required to submit paperwork for promotion due to the total number of years I had in service. I contacted Dr. Lala and Neal Walker and we threw the packet together and CDR Walker spent 2 hours trying to fax it in, I was anxious and concerned. I was informed to not count on getting a promotion. Once again, this upset me and I considered transferring back to Navy.

The results from the promotion board clearly stated that my strengths were "education" and my weakness "no PHS awards", I was not surprised. The outside activities I had been involved in were not enough for promotion. I became engaged in December 2005, and at that point started looking for a position in the NY region, with OPR. I was excited and energized to be selected to participate in the PHS marketing campaign, and even now as my picture is being used for recruitment for dentists into the Commissioned Corp for the HRSA web-site as of today (September 12, 2007) as well as given an opportunity to transfer to NY. I met with Mr. Moss and found him to be the perfect example of excellence in senior leadership.

Mr. Moss decided to select me. The environment and organization of the NY office was a totally different experience. My background is strong in organizational management and I increased my expertise attaining my MBA (with specialized concentration in Healthcare Administration) as well as training from the Navy in Senior Leadership. Colleagues in the NY office are happy, talented, and extremely knowledgeable in their roles and responsibilities within the organization. Mr. Moss's door was always open and I had no problems sharing my disability with him or the staff who made me feel like family. They provided me with the information and counseling as needed. They are a very compassionate group of individuals which makes the OPR team successful.

I came up for promotion again, this time submitting all my documentation and statements in advance. I was told that the Rockville DMD would be responsible for putting together the recommendation paper work, needless to say the ball was dropped and past the deadline and Admiral Nessler hand carried it in. I asked her if it was too late and she stated "I don't know".

Mr. Moss and Dr. Lee designed a training program for me which included traveling and performing reviews as an observer. I learned hands-on how to evaluate and review HRSA funded programs. I traveled to 8 different reviews with team members. I really felt that I was putting all my training to use and was making an impact. On the last pre-site visit I was having difficulty walking, keeping up with team members and going up and down steps. Traveling on the subway became a nightmare.

I loved going out on the reviews, and enjoyed seeing, the HRSA funded clinics and programs helping and serving the communities they are located in.

I felt that I had found the position I had been dreaming about. I wish I could express how leaving, and seeing, first-hand what we do as Commissioned Corp Officers means to me.

Some difficulties noted:

At this time I do feel that my cognitive skills are challenged at times, making it difficult for me to focus. Some days my words are a little slurry, especially when I am tired or warm. My husband has been very supportive, and gave up his position as Program Director at XM satellite radio (Time Warner Building-Real Jazz) and took a 50% pay reduction in order to accommodate my disability. My mother and family members as well have made substantial sacrifices to help me. This alone is frustrating and causes me anxiety because I have always been very independent.

A colleague suggested I talk to Dr. Uskavitch, Chair of the Department at Neurology at Vanderbilt. My husband and mother accompanied me to his office and he recommended the Tysabri infusion regimen. I called Dr. Mintz to discuss this treatment, she informed me that she recommended Rebif and felt that Tysabri was to progressive treatment for me at this time. I called Dr. Beverly and her concerns were the same as Dr. Mintz, she also has requested that he speak to her concerning this therapy. After researching this drug therapy, and asking Dr. Seibert and mentioning it to Dr. Caserta, I decided to not pursue this treatment.

Physicians I trust have doubts, and have not heard about it. The FDA has recalled it once, and members of my family are not comfortable with it as an option at this time. I have decided to stay with Dr. Mintz as my neurologist, whom I am comfortable seeing and pursue a conventional treatment regimen. Both Dr. Mintz and Dr. Beverly are concerned that this therapy usage at Vanderbilt could be associated with a research project and I feel I do not want to participate in a clinical trial or study. My life is at stake and this treatment has been associated with fatalities. In addition, Tricare has not approved the treatment regimen for me.

I believe that we are all put through challenges and this is another glitch in the road. My life experiences serving my country will always bring me satisfaction knowing I chose the right path and would not change any of the decisions or choices I made. I am a fighter and I have worked very hard believing in what we do as Commissioned Corp Officers. I am really proud to have my picture used for recruitment; it makes me feel like I am still an active contributing Officer- part of the team serving our country.

It has always been my desire to have children; I put my career ahead of having a child. I have talked with my neurologist concerning my ability to carry a child and she has informed me that it is not recommended at this time. I have read intensely on MS, and well aware of the issues, progression rate and exacerbations, should I pursue or try. I still have all the same symptoms, none of the medications or treatments seem to be working and I am scared to think of doing anything that will or could make them worse I have spoken to adoption agencies as well and learned that having MS may make me ineligible. This breaks my heart having spent my clinical practice time in a pediatric practice.

My next step is how to salvage the remnants of my career. Stay posititive, allow family and friends to help me volunteer when I can and be happy.

Sincerely,

Sharon Carter-Myrick, DDS, MA, MBA

# SEPTEMBER 27, 2007
# MEDICAL REVIEW BOARD

# SEPTEMBER 27, 2007 MEDICAL REVIEW BOARD REPORT

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE

# MEDICAL REVIEW BOARD REPORT

In accordance with the powers invested in this Board under PHS Commissioned Corps Personnel Manual, CCPM Regulation, INSTRUCTION 1, Subchapter CC49.3, the Medical Review Board on this date considered the medical file on referred subject for the following reason:

FITNESS FOR DUTY

The Board finds: LCDR Sharon Myrick

☐ MEDICALLY QUALIFIED

☐ WITH RESTRICTION ON TYPE OF ASSIGNMENT

☐ LIMITED TO ________ MONTHS ☐ WITH ☐ WITHOUT OPTION FOR EXTENSION

☒ MEDICALLY NOT QUALIFIED

RECOMMENDS ☐ TEMPORARY DISABILITY RETIREMENT ☐ INITIAL ☐ CONTINUATION

☐ PERMANENT DISABILITY RETIREMENT

☐ TEMPORARILY UNFIT EXTEND SICK LEAVE ______ DAYS

☐ UNSUITABLE ☒ SEPARATION

MEDICAL CONDITIONS AND COMMENTS

USPHS Medical Review Board (MRB) convened on 27 September 2007 and reviewed all pertinent past medical records and the officer's statement and determined that the officer is considered unfit for duty. The officer is unable to perform the duties of her rank, category, and billet. This officer was recommended for separation since the onset of the condition of Multiple Sclerosis was prior to her call to active duty. This information was not disclosed as is required at the time of her application and call to active duty. In addition, the officer did not disclose other significant chronic conditions such as knee pain. At the time of her application she withheld information which would have established the preexistence of the disabling condition. This pre-existing condition was not aggravated by her service and her exacerbation was considered to be a natural progression of her disease. The disabling condition of Multiple Sclerosis therefore is not service related. The officer did not comply with the Medical Affairs Branch directive to allow her neurologists to speak with the Senior Medical Evaluations Officer about her medical condition and she failed to provide all the medical records she was directed to provide. The fitness for duty evaluation was initiated by both the duty station and the officer citing an inability to come to work.

| **VASRD#** | **Rating** |
|---|---|
| 8018 Multiple Scleosis | 0% |
| 5257 Knee impairment | 0% |
| **Total Present Combined Disability** | **0%** |

BOARD MEMBERS

27-SEPT-2007
Date of Report

1. Norma Hatot, CAPT/USPHS
2. [signature], CDR/USPHS
3. Rosemarie Hurd, CAPT/USPHS
4. 

APPROVED:

Date of Approval

RADM Kenneth P. Moritsugu, Acting Surgeon General

# PRECEPT OF SEPTEMBER 27, 2007 MEDICAL REVIEW BOARD

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Program Support Center
Enterprise Support Services

**Precept for Medical Review Board**
**In the case of**
**LCDR Sharon Myrick**
**27 September 2007**

Date of Birth: [redacted]
Category: Dental
Retirement Credit Date: 29 March 2000

**Background:**

A FFD has been requested by the officer due to a need for considerable sick leave, physician advice that she can not work a full time job due to her health, and her inability to maintain the standards her position requires.

The officer was evaluated on 16 March 2007 by the neurology department at Cornell for her multiple sclerosis. In 2005 the officer was active with daily swimming and salsa dancing. She then started to have paresthesias in both feet with a sensation of cold in the first 3 toes on the right side of her foot. Then the sensation would come and go in both feet. This continued intermittently for about 4 months. Then she moved to Washington DC and increased her walking and she noticed it started to become harder to balance. In June 2006 she moved to NYC and got married. Motrin helped the sensations in her feet. She reported that she always had right knee pain and she attributed it to arthritis but this worsened and she eventually stopped dancing. At about this time she started to develop tingling in her left fingers. In October 2006 she saw a podiatrist for what she thought was a neuroma. She was given Marcain injections which would numb her foot for 3 weeks. The area of numbness and paresthesias increased up her foot. She would experience stiffening of her legs which would come and go with a sensation of buzzing up her leg. She eventually stopped dancing. Her toes have stayed constantly numb. Her legs have become unsteady and she can not wear heels. She takes 800-1200 mg of Motrin per day for knee pain. She has also noticed that she drops things from both hands. She has slight shoulder and neck pain. Although she saw an orthopedist for her knee and underwent physical therapy her symptoms persisted. An MRI of the knee was done and this was normal. At this point it was suggested she see a neurologist. Her current medications include Maxide 1 tab daily, Motrin, KCL. She has a past history of ecoli urinary sepsis requiring IV antibiotics and an ectopic pregnancy.

The review of systems was positive for right ptosis for 4 years with blurred vision in the right eye and intermittent blurred vision in the left eye.

Her physical was positive for myelopathic signs and she was diagnosed with an unspecified demyelinating disease of the central nervous system. Her CSF contained oligoclonal bands that are not present in her serum indicating an abnormal synthesis of IgG in the CSF. This is

supportive evidence for multiple sclerosis.

An MRI of the cervical spine was performed to evaluate her extremity numbness. Degenerative disk disease was noted at C5-6 and C6-7 with right sided foraminal encroachment at C6-7. Foci of abnormal hyper-intense signal were seen in the cervical cord and are consistent with foci of demyelination.

An MRI of the brain was performed and showed demyelinating disease. One area of acute demyelination was noted.

**Officer Statement**

See attached

**Supervisor Statement:**

The officer has been on extended sick leave since March 2007 when she was diagnosed with MS. The supervisor supports the request for medical retirement.

**Medical Review Board (MRB) Recommendation:**

USPHS Medical Review Board (MRB) convened on 30 August 2007 and reviewed all pertinent past records and the officer's statement and the MRB decided to defer the decision regarding fitness for duty and disability determination due to the need for more information. The officer has the medical condition of Multiple Sclerosis (MS). The fitness for duty evaluation was initiated by the officer citing fatigue and an inability to maintain basic readiness and be deployed. Due to incomplete information, the officer is directed by the Medical Review Board to contact ALL her medical and mental health providers where she received care from January 1 2007 through to the present, provide a release of information for these records to her providers, submit a copy of these release forms to MAB, and arrange for these records to be sent directly from the providers to the Medical Affairs Branch. All medical records generated between January 1 2007 and the time of her next Board evaluation must be submitted for an accurate determination.

**Officer Statement Since 30 August MRB**

See attached

**Records Submitted since 30 August MRB**

A medical record submitted to Tricare by Dr. Uskavitch's office on 28 August 2007 was reviewed by the Tricare Point of Contact in MAB on 14 September 2007. This was referred to the Senior Medical Evaluations Officer as a potential fitness for duty concern in an active duty officer. This record is a request by the doctor's office for approval to treat the officer's MS with Tysabri every 4 weeks. The medical history is given that the officer had a diagnosis of

MS since November 2000 when she was 42 years of age. It states that she has been treated with Avonex 30 mcg/wk from January 2001 through August 2007. It also included a copy of the doctor's clinic note from 23 August 2007 and from 9 August 2007

The neurology clinic note from 23 August 2007 (Dr. Uskavitch) states that the officer is having neuropathic central pain in the lower extremities which has been of moderate severity and chronic. The review of systems indicated variable leg stiffness. She denied weakness. She also denied depression and anxiety. The past medical history lists MS, two ectopic pregnancies, hypertension, a concussion in 2000, cervical precancerous cells noted in 1983 and right eyelid droop. Her medications at this visit include Lipitor 10 mg daily, Maxide 50 mg daily, Cymbalta 50 mg daily, KCL, L-5 methyl tetrahydrofolate tid, Magnesium lactate tid, calcium daily, vitamins, minerals and herbal formulations. Her neurologic and psychiatric exam showed hyper-reflexic lower extremities with normal coordination and mildly spastic gait. Her affect was described as appropriate and she did not appear to be depressed anxious, or agitated. The impression was MS with breakthrough disease both clinically and by MRI. It is noted that she is on interferon beta treatment (Avonex) im weekly. The decision to switch to Tysabri is discussed and to discontinue the Avonex. Lower extremity arterial Doppler studies are pending. A trial of Lyrica 75 mg BID was begun for her central pain. The neurologic and psychiatric exam showed the mildly spastic gait and lower extremity hyper-reflexia. She was described to have appropriate affect with no depression, anxiety, or agitation. Switching to Tysabri was discussed. The plan was to discontinue the Avonex.

The neurology clinic note from Dr. Uskavitch dated 9 August 2007 lists a chief complaint of paresthesias and stiffness. Moderate chronic myelopathic pain in the lower extremities is noted. A brain MRI showed multiple periventricular demyelinating lesions with a right parietal diffusion abnormality consistent with an acute demyelinating lesion. The cervical spine MRI showed a focal cervical demyelinating plaque. Interferon neutralizing antibodies were negative. The officer denied depression or anxiety.

A letter dated 10 September 2007 was submitted containing 2 sentences by Dr. Uskavitch, a neurologist at Vanderbilt, stating that she will soon be treated with Tysabri. No medical records were submitted with this letter The Medical Affairs Branch clearly directed the officer to have all her providers submit all their medical records over the past year to this office. The Senior Medical Evaluations Officer (SMEO) telephoned the doctors office to ask what the consent authorized and it only authorized the brief letter according to the doctor's nurse. The SMEO then telephoned the officer to again explain that we need all the medical records. To date the medical records have not arrived. The officer did leave a voice mail message stating that they decided not to go forward with the Tysabri treatment and that they will be switching care back to Dr Mintz at Columbia.

A letter dated 8 September 2007 from an acupuncturist states that they began treatment on 7 August 2007 for the officer's bilateral pedal neuropathic pain and her stiffness. The perception of continuous numbness was thought to be secondary to the MS. One treatment exacerbated her pedal paresthesias but other treatments diminished it.

A letter was submitted by a chiropractor dated 6 September 2007 which states that the officer

was seen for paresthesias in her hands, knees, and feet. She has a sensation of feeling unsteady on her feet. The exam was noted to be unremarkable with 4-5/5 strength is all tested muscle groups. Her grip in both hands was normal at 40 pounds. She had a wobbly gait with normal Rhomberg and finger to nose.

A letter from a psychiatrist dated 20 June 2007 states that she was referred to evaluate her mental health as it relates to her recent diagnosis of MS in 2006. At the time of the letter they had met 4 times. Since the diagnosis of MS the officer has felt overwhelmed and unable to function at her usual high level. She has also had difficulty concentrating with depressed mood. These difficulties persist despite being on an antidepressant for several months. The mental exam on 20 June 2007 showed a depressed mood, sad affect, difficulty concentrating, diminished appetite, lack of interest in usual activities, feeling of worthlessness and hopelessness, mild insomnia. There was no psychosis or suicidal thought. The officer has the diagnosis of mental disorder NOS due to her MS. She is on Cymbalta 90 mg per day.

A fax presumably from Dr. Mintz from WestSide Internal Medical Associates contained a progress note dated 13 April 2007 from Mount Sinai Medical Associates that gives a history of toes tingling in March 2006 after a lot of dancing. There was also a history of tingling in her fingers. It is noted that she received foot injections. She was diagnosed with MS by another neurologist (but it does not state when or give any details). IV steroids were used one month previously for her MS and at that time she had slurred speech. Her feet are noted to have a burning sensation and her knees hurt. The officer gives the history that she feels her right leg is weak. The neurologic exam was normal except for a slightly unsteady gait. Cymbalta was started for neuropathic pain. On 4/27 her legs are noted to be stiffer. Her strength was normal. She thinks she is worse on the Cymbalta. Baclofen was tried. It is noted that the officer is depressed and antidepressants were considered. She was seen again on 5/11. It is noted the legs are less stiff. Her tone is improved. She is described as depressed and still complaining of tingling. It is noted that the Avonex is being continued because the patient really wants it. She was seen again on 5/25 and it is noted that she is very bothered by the tingling in both feet and fingers. The Cymbalta was increased to try to improve the tingling. She was seen again on 15 June. Increasing the Cymbalta to 90 made no difference with the tingling. The Baclofen also does not seem to be helping. The Cymbalta was decreased to 60 and Gabapentin was started.

The record contains a letter from Dr. Pruzansky to Dr. Beverly. This is an orthopedic consultation. The officer gave the history of bilateral knee pain for 30 years and she was diagnosed with bilateral patella tracking disorder at this visit

The officer saw a sports medicine physician on 26 Oct 2006 for bilateral knee pain. The history is noted that she was told during adolescence that she had arthritis in her knees. The assessment was anterior knee pain syndrome and subtalar joint dysfunction. An MRI of the right knee was unremarkable other than a small joint effusion.

Clini notes from 9/21/06 and 8/10/06 from the officer's internist, Dr. Beverly, make no mention of MS or MS symptoms. She was seen on 12/7/06 and it is noted she is scheduled for surgery on her toe on the 14th of December and she was referred to an orthopedic surgeon by the name of Dr. Hamilton for a second opinion. On 3/26/07, a note states she had surgery on

her right great toe in December 2006 (these records have not been submitted by the officer). Two weeks earlier she consulted with a specialist in MS (Dr. Apatoff) because of tingling in her knee and toes. She was treated with prednisone and she thinks she is dragging her right foot. The exam showed decreased strength in the right foot with decreased sensation in both feet. The assessment was MS. The doctor provided the officer with a note stating she is unable to work because she has difficulty climbing subway stairs. A referral was made to Dr. Mintz. She was seen on 4/9/07 for burning sensation in both feet. She states she does not think she responded to the prednisone. It is noted the patient is to remain out of work pending further neuron evaluation by Dr. Mintz. On 4/16/07 it is noted that she saw Dr. Mintz and Cymbalta was started. On 4/23 she still has foot numbness and it is noted that Cymbalta was started and that she is depressed about her recent illness. It is noted that she is referred to a Dr. Powell (psychiatrist). On 5/10/07 she still has paresthesias in both feet and hands. The pain in her legs increases with walking and is partially relieved with rest. On 5/31/07 she still complains of numbness in both feet and pain in the right 5th toe and she states there has been no significant improvement with physical therapy. CTA of the abdomen showed aortic athersclerosis without dilatation and CTA of the lower extremities showed an occluded right anterior tibial artery in the mid calf. The officer was referred to a Dr. Green for the peripheral vascular issues. On 6/8/07 she reports no improvement in the numbness of her feet. It is noted that Dr. Green (Dr. Green's records were not submitted) did not believe peripheral arterial disease was the cause of her symptoms.

**Issues:**

The Board needs to determine whether the officer's condition might impact her long-term fitness for duty. Please take into account the presently evolving transformation of the USPHS Commissioned Corps into a readily deployable Corps. The Board also needs to determine

**Options:**

1. Temporarily Unfit: This is appropriate when the nature of the injury is such that it is not anticipated to result in an unfitting permanent disability. Sick leave may be extended up to a total of 180 days. The period from 11 Jan 2005 through 31 July 2005 equals 201 days of sick leave so extending sick leave is no longer an option.

2. Fit For Full Duty (FFFD) vs Fit For Limited Duties (FFLD), vs Not Fit For Duty (NFFD)?

   a. If fit for limited duty (FFLD), state the limitations and specify when the Board wishes to re-evaluate the officer's status (ordinarily not longer than 12 months).
   b. If NFFD, the officer must be found unfit to perform the duties of his/her grade, category, or office. If NFFD, rate percentage of disability and determine whether disability is temporary or permanent. As a suggestion, you may want to review the codes in the VA Schedule for Rating Disabilities (VASRD). If medically retired, determine whether the officer should be placed on the temporary disability retirement list (TDRL) or permanent disability retirement list (PDRL). If the percentage is >75% and/or there exists little chance for a significant change (either way) in the clinical outlook over the next 5 years, it would be appropriate to place the officer on the PDRL. Otherwise, place on TDRL.

3. Unsuitable: When the underlying problem (such as character and behavior disorders or substance abuse) renders the officer unsuitable for service without sufficient evidence to warrant a medical separation.

WORKSTATION MDPKLN7B24R01:VMangram

12:44:24 pm Thursday August 23, 2007

```
********************************************************************************
****      1    2    3    4    5    6    7    8 ****
**** 12345678901234567890123456789012345678901234567890123456789012345678901234567890 ****
********************************************************************************
* *                                                  * *
* 1*  ***********************************************************  * 1*
* 2*  *      COMMISSIONED OFFICERS' EFFECTIVENESS REPORT      *   * 2*
* 3*  *              SUMMARY DISPLAY                   *   * 3*
* 4*  ***********************************************************  * 4*
* 5* SERNO: 65408 NAME: MYRICK, SHARON LAGRANDE    PGRD: 4 TGRD: 4 CAT: DENT   * 5*
* 6*                                                 * 6*
* 7* DATE: 9/06  TYPE: ANNUAL     PGRADE:  TGRADE:            * 7*
* 8* COER: PROM REC:  ASSIM REC:    MEAN: 100 OVERALL: E EXCEPTIONAL      * 8*
* 9*                                                 * 9*
*10* DATE: 9/05  TYPE: ANNUAL     PGRADE:  TGRADE:            *10*
* 1* COER: PROM REC:  ASSIM REC:    MEAN: 97 OVERALL: E EXCEPTIONAL       * 1*
* 2*                                                 * 2*
* 3* DATE: 6/98  TYPE: ANNUAL     PGRADE:  TGRADE:            * 3*
* 4* COER: PROM REC:  ASSIM REC:    MEAN: 81 OVERALL: D WELL ABOVE AVERAGE  * 4*
* 5*                                                 * 5*
* 6*                                                 * 6*
* 7*                                                 * 7*
* 8*                                                 * 8*
* 9*                                                 * 9*
*20*                                                 *20*
* 1*                                                 * 1*
* 2*                                                 * 2*
* 3* PFKEYS:1=MASTER 2=AWARDS 3=D&L 4=PROFILE 5=D95(2) 6=D95(34) 8=PROFILE 9=PRINT * 3*
* 4*   13=NEW RECORD  PF16 = EXIT                              * 4*
* *                                                  * *
********************************************************************************
****      1    2    3    4    5    6    7    8 ****
**** 12345678901234567890123456789012345678901234567890123456789012345678901234567890 ****
********************************************************************************
```

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service
COMMISSIONED OFFICER'S

**BILLET DESCRIPTION**

**99HB873**

.. ORGANIZATION (Bureau,Division,Branch,Section, etc.) and location of duty station

**Items 2B,2C,3 and 4 to be completed by the Division of Commissioned Personnel ONLY**

| 2. EQUIVALENCY STATEMENT | 2A. BILLET SENSITIVITY | 2B. GRADE | 3. CAREER TRACK. | 4. CIVIL SERVICE SERIES |
|---|---|---|---|---|
| GS-13 | Non Sensitive | O - 5<br>2C. TOTAL | 94 - 34 | 0685 |

5. FUNCTIONAL TITLE: SENIOR PUBLIC HEALTH ANALYST - Non-Supervisory

6. Pertinent program information ( e.g., size of hospital; geographic limits of water pollution control project; type of hospital; primary function and size of Branch, Section, Unit; etc.)

Within the Agency assigned, the primary responsibilities are: ~n) to plan, direct, and administer the annual evaluation strategy; 2) to design and implement epidemiological and other special studies that examine the impact of the Agency's health care programs and the characteristics and service utilization patterns of clients served by these programs; and 3) to design, test, and evaluate models of health care delivery systems through grants, contracts, and intramural research studies.

7. *Brief* statement of *most important duties* supervisory responsibilities and work relationships.

Incumbent 1) represents HRSA on several departmental and government-wide committees that develop long-range goals and objectives to guide Federal, State, and local health agencies and private sector organizations in addressing the public health needs of the Nation; 2) researches and prepares papers and briefing materials for Assigned Program and HRSA testimony before Congress; 3) has sole responsibility for coordinating and monitoring the development and funding of contractual procurements for the evaluation of Assigned Program services; 4) maintains ongoing working relationships with all HRSA components that are involved with contractual procurement; 5) serves as Bureau expert on international health issues, reviews and develops Bureau comments on policy level documents of international health organizations, and researches opportunities for international collaboration; 6) represents Assigned Program on Agencylevel committees related to data coordination and to program planning and evaluation; 7) serves as Assigned Programs liaison to other HRSA Bureaus to facilitate collaboration and coordination in program evaluation activities; and 8) reviews draft final products submitted by Assigned Program's contractors to assure that the evaluation studies address the technical assistance needs of program administrators ıd grantees.

8. Direction received ( title of supervisor and type of direction upon assignment of work, during course of work, and at its completion).

Incumbent is supervised by the Chief, PEEB. Direction is provided through identification of policies, programs, and issues to be analyzed and reported. Incumbent also independently identifies topics for analysis, conducts or coordinates the analyses, and recommends ways in which study findings can be used to shape Bureau policies and/or technical assistance activities. Incumbent independently plans the approaches to assignments, handles problems as they arise, and suggests follow?up assignments warranted by preliminary results.

9. *Minimum* qualifications (education and experience) required to perform this job satisfactorily.

Officer must possess a graduate level degree in Health Care Administration or a Master's degree in Business Administration. Degrees in Economics or Finance are also desirable. Position requires ~n2 to ~n5 years experience and an in?depth knowledge of health care delivery in the United States, including trends in health care financing, administration, facilities construction, and service utilization. The incumbent must also have extensive knowledge of international health affairs and significant experience in interacting with both domestic and international organizations involved in the delivery of health care services.

| **10. INCUMBENT'S NAME** | **11. INCUMBENT'S CATEGORY** | **12. INCUMBENT'S RANK** Permanent / Temporary |
|---|---|---|
| **13. SERIAL NUMBER** | **14. INCUMBENT'S PROFESSION** | **15. *(Check One)*** ☐ Regular Corps ☐ ReserveCorps |
| **16. Certification or concurrence of the officers's supervisor** | Signature / Title (Position) | Date |

**PHS-4392**
**Rev. 2/01**

EF



Billet Modified on: 05/11/2004

**AR 00110**

# MEDICAL RECORDS

*DAVID R. USKAVITCH, M.D.*
*Director, Division of General Neurology*
*TVC 3930*
*Department of Neurology*
*Vanderbilt University Medical Center*
*Nashville, TN 37232*
*Ph: (615)936-0060 Fax: (615) 343-4201*

**Patient:** Sharon L. Myrick

**Date:** September 10, 2007

Dr. Myrick is seen in our office for the management of multiple sclerosis. She will soon be treated with a new medication, Tysabri, by intravenous infusion every four weeks.

David R. Uskavitch, M.D.

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES
HRSA
Health Resources & Services Administration

Office of Performance Review
New York Regional Division

# MEMORANDUM

**DATE: July 13, 2007**

**TO: Medical Retirement Board, USPHS**

**SUBJECT: Request for Medical Retirement of Lt. Commander Sharon Carter Myrick DDS.**

**FROM: Capt Margaret Lee M.D., Operations Director, OPR New York Regional Division**

I would like to support the request for medical retirement from Lt. Commander Sharon Carter Myrick DDS at this time.

Dr. Carter Myrick joined the staff of the HRSA/OPR New York regional Division in August, 2006 in the position of Public Health Analyst/Dental Consultant. I served as her first line supervisor. Prior to her assignment in the New York office, Dr. Myrick worked as Dental Consultant and project officer in HRSA's Bureau of Health Professions, Division of Medicine and Dentistry in Rockville, Md. She applied for the position of public health analyst in the New York Region for personal reasons. She received high recommendations and outstanding COER ratings from her rating official since joining the Commissioned Corps five years ago.

In her previous position as project officer, her responsibilities also included providing technical assistance and consultation to HRSA grantees that receive funding to provide training to graduate and post graduate dental students and residents. As a Public Health Analyst in the New York office, her responsibilities include serving as team member and/or team leader in the organization and conduct of program performance reviews of HRSA grantees who may be direct health care service provider organizations, training institutions, state health departments, MCH grantees, or HIV/AIDS service provider organizations. This position requires significant travel for the on-site phase of the review process. During her time in the New York office, she was being oriented and trained to become familiar and knowledgeable of the various HRSA grant programs and to become a fully functional team member. She is very bright, eager to learn and responsive to supervision. She was well integrated into her team assignments and into the office. She was also in good health and able to participate as observer in three of our visits to grantee in upstate New York and in Staten Island.

Beginning in February, 2007, she began to experience some of her current symptoms of weakness and pain of her lower extremities. She requested to take some sick leave days to seek medical advice and treatment for the symptoms. Due to the limitations in her mobility, she was able to participate as team member in only one review for March 7-9, 2007 and was not able to participate in her subsequent assigned reviews for 2007. In mid March, 2007, she received a diagnosis of Multiple Sclerosis from her physician, and has been on extended sick leave from our office based on her physician's advice since March 26, 2007 up to the present time. Due to the weakness of her lower extremities, she is not able to use the public transit system. She requires assistance and needs car service to travel to her appointments at this time.

For a young professional woman who has been very capable and successful in her life, these health issues have presented a very difficult burden for her to endure. Our office and her colleagues have become close to her and want to offer support and best wishes. We truly understand and support her wish at this time to focus her full energy on combating and dealing with her illness.

**CLB MEDICAL SERVICES, P.C.**
**1085 PARK AVENUE**
**NEW YORK, NY 10128**

Cordia L. Beverley, M.D.
Internal Medicine
Gastroenterology and Endoscopy

Tel: 212/876-1886
Fax: 212/722-7539

July 30th, 2007

To whom it may concern:

Dr. Sharon Myrick is under my medical care. She has multiple Sclerosis and Paresthesia of her feet. Her medical condition prevents her from working at this time.

Sincerely,

Cordia L. Beverley, M.D.

SEP-08-2007 . 08:33 AM DONG FAX NO. 9112482391 P. 02/07

08/28/2007 3:28:55 PM BIOGEN 0724909001095

By Facsimile

08/28/2007
TRICARE REGIONAL OFFICE-NORTH

Re: Sharon Myrick
Diagnosis: ICD9 CM 340
Policy Number: 102465084
Group Number:

To Whom It May Concern:

I am writing on behalf of my patient, Sharon Myrick, policy number 102465084, to document the medical necessity for administering TYSABRI (natalizumab) which has been approved by the FDA for the treatment of relapsing forms of multiple sclerosis. A copy of the products labeling may be obtained at www.TYSABRI.com.

PATIENTS MEDICAL HISTORY AND TREATMENT RATIONALE

Sharon Myrick has had a diagnosis of multiple sclerosis since 11/00 at the age of [redacted].
Sharon Myrick is under my care for multiple sclerosis and is currently being treated with SX SPECIFIC MEDS

PREVIOUS TREATMENTS FOR DIAGNOSIS:
Medications Used in the Past – Dose and Length of Therapy:

- ☒ Avonex (specify) 30 mcg/wk. SINCE 01/01 → 8/07
- ☐ Betaseron (specify)
- ☐ Rebif (specify)
- ☐ Copaxone (specify)
- ☐ Novantrone (specify)
- ☒ Solumedrol (specify) INTERMITTENTLY – LAST DOSE 6/07
- ☐ Methotrexate (specify)
- ☐ Cytoxan (specify)
- ☐ OTHER (specify)

RELEVANT MEDICAL HISTORY: (see attached medical notes)

Based on this patient's diagnosis, disease severity, and medical history, I have prescribed TYSABRI (natalizumab) (300 mgs, IV infusion every four weeks).

Treatment with TYSABRI (natalizumab) is a necessary part of this patient's therapy. Please contact me at (615)936-0060 if additional information is required to ensure prompt handling and payment of claims.

Sincerely,

[signature]

Dr. David Uskavitch, M.D.

**019220029 MYRICK, SHARON L (08/16/1958 - then 48YO F)**

**Outpatient Neurology Clinic Visit Note 2007/08/23 08:30 By: Uskavitch, David Signed by: uskazy9**

David R. Uskavitch, M.D.
Director, Division of General Neurology
TVC 3930
Vanderbilt University Medical Center
Nashville, TN 37232

615.322.2520 (phone)
615.343.4201 (fax)

Date of services: 08/23/2007 08:30

NEUROLOGY RETURN VISIT NOTE

PCP: Seibert, Michael

CHIEF COMPLAINT: paresthesias, pain

HISTORY OF PRESENT ILLNESS

Location: lower extremities
Quality: neuropathic, central
Duration/timing: genuine, chronic
Severity: moderate
Test results:

-
-
-

REVIEW OF SYSTEMS

Constitutional: No fever, significant weight change, sleep impairment, or night sweats.
Eyes: No blurred vision, diplopia, or transient monocular blindness.
Cardiovascular: No angina, syncope, or palpitations.
GU: Denies dysuria, polyuria, hematuria, incontinence, nocturia, impotence.
Musculoskeletal: variable leg stiffness
Neurological: Denies seizures, weakness, hemiparesia, tremor, headache.

Psychiatric: Denies depression, suicide attempts/plans, anxiety.

PAST MEDICAL HISTORY

- Previous ectopic pregnancies (2)
- Mutiple sclerosis
- hypertension
- concussion-2000
- cervis-precancer cells-1983
- right eyelid droop

MEDICATIONS

- lipitor 10 mg po daily
- maxzide 50 mg po daily
- cymbalta60 mg po daily
- potassium 99mg 2 po daily
- L-5 methyl Tetrahydrofolate 800 mcg 1po three times daily
- magnesium lactate 210 mg 1 po three times daily
- calcium with C 1 po daily
- juice plus 1 po twice daily
- total enzymes 1 po three times daily
- artic omega 1000mg 1 po three times daily
- betain hcl 1 po three times daily
- zinc po twice daily
- herbal formula for adrenal depletion po daily
- multi vit po daily

**019220029 MYRICK, SHARON L (09/16/1958 - then 48YO F)**

- co-Q-10 100 mg 1 po three times daily
- moly-Cu 1 po three times daily
- evening primrose po three times daily

ALLERGIES
- nkda

*** THE ROS, PMH, MEDICATION LIST AND ALLERGIES WERE REVIEWED AND CONFIRMED WITH THE PATIENT ***

GENERAL EXAMINATION
**Vital signs:** **Heart rate:** 60 bpm **BP:** 110/80 mm Hg **Wt:** 132 lb
**Ht:** 63.5 in
**General appearance:** Clean, well nourished, oriented.
**Eyes:** Optic discs are normal.
**Musculoskeletal:** Neck and back supple; normal range of motion.
**CV:** Heart rhythm regular, no murmur. No carotid bruit. No peripheral edema, distal pulses normal. No temporal artery tenderness to palpation.

NEUROLOGIC/PSYCHIATRIC EXAMINATION
**Mental status:** Oriented to time, place, and person. Normal long and short-term memory. Normal attention and concentration.
**Speech/language:** Spontaneous and fluent.
**Cranial nerves:** normal
**Motor:** normal
**Sensory:** normal
**Reflexes:** hyperreflexic lower extremities
**Coordination:** normal
**Gait/station:** mildly spastic gait
**Mood and affect:** Appropriate affect. Does not appear depressed, anxious, or agitated.

IMPRESSION
Multiple sclerosis with breakthrough disease (clinically and by MRI) on interferon beta 1a treatment. The patient, her family, and I have decided that switching to Tysabri is appropriate. Risks/benefits discussed and she will enroll in the TOUCH program. Avonex has been discontinued. Confirmatory lower extremity arterial doppler studies pending.

RECOMMENDATION/PLAN
Initiate Tysabri treatment. Trial of Lyrica 75 mg twice daily for symptomatic management of central pain. Potential side effects discussed. If she has similar side effects as she did with gabapentin, consider trial of low dose baclofen in combination with her Cymbalta.

Sincerely Uskevitch, David, MD

Vanderbilt University Medical Center Release of Information (615) 322-2062

**019220029 MYRICK, SHARON L (09/16/1958 - then 48YO F)**

**Outpatient Neurology Clinic Visit Note 2007/08/09 08:00 By: Uskavitch, David Signed by:** uskazy9

David R. Uskavitch, M.D. 615.322.2530(phone)
Director, Division of General Neurology 615.343.4201(fax)
TVC 3930
Vanderbilt University Medical Center
Nashville, TN 37232

Date of services: 08/09/2007 08:00
**NEUROLOGY RETURN VISIT NOTE**

**PCP:** Seibert, Michael

**CHIEF COMPLAINT:** paresthesias, stiffness

**HISTORY OF PRESENT ILLNESS**
**Location:** lower extremities
**Quality:** myelopathic
**Duration/timing:** chronic, continuing
**Severity:** moderate
**Test results:**

Brain MRI shows multiple periventricular demyelinating lesions with a single right parietal diffusion abnormality consistent with acute demyelinating lesion
Cervical spine MRI shows focal cervical demyelinating plaque

interferon neutralizing antibodies negative

**REVIEW OF SYSTEMS**
**Constitutional:** No fever, significant weight change, sleep impairment, or night sweats.
**Eyes:** No blurred vision, diplopia, or transient monocular blindness.
**Cardiovascular:** No angina, syncope, or palpitations.
**GU:** Denies dysuria, polyuria, hematuria, incontinence, nocturia, impotence.
**Musculoskeletal:** Denies joint swelling, arthralgia, myalgia.
**Neurological:** gait impairment
**Psychiatric:** Denies depression, suicide attempts/plans, anxiety.

**PAST MEDICAL HISTORY**
- Previous ectopic pregnancies (2)
- Mutiple Sclerosis
- hypertension
- concussion-2000
- cervix-precancer cells-1983
- right eyelid droop

**MEDICATIONS**
- lipitor 10 mg po daily
- maxzide 50 mg po daily
- cymbalta60 mg po daily
- avonex im weekly
- potassium 99mg 2 po daily
- L-5 methyl Tetrahydrofolate 800 mcg 1po three times daily
- magnesium lactate 210 mg 1 po three times daily
- calcium with C 1 po daily
- juice plus 1 po twice daily
- total enzymes 1 po three times daily
- artic omega 1000mg 1 po three times daily
- betain hcl 1 po three times daily

**019220029 MYRICK, SHARON L (09/16/1958 - then 48YO F)**

- zinc po twice daily
- herbal formula for adrenal depletion po daily
- multi vit po daily
- co-Q-10 100 mg 1 po three times daily
- moly-Cu 1 po three times daily
- evening primrose po three times daily

**ALLERGIES**
- nkda

*** THE ROS, PMH, MEDICATION LIST AND ALLERGIES WERE REVIEWED AND CONFIRMED WITH THE PATIENT ***

**GENERAL EXAMINATION**
**Vital signs:** **Heart rate:** 72 bpm **BP:** 132/90 mm Hg **Wt:** 132 lb
Ht: 63.5 in
**General appearance:** Clean, well nourished, oriented.
**Eyes:** Optic discs are normal.
**Musculoskeletal:** Neck and back supple; normal range of motion.
**CV:** dorsalis pedis pulses absent (abnormal outside lower extremity arterial doppler study suggesting peripheral arterial disease)

**NEUROLOGIC/PSYCHIATRIC EXAMINATION**
**Mental status:** Oriented to time, place, and person. Normal long and short-term memory. Normal attention and concentration.
**Speech/language:** Spontaneous and fluent.
**Cranial nerves:** normal
**Motor:** normal
**Sensory:** normal
**Reflexes:** lower extremity hyperreflexia with downgoing toes
**Coordination:** normal
**Gait/station:** mildly spastic gait
**Mood and affect:** Appropriate affect. Does not appear depressed, anxious, or agitated.

**IMPRESSION**
Multiple sclerosis with significant breakthrough disease on longterm interferon beta 1a therapy.

**RECOMMENDATION/PLAN**
I have recommended switching to Tysabri/natalizumab and we had a lengthy discussion regarding risks and benefits. She will review Tysabri information and make an informed decision. Discontinue Avonex. Schedule confirmatory lower extremity arterial doppler studies.

Sincerely Uskavitch, David, MD

**Vanderbilt University Medical Center** **Release of Information (615) 322-2062**

9-08-07

Holistic Options Management
1521 A Russell St.
Nashville, Tennessee 37206

Captain Vito Caserta, Chief Medical Affairs Branch
Division of Commissioned Personnel
5600 Fishers Ln. Room 4-c06
Rockville, Md. 20857-0001

Re: Sharon Carter-Myrick, DDS.

Captain Caserta,

We began treating Dr. Myrick's bilateral pedal (neuropathy related) pain on 8/07/07. Dr. Myrick identified a continous sensation of numness with tingling. Acupuncture therapy initiated to points on the distal extremeties to assess touch sensitivity and to reduce pain and stiffness.
Dr. Myrick's perception of a background effect of continous numbness is indicative of a centralized neurological phenomena more associated with her diagnosis of MS.
Subsequent treatments have both deminished and in one case exacerbated her sensation of pedal paresthesia. Testing and assessment of motor sensitivity was conducted using an IRB -37 Stim / Condution Unit, indicating a 25% decrease in nerve sensitivity to distal extremeties. Motor signals as assessed by response to electrical input demonstrates a 25 -30% decrease in strength and endurance of muscles of the hands, feet and legs below the knees.
Plans are to continue treatment toward reduction of paresthesia and pain.

Respectfully,

Umaru E. Jutte, L.Ac./Licensed Acupuncturist

DIONNE R. POWELL, M.D.
295 CENTRAL PARK WEST
NEW YORK, NEW YORK 10024
212-496-0913

June 20, 2007

HRSA
Dr. Vito Caseta
Chief Medical Affairs, Division of Personnel
5600Fishers Lane, Suite 4C06
Rockville, MD 20857

Re: Dr. Sharon Myrick

To Whom It May Concern:

I am a psychiatrist in private practice (affiliated at Cornell & Columbia) and write this as requested by HRSA in regards to Dr. Sharon Myrick a [redacted] dentist, public health analyst and commissioned corps officer who presented to me for the first time on May 10, 2007. Dr Myrick was referred to me by Dr. Cordia Beverly to evaluate her mental health as it relates to her recent diagnosis of multiple sclerosis (MS) in 2006. As of this writing we have met four times with our last appointment occurring today.

Prior to the diagnosis of MS Dr. Myrick has been a very active dentist, public health analyst and serving in the military. However since the diagnosis she has felt overwhelmed, unable to function at her previous high level, difficulty concentrating with depressed mood. Recently she has developed pain in her feet and toes limiting her ability to be as active both at work and for pleasure (enjoys swimming and salsa dancing both she has had to recently limit). In addition she has had difficulty concentrating and focusing that have been one of her strengths prior to her diagnosis. Although she has been on an antidepressant for several months her difficulty functioning both physically and mentally persists.

On mental status examination she has depressed mood, sad affect, difficulty concentrating, diminished appetite, lack of interest in usual activities, feelings of worthlessness and hopelessness, mild insomnia, no suicidal thoughts nor tendencies, no perceptual nor hallucinatory experiences.

Dr. Myrick carries the DSM-IV diagnosis of Mental Disorder NOS due to multiple sclerosis. Most recently Dr. Myrick has been taking the anti-depressant Cymbalta 90 mg per day. Please feel free to contact me if you have any further questions.

Sincerely,

Dionne R Powell MD

*BelleMeade*
*Chiropractic ~Center, P.C.*

*Dr. H. Louis Obersteadt, DIBAK*

RE: Sharon Myrick
DOB: [redacted]

September 6, 2007

Dr. Vito Caserta,

Sharon Myrick entered this office for examination and treatment for parestheia in the hands, knees, feet and toes. She also expressed that she felt unstable on her feet and had to quit dancing. She has been told the she may have MS by her personal medical doctor. Her examination was unremarkable. Dynamometer test showed 40 pounds of grip from both hands and she is right handed. Her gait was wobbly but she had no problem with Rhomberg"s and finger to nose test. Manual muscle testing revealed a strength level 4/5 of the following muscles; Supraspinatus, Latissimus Dorsi, Sternocleidomastoid, Psoas, Sartorius, Quadriceps Femoris, Anterior and Posterior Tibialis, Hamstring and Popliteus. All other muscles tested at5/5. Treatment has consisted of specific spinal adjustments and treatment of specific reflex and acupressure points to affect the weak muscles.

Sincerely,

H. Louis Obersteadt, DC, DIBAK

*4515 Harding Road, Ste. 110*
*Nashville, TN 37205*
*Phone (615) 269-5558*
*Fax (615) 269-5973*

RICHARD BACHRACH, DO, FAOASM
The Center for Sports & Osteopathic Medicine

NAME/DATE: Myrick, Sharon L10/26/06, new patient referred by Dr. Paul Gates
DOB: [redacted]
SUBJECTIVE/CC: Bilateral knee pain
HISTORY: Right > left knee pain, this incident onset two weeks ago when knee "popped" while dancing. Pain level 8/10, at worst 10/10. Sharp, worse in the morning, initiating movement after prolonged immobility, down > upstairs. Some relief with Motrin. No other treatment although she had consulted orthopedic surgeon. Told during adolescence that she had arthritis in her knees

PHYSICAL ACTIVITY LEVEL: Dancing, swimming, running
ALLERGIES: None
MEDICATIONS: B12, Motrin, potassium, Maxide
ROS: ENT CV RESP GI GU NEUROPSYCH END SKN MS hypertension, uterine fibroids
PAST MED/SURG. /TRAUMA HISTORY: Myomectomy, laparoscopy
SOCIAL:
FAMILY HISTORY: Heart disease, hypertension, cancer, arthritis

OBJECTIVE: ***ALL BELOW WITHIN NORMAL LIMITS UNLESS OTHERWISE SPECIFIED***

GENERAL APPEARANCE: GAIT/STATION: EYES: C L I P ENT:
NECK: ADEN THYROID MASS RESPIRATORY: EFFORT AUSCULT PALP PERC
CARDIOVASC: AUSC PALP BP: STANDING / SITTING SUPINE Pulse Rate:
PULSES: AORTIC CAROTID AXILLARY FEMORAL PEDAL
CHEST: BREAST AXILLAE MUSCULAR RIBCAGE
GI: ABDOM ORGANS PELVIC: RECTAL PROSTATE
LYMPHADENOPATHY: SKIN:

NEUROPSYCH: COORD. ORIENT. MOOD AFFECT ***AAO X 3***
NEUROMUSCULOSKELETAL: ***LOW BACK/LOWER EXTREMITY PROTOCOL***
bilateral hyperpronatory foot mechanics (has never worn orthotics); bilateral positive J. sign, left > right. Bilateral genu recurvatum. Medial, lateral subpatellar tenderness, positive patellofemoral grind, apprehension sign. Knee flexion bilateral 160°, pain at the end range on the right, pain decreased with lateral restraint patella. Tenderness, induration right lateral patella retinaculum, tightness right iliotibial band. Tenderness, induration right quadriceps, patella tendon. Atrophy right VMO. Right quadriceps strength 4/5, left 5/5. Positive right Obers. Generalized joint hypermobility.
IMAGING/DIAGNOSTIC STUDIES: X-ray significant only for lateral patella tilt, subluxation
ASSESSMENT: 1. Anterior knee pain syndromes. 2. Subtalar joint dysfunction, hyperpronatory foot mechanics. 3. Benign joint hypermobility syndrome
PLANS: Physical therapy twice-weekly: Manual, EGS, ultrasound. Orthotics. McConnell taping
FREQUENCY/DURATION TREATMENT: 6-8 weeks
MEDICATIONS: Not indicated
PROGNOSIS: Good with compliance
FOLLOW-UP: Absent timely significant improvement, MRI right knee
TIME: 30 minutes

AR 00123

317 Madison Avenue New York, NY 10017
Website: www.bonesdoctor.com
Phone: 212 685 8113 Fax: 212 697 4541
Email: bonesdoctor@pol.net

Marti S 4/13/07 48

PROGRESS NOTE

MOUNT SINAI MEDICAL ASSOCIATES

WEIGHT: BP: P: RR:

T: FS: PF:

Beverly

dentist
last yr March 2006 fais tingled
doing alot of dancing
admit E coli infec
when D/C → Beverly
fingers tingled out
got foot infec
knee plbm PT
other knee bothering her
toe sting
2nd ortho → neuro
apparently dx - M.S.
tests -
1 mo ago
IV steroids
no M.S. rx
now knees
now b/l since latril
feet numb - knees hurt
vis clear, u/s plbms
thinks R leg is wk
urine tests ok
1 mo ago - speech slurred
1st dx - M.S 3 days
hosp - 2 ectopics, 1 miscarriage
2 myomec, care
allerg - 0
SH ø rare cig ø etoh - w/wk
FH ⊕ ↑BP CAD

also cough

NAME:

muricti, S

**PROGRESS NOTE** **MOUNT SINAI MEDICAL ASSOCIATES**

WEIGHT: BP: P: RR:

T: FS: PF:

m- asthma
s- hand lymphoma
NO autoimmune or M.S.

tried neurontin very groggy apetor.

PE- 2/a R ptoses
CN nl
m- 4/5 R hip fle
r 2-3 + +lt
S cnt pin vib ps
a- sl unst
f→nor

A-P) MS
antibodies consider ō
PT
cymb → neuropath pain
2 wks

4/27/07 legs are stiffer
cymbalta no help - thinks cymb - worse
stiffness on
↑ R KJ'S forced
P- baclofen 5 TID → ↑ 10 TID
PT
depressed - consider antidep

NAME:

Muria, Sharon

**PROGRESS NOTE**

**MOUNT SINAI MEDICAL ASSOCIATES**

WEIGHT:

BP:

P:

RR:

T:

FS: 5/11/07

PF:

legs less stiff [illegible] stmes but still a problem
Podiatrist thinks Mortons neuroma
Baclofen 10 TID
PT helping
Dr B. [illegible] for [illegible] CT - aorta
PE -
Sk much better
tone is better
[illegible] depressed & still c/o tingling
told not morton's neuroma (both feet top & bottom)
A/P -
cont Avonex (pt really wants)
cont 10 TID bac
retry [illegible]
2 wks

NAME:

Murick, Sharon

PROGRESS NOTE

MOUNT SINAI MEDICAL ASSOCIATES

WEIGHT: BP: P: RR:

T: FS: PF: 5/25/07

cymbalta 60 QD - h/a better
⊗ tingling is still terrible
seeing ⊗
very bothered by tingling
baclofen 10 TID
tips of fingers + toes - both feet
PE - str + tone good
comp - ms good
- emet still +
plan ↑ cymb 90 to try to improve
tingling
call 3 wks + see what to do

AME:

Urick, Sharon

**PROGRESS NOTE**

**MOUNT SINAI MEDICAL ASSOCIATES**

WEIGHT: BP: P: RR:

T: 6/15/07 FS: PF:

↑ cymb to 90 - no aid
thinks dragging R leg
also panicked
happier about moving but no
dif on 90
baclofen 10 TID feels no help
same foot burning - both feet & fingers

PE mnl
refl ↑
s: int

A+P) stop baclofen
d. cymb 90
start gabapen up to 300 TID
Recall

NAME: