CLS MEDICAL SERVICES, P.C.

PROGRESS NOTE

NAME: Myrick Dr. Sharon — Date: 3/26/07

CHIEF COMPLAINT: Patient had surgery on Rt 5th toe in december 2006 2 weeks ago. Pt consulted Dr. APATOFF - a specialist in multiple sclerosis because of knee tingling and tingling in the toes. She has spinal tap, and was treated with prednisone in decreasing dose 10 → 0. Pt feels that she is dragging her right foot

PHYSICAL EXAMINATION

BP: 114/79 — Pulse: 60 — O2 Sat: 99% — T: 97.2 — Weight: 131.5 — Ht: — BMI:

Head: NC/AT

Eyes: PERRLA, v. Rim of EOM. Fundi not visualized

Ears: TM's clear

Nose:

Throat: wnl

Neck: Supple — Thyroid:

Heart: NS1 S2 no. Log

Lungs: Clear

Breasts:

Abdomen: soft b/s nl nontender no masses

Back: nl

Arms, Legs, Joints: ↓ strength right foot. ↓ sensation to pin prick and light touch in both feet. Swollen Rt 5th toe.

Skin:

Neurological: →

Rectal:

Occult Blood in stool:

Pelvic:

EKG:

PFT: W/U by Dr. APATOFF in progress

LAB:

Assessment: Multiple sclerosis

Hypertension

Right 5th toe pain

PLAN: Pt given note for W/U. She is unable to work due to need to climb subway stairs.

Vitals

Return in 2 weeks

Refer to Dr. Muntz

3/27/07 Labs: CWBC, lipid profile, ... Repeat in ... [illegible]

AR 00129

CLB MEDICAL SERVICES, PC

PROGRESS NOTE

NAME: Carter-Myrick, Sharon  Date: 12/7/06

CHIEF COMPLAINT: Patient complains of Right 5th Toe Pain. Surgery to shave the bone is scheduled for 12/14/06. She requests Preop clearance. She was treated 10/20/06 for Right Knee Pain w/ Bilat Patella Tracking Disorder. Denies dysuria, urgency or frequency.

PHYSICAL EXAMINATION

BP: 120/87 Pulse: 68 O2 Sat: 100 T: 96.8 Weight: 130 BMI:

Head: nl
Eyes: nl
Ears: nl
Nose: nl
Throat: nl
Heart: nl S1S2 ∅ R ∅ G
Neck: Supple
Lungs: Clear
Breasts: no masses
Abdomen: soft BS nl non tender
Back: nl
Arms, Legs, Joints: no swelling Tenderness over the Right Knee. Tender Rt 5th Toe.
Skin: nl
Neurological: nl
Rectal:
Occult Blood in stool:
Pelvic:

EKG: NSR.

LAB:

Assessment: Right Knee Pain
Right Foot Pain
Preop clearance

PLAN: Pt referred to Dr Hamilton Orthopedic Surgeon for 2nd Opinion Prior to surgery.

[illegible] MEDICAL SERVICES [illegible]
PROGRESS NOTE

NAME: Myrick, [illegible] Sharon Date: 4/9/07

CHIEF COMPLAINT:
cc [illegible] burning sensation in both feet. She has pain [illegible] right 5th toe at site of surgery. She is unable to wear regular shoes or climbing up & down stairs. She denies bowel or bladder dysfunction. She received no response to Prednisone therapy

PHYSICAL EXAMINATION

BP: 119/85 Pulse: 76 [illegible] O2 Sat: 100 T: 96.8 Weight: 134.5 Ht: BMI:

Head:
Eyes: nl
Ears: nl
Nose: nl
Throat: nl
Neck: supple Thyroid:
Heart: nl S1 S2 no [illegible]
Lungs:
Breasts:
Abdomen:

Back:
Arms, Legs, Joints: no swelling or redness
Skin:
Neurological: ↓ sensitivity to pinprick on both feet. nl strength [illegible]
Rectal:
Occult Blood in stool:
Pelvic:

EKG: Lab: 3/20/07: CBC: WBC 13.6, Hgb 15.6, glu 133 [illegible]
PFT: chol 264.

LAB:

Assessment: Leukocytosis most likely 2° to steroids
Paresthesia of the feet
Multiple Sclerosis

PLAN: Refer to Dr. Muntz
Patient to remain out of work pending further neuro evaluation by Dr. Muntz
Return in 1 month

[signature]

[illegible] [illegible] [illegible] noted 5/10/07. [signature]

AR 00131

CLB MEDICAL SERVICES, P.C.

PROGRESS NOTE

NAME: Myrick, Dr. Sharon

Date: 6/18/07

CHIEF COMPLAINT: Patient reports no improvement in numbness of her feet & hands. Dr. Green does not believe peripheral arterial disease is the cause of her symptoms. He recommends MRI of the neck and lumbar spine. She denies bowel or bladder dysfunction. She has been taking Lipitor without side effects.

PHYSICAL EXAMINATION

BP: 125/87 Pulse: 63 O2 Sat: 100% T: 96.8 Weight: 127 Ht: BMI:

Head:
Eyes: wnl
Ears: wnl
Nose: wnl
Throat: wnl
Neck: wnl Thyroid:
Heart: wnl S1 & S2, no MRG
Lungs: clear
Breasts:
Abdomen: soft, BS nl, nontender

Back:
Arms, Legs, Joints: no edema, skin warm and dry on arms & legs
Skin: no rash
Neurological: [illegible]
Rectal:
Occult Blood in stool:
Pelvic:

EKG:
PFT:

LAB:

Assessment: Paresthesia of the feet
Hypercholesterolemia
Peripheral arterial disease

PLAN: MRI of cervical & lumbar spine

6/19/07 Spoke to Dr. Mims. who indicates Pt had MRI of the cervical spine. Plan MRI of lumbar spine [signature]

AR 00132

CLB MEDICAL SERVICES, P.C.
PROGRESS NOTE

NAME: Myrna Sharon Jr. Date: 5/31/07

CHIEF COMPLAINT: Patient returns to obtain results of CTA of abd, pelvis & lower extremities. She still has numbness of both feet and pain in the right 5th toe. No sig improvement with physical therapy. She has MS.

PHYSICAL EXAMINATION

BP: 112/86 Pulse: 84 O2 Sat: 100% T: 98.4 Weight: 128 Ht: BMI:

Head: wnl
Eyes: wnl
Ears: wnl
Nose: wnl
Throat: wnl
Neck: supple Thyroid:
Heart: RRR S1S2 c-R-M-G
Lungs: clear
Breasts:
Abdomen: soft, f>s nt, no bruit

Back:
Arms, Legs, Joints: no edema
Skin:
Neurological:
Rectal:
Occult Blood in stool:
Pelvic:

EKG: CTA of abdomen: atherosclerosis in the aorta without dilatation
PFT:
CTA of lower ext: occluded Rt ant. tibial artery in the mid calf.
LAB:

Assessment: Peripheral arterial disease
Multiple Sclerosis
Hypertension
Hypercholesterolemia

PLAN:
Refer to Dr. Green
Return in 2 weeks
Rx Lipitor 10mg #00D

[signature]

AR 00133

CCS MEDICAL SERVICES, P.C.
PROGRESS NOTE

NAME: Meyuck Sharon D. Date: 5/10/07

CHIEF COMPLAINT: Patient has no new complaints. She still has paraesthesias in both feet & Hands. Pain in her legs increase with walking and is partially relieved by rest. Sonogram of the renal revealed aortic calcifications. Pt is followed by Dr Munt for M.S. She has been experiencing hot flushes

PHYSICAL EXAMINATION

BP: 106/79 Pulse: 95 O2 Sat: 100% T: 98.6 Weight: Ht: BMI:

Head: nl
Eyes: nl
Ears: nl
Nose:
Throat: nl.
Neck: Thyroid:
Heart: nl S1 & S2 ⌀ R ⌀ G
Lungs: clear
Breasts:
Abdomen: soft BS nl. no lump. non tender

Back:
Arms, Legs, Joints: ⌀ edema. + DP Pulses bilat
Skin:
Neurological:
Rectal:
Occult Blood in stool:
Pelvic:

EKG:
PFT:

LAB:

Assessment:
(1) Atherosclerosis of the aorta
(2) leg cramps. R/O Peripheral arterial disease
(3) Hypertension
(4) Hypercholesterolemia

PLAN:
(5) Amenorrhea. R/O menopause
(6) A of [illegible] - [illegible]

Return in 3 weeks
Refer to [illegible]

AR 00134

[signature]

Richard J. Katz, M.D.
Morton Schneider, M.D.
Steven A. Albert, M.D.
Alison Bender Haimes, M.D.
Stephen D. Greenberg, M.D.
Douglas R. DeCorato, M.D.
..n L. Duke, M.D.

EAST RIVER
MEDICAL IMAGING, PC

Barbara H. Braffman, M.D.
Clyde A. Hershan, M.D.
Paul S. Choi, M.D.
Sean K. Herman, M.D.
Robert L. Ludwig, M.D.
Gwen N. Harris, M.D.

519 & 523 East 72nd Street • New York, NY 10021 • 3 East 75th Street, At Fifth Avenue • New York, NY 10021
4 0 East 59th Street, Sutton Place • New York, NY 10022
Tel: 212-28- -1575 • Fax: 212-288-7616 • www.eastriverimaging.com

CORDIA BEVERLEY, MD
1085 PARK AVENUE
NEW YORK, NY 10128

**Patient Name:** SHARON CARTER MYRICK **ID#:** [redacted]
**Exam Date:** 5/22/2007 **Accession#:** 4389634

Dear Dr. Beverley,

**CTA OF THE ABDOMEN, PELVIS AND LOWER EXTREMITIES**

**CLINICAL HISTORY:** [redacted] with claudication.

CT examination of the abdomen, pelvis and lower extremities was performed for evaluation of the arterial structures. Images were obtained every 1.25 mm from the aortic hiatus to the feet. The study was performed during the dynamic administration of intravenous contrast. Oral contrast was not administered.

Evaluation of the solid abdominal viscera is limited secondary to the starting position of the scan and the phase of contrast injection. No gross abnormality is seen.

At the level of the aortic hiatus the aorta measures approximately 2.2 x 2.0 cm in size. There are single renal arteries bilaterally, both of which are patent. Atherosclerotic calcification is noted within the aorta without evidence of aneurysmal dilatation. This calcification is most pronounced below the origin of the renal arteries. There is no evidence of stenosis of the celiac axis, SMA or IMA vessels.

The common iliac arteries are well maintained, without evidence of significant stenosis or occlusion.

RIGHT SIDED SYSTEM:

The external iliac artery and common femoral artery on the right as well as the right superficial femoral artery are widely patent. There is no evidence of significant stenosis or occlusion. The right popliteal vessel is also widely patent. There is a normal origin of the right anterior tibial artery, however, the anterior tibial artery occludes within the mid calf. The common tibioperoneal trunk on the right is patent, with patent origins of both the peroneal and posterior tibial artery. The peroneal vessel, however, is no longer visualized below the distal calf. The posterior tibial artery is patent to the level of the ankle joint and presumably into the foot. There is no definite evidence of reconstitution of the anterior tibial artery or dorsalis pedis vessel.

LEFT SIDED SYSTEM:

AR 00135

PATIENT NAME: SHARON CARTER ACCOUNT: 377205

Evaluation of the left sided s: stem demonstrates the external iliac artery, the common femoral artery and the superficial femoral arl ɜry on the left to be widely patent. The left popliteal vessel is also patent. The anterior tibial artery is | atent at its origin, however, occludes in the mid calf. The common tibioperoneal trunk is patent, with both the posterior tibial artery and peroneal artery patent. The posterior tibial artery occlude: just proximal to the calf. The peroneal artery reconstitutes the anterior tibial artery at the level of the ; inkle joint into a patent dorsalis pedis.

Limited evaluation of the oss( ous structures demonstrates an ex-ostosis in the posterior aspect of the left ilium. There is a Bartholin ; gland cyst noted on the right.

**CONCLUSION**

Occlusion of the anterior tibi: I artery and peroneal artery on the right with the posterior tibial artery being patent across the ankle oint.

Occlusion of the anterior an( posterior tibial arteries on the left. The distal anterior tibial artery is reconstituted via the peritonea artery into a patent dorsalis pedis.

Atherosclerotic disease is not( d in a nondilated abdominal aorta.

Very truly yours,

DOUGLAS DE CORATO, MD

PACS
Transcribed by: SHANNON MURPHY
Date/Time Transcribed: 5/23/2007 8:32:( 3 AM

Electronically signed by GAVIN DUKE, M )

AR 00136

PATIENT NAME: SHARON CARTER ACCOU T: 377205

# 55th Street Co[illegible] l Medical Imaging Center

Phone: (212) 752-4511

Patient Name: MYRICK, SHARON
'B: [redacted] Sex: F Age: [redacted]
N: [redacted] Accession: 1011658
Signs & Symptoms:

Pt. Location: CORNELL MRI, 55th Street
Pt. Status: O
Exam Date and Time: 03/13/2007 7:40 PM EDT
Admitting MD:
Consulting MD:

History: arm/leg numbness
Exam: (1-55TH) MRBWO - MRI BRAIN WO CONTRAST

Order MD: APATOFF, BRIAN R MD

Clinical History: Extremity numbness.

Technique: An MRI of the brain was performed utilizing sagittal and axial T1-weighted and FLAIR images and axial T2-weighted and diffusion-weighted scans.

Findings: The ventricles and sulci are within normal limits in size and configuration. There are multiple foci of abnormal hyperintense signal on the FLAIR and T2-weighted images within the cerebral white matter bilaterally. These are predominantly in the periventricular white matter. There is involvement of the corpus callosum. Several lesions are ovoid in configuration and run along the course of white matter tracks. The findings are consistent with demyelinating disease. There is a small focus of restricted diffusion in the right parietal periventricular white matter which likely represents a focus of acute demyelination. No other diffusion restriction is seen. The brainstem and cerebellum are normal in signal intensity.

No hematomas are present. There are no extra-axial collections. The craniocervical junction appears normal. There are normal vascular flow-voids.

The right globe is elongated which may be secondary to a staphyloma.

The paranasal sinuses and mastoid air cells are clear.

Impression: Demyelinating disease. Single small focus of diffusion restriction in the right parietal periventricular white matter likely represents a focus of acute demyelination.

End of diagnostic report for accession: 1011658

Study interpreted and report Comunale, Joseph MD ______________________ 03/14/2007 9:32 AM ED

# 55th Street Cor. d M dical Imaging Center

Phone: (212) 752-4511

| | |
|---|---|
| Patient Name: MYRICK, SHARON | Pt. Location: CORNELL MRI, 55th Street |
| D: [redacted] Sex: F Age: [redacted] | Pt. Status: O |
| N: 01933794 Ac ession: 1011659 | Exam Date and Time: 03/13/2007 8:14 PM EDT |
| Signs & Symptoms: | Admitting MD: |
| | Consulting MD: |
| History: neck pain | |
| Exam: (1-55TH) MRCSPWO - MRI CER VICAL SPINE WO CONTRAST | Order MD: APATOFF, BRIAN R MD |

Clinical History: Extremity numbness.

Technique: MRI the cervical spine was pe formed utilizing sagittal and axial T1-weighted and T2-weighted image s, sagittal proton density images, and axial gradient echo scans.

Findings: The cervical vertebral bodies ar normal in stature. Alignment is satisfactory, however, there is reversal c f normal cervical lordosis, iding which may reflect muscle spasm

At C5-C6 and C6-C7 there are disc height loss and osteophyte in keeping with degenerative disc disease. At C5-C6 t ere is no cord impingement and the foramina are preserved.

At C6-C7 there is no cord impingement. T iere is right-sided foraminal oachment secondary to disc osteophyt complex.

There are foci of abnormal hyperintense s gnal on the proton density and T2-weighted images within the cervical cc d. These are within the left side of the cord at C5 and within the right ide of the cord at C7. There is no associated mass effect. The fin lings are consistent with foci of demyelination.

Impression: Degenerative disc disease at C 5-C6 and C6-C7 with ht-sided foraminal encroachment at C6- '. Foci of abnormal perintense signal in the cervical cord ar consistent with foci of demyelination.

End of diagnostic report for accession: 1011659

Study interpreted and report Comunal Joseph MD ______________________________ 03/14/2007 9:37 AM EI

Richard J. Katz, M.D.
Morton Schneider, M.D.
Steven A. Albert, M.D.
Alison Bender Haimes, M.D.
Stephen D. Greenberg, M.D.
Douglas R. DeC.:rato, M.D.
:win L. Duke, M.D.

EAST RIVER MEDICAL IMAGING, PC

Barbara H. Braffman, M.D.
Clyde A. Hershan, M.D.
Paul S. Choi, M.D.
Sean K. Herman, M.D.
Robert L. Ludwig, M.D.
Gwen N. Harris, M.D.

519 & 523 East 72nd Street • New York, NY 10021 • 430 East 59th Street, Sutton Place • New York, NY 10022
Tel: 212-28· -1575 • Fax: 212-288-7616 • www.eastriverimaging.com

RICHARD M BACHRACH, [D]O
317 MADISON AVENUE ROOM 400
NEW YORK, NY 10017

**Patient Name:** SHARON CARTER MYRICK **ID#:** [redacted]
**Exam Date:** 11/10/2006 **Accession#:** 4328772

Dear Dr. Bachrach,

**MRI SCAN OF THE RIGHT KNEE**

**CLINICAL HISTORY:** [redacted] with knee pain.

Magnetic resonance imaging was performed of the right knee in the coronal, sagittal and axial planes. Scans were performed with T1 high resolution proton density, T2 and fat suppressed images.

Evaluation of the medial meniscus reveals a normal low intensity signal and contour, without any findings to suggest a tear.

Evaluation of the medial femorotibial compartment reveals no evidence of joint space narrowing. The articular cartilage is of normal thickness.

Evaluation of the lateral meniscus reveals a normal low intensity signal and contour, without any findings to suggest a tear.

Evaluation of the lateral femorotibial compartment demonstrates the joint space to be well maintained. The articular cartilage is of normal thickness.

The anterior and posterior cruciate ligaments are without any evidence of disruption, distortion of their shape or tears.

The medial and lateral collateral ligaments are intact.

The patella and its tendons are intact. The retropatellar articular cartilage is maintained. There is a small joint effusion.

The musculature appears normal.

The signal arising from the bone marrow of the femur, tibia and fibula is unremarkable.

AR 00139

PATIENT NAME: SHARON CARTER ACCOUN [redacted]

**CONCLUSION**

Small joint effusion otherwise ınremarkable MRI scan of the right knee.

Very truly yours,

GAVIN DUKE, MD

FILMS/PACS
CC:

CORDIA BEVERLEY, MD
1085 PARK AVENUE
NEW YORK, NY 10128

Transcribed by: CAROL ANN T KRAEUTI R
Date/Time Transcribed: 11/10/2006 3:10: )0 PM

Electronically signed by GAVIN DUKE, MI

**CLB MEDICAL SERVICES, P.C.**
**1085 PARK AVENUE**
**NEW YORK, NY 10128**

Cordia L. Beverley, M.D.
Internal Medicine
Gastroenterology and Endoscopy

**Tel:** 212/876-1886
**Fax:** 212/722-7539

July 30th, 2007

To whom it may concern:

Dr. Sharon Myrick is under my medical care. She has multiple Sclerosis and Paresthesia of her feet. Her medical condition prevents her from working at this time.

Sincerely,

Cordia L. Beverley, M.D.

**CLB MEDICAL SERVICES, P.C.**
**1085 PARK AVENUE**
**NEW YORK, NY 10128**

Cordia L. Beverley **M.D.**
Internal Medicine
Gastroenterology and Endoscopy

**Tel:** 212/876-1886
**Fax:** 212/722-7539

May 10[th], 2007

To Whom It May Concern:

Dr. Sharon Myrick is under my medical care. She is being treated for a neurological condition. I recommended bed rest from 5/9/07 to 6/9/07.

Sincerely,

Cordia L. Beverley, M.D.

CLB MEDICAL SERVICES, P.C.
1085 PARK AVENUE
NEW YORK, NY 10128

Cordia L. Beverley, M.D.
Internal Medicine
Gastroenterology and Endoscopy

Tel: 212/876-1886
Fax: 212/722-7539

March 26th, 2007

To whom it may concern:

Dr. Sharon Myrick is under my medical care. She is being treated for a neurological condition. I recommended bed rest from 3/26/07 to 4/9/07.

Sincerely,

Cordia L. Beverley, M.D.

The Pruzansky
Hand, Athletic and
Sports Trauma Institute

Mark ruzansky, MD, PC
Hand and Orthopedic Surgery
Peripheral Nerve and Wrist Surgery
Sports Medicine and Elbow Reconstruction

975 Park Avenue New York, NY 10028
Phone 212.249.8700 Fax 212.327.4405
Email pruzanskymd@phasti.com
Edu Web Site www.phasti.com

October 20, 2006

Dr. Cordia Beverley
1085 Park Ave.
NY, NY 10128

Re: Sharon Myrick

Dear Dr. Beverley:

On October 20, 2006, I examined the above [redacted] right-handed woman in orthopedic consultation. She complains of bilateral knee pain for 30 years, intermittently. The pain is present with changes in the weather, arising from chairs and using stairs. She has had no swelling. She has a catching sensation. She had been dancing recently, and this has increased the pain, especially over the past 5 days. The right and left, alternate in intensity. She has a history of eczema and hypertension and uses medication. She denies any significant abnormalities in her family history, social history or review of systems.

On physical examination, the patient has infero-medial facet tenderness of both patellae. The patient has increased lateral displaceability of the patellae in flexion. She has normal medial displaceability of the patella in extension. She has mild pronation. The knees are stable in the sagittal, coronal and rotatory planes. She has full range of motion.

The rest of the motor, sensory, pulse, skin and lymph node exam of the lower extremities and spine is normal.

X-rays of both knees show no bony abnormalities.

Impression: The patient has bilateral patella tracking disorder.

She was given a knee protocol to follow, so as to reduce irritation and promote healing. She will attend physical therapy. She will use Motrin, cautiously, for pain. The

-continued-

Dr. Cordia Beverley Re: Sharon Myrick

patient will be seen again in 4 to 6 weeks, and call if she has increased symptoms or questions.

Thank you for this interesting referral.

Sincerely yours,

Mark E. Pruzansky, M.D.

MEP:md

Captain Vito Caserta
USPHS
Chief Medical Officer
Medical Affairs branch
5600 Fishers Lane
M4C-04
Rockville, MD 20857

**Daily Activities: Sharon Carter-Myrick PHS#65408**

1. Get up earlier than my husband because it takes me longer to get up. 7:AM – 8 AM
2. My balance is unsteady, from my toes to the ball of both feet they are tingling and numb, I make my way into the kitchen and make coffee.
3. We moved to another home to accommodate my disability and my mother moved to Nashville, and will go back and forth to NY to take care of my father. We moved into a ranch home that has the bedrooms and kitchen all on one floor, I take a shower and we have installed a safety bar.
4. Some days my knees hurt more than other days and then I adjust my exercising routine. I just started Mobic, and I am still taking Motrin and baclofen. I have purchased some equipment for home use, balance ball, weights, balance block, mats, DVD's, exercise bike, and a small trampoline.
5. Some days I go to the YMCA and swim depends on my knees
6. Some days I don't do anything at all, I am tired, sad and depressed especially when I am frustrated when my feet go from tingling to burning. I tried neurontin and lyrica and they make me very unstable and mentally confused so I stopped taking it.
7. I dress myself, my husband cooks, so he fixes breakfast.
8. I Take 8 morning vitamins and 3 prescriptive medications
9. I have an at home exercise routine that was given to me by a physical therapist. This usually takes between a 1 hour and a half and this might include range-of-motion exercises, stretching, balance block.
10. Rest for one hour.
11. Physical therapy includes range-of-motion exercises, stretching, I have limited movement in my right leg, sometimes difficulty with my left hand (finger tips), and balance issues
12. I sponge bath off after stretching.
13. My mother or my husband usually accompany me to what ever appointment I have from acupuncture, testing, chiropractor, internal med, neurologist, personal appointments.
14. Eat lunch, take lunchtime vitamins
15. My mother and husband help me with household chores
16. We go to the mall and walk if I feel up to it.
17. I review dental journals and professional articles attend local dental meeting with classmates.
18. I frequently nap

19. eat dinner
20. Take evening medications and vitamins
21. Watch TV fall asleep usually wake up through out the night. Sometimes stay up all night when I can't sleep.

Alternate day plans:

- I ride my exercise bike.
- Perform simple mat exercises, for stretching and gentle strengthening;
- stepping for balance, coordination, leg strength, and hip flexibility;
- physioballs, to help with strength, balance, and flexibility;
- free weights, weight machines at the YMCA, and resistive exercise bands,
- Aquatherapy or water exercise (ranging from simple underwater stretching to swimming the breast stroke).
- Plan to start yoga or pilates at YMCA

Narrative Statement

My day begins with thirty minutes of meditation. It is during this time that I find I review my career choices and wonder if I made the right career decisions. Throughout my career, I have always set very high personal goals, most of these goals have been centered on serving others, particularly the underserved populations here in the US. I believe that I was chosen to become this type person and Doctor for a reason (my unconditional desire to help those individuals who cannot help themselves, or need care). During this time, I wonder how did I get MS, was it from all amalgams I placed from the Navy to every health center I worked in, I ask myself a million questions. I spend another thirty minutes wondering why I felt the need to finally prove to myself that I could make it to Headquarters USPHS. Then I think about what my dental assistant, (Ruby) in Acoma New Mexico, at ACL Hospital Indian Health Service, said to me—if you get there don't forget about us here at ACL. Then I remember why I choose PHS. This may seem ho-hum to all who are reading or listening to this but this is a lot to think about and usually an hour has gone by.

My dream of working at Headquarters was not as daunting as I thought it would be. I did give up my senior ranking CDR-USNR for LCDR-PHS, which I was told would be reinstated six months after my transfer. One of the many un-truths told to me, during the recruitment process. Finding out that this could not occur upset me, and I requested explanations for this to no avail. I was then informed that I had not been in long enough to meet the requirements for the up-coming promotion board and I would have to wait. My Division Director informed me from time to time that she would recommend me for a "special promotion" and would get started on it, this never occurred. My Division Director and Branch Chief constantly used me as chess piece in their daily battle with each other to the point that I requested a meeting with their supervisor and informed her that I was having difficulty, as well as contacting Dr. Dushanka Kleinman my mentor.

My fellow Commissioned Corp Officer colleagues were put in the same position, until they both transferred out of the Division, with one returning to another branch of service. It was around that time I recall my toes starting to tingle and my feet would all of a sudden feel like they were on fire and burn. The DMD staff would laugh and we would say "my feet are hot". Now it's not so funny. I think about that everyday and then I cry.

I think about how difficult they (Division Director and Branch Chief ) made it for me to complete my MBA, which they knew I had only four classes to completion when they recruited me ( knowing I would have to fly to Nashville at the end of each class on the weekend and present a paper and take a final exam). I still was able to meet the requirements of my position along with finishing my MBA. I think about the many insults the Branch Chief threw my way from exposing her panties to me and telling me the reason I was selected to participate in the Transformation meeting was because they needed a "black face". All of which I shared with my superiors as well as the Commissioned Corp senior officers in my branch. I did not pursue this harassment or discriminatory behavior because I did not want it to affect or impact any transfer or future promotion.

I contacted Chris Halliday and Tim Lozon from Indian Health Service as well as the Coast Guard and started looking for another position. Not having proper orientation to the Corps and no guidance, I found that my Officer page stated that I was required to submit paperwork for promotion due to the total number of years I had in service. I contacted Dr. Lala and Neal Walker and we threw the packet together and CDR Walker spent 2 hours trying to fax it in, I was anxious and concerned. I was informed to not count on getting a promotion. Once again, this upset me and I considered transferring back to Navy.

The results from the promotion board clearly stated that my strengths were "education" and my weakness "no PHS awards", I was not surprised. The outside activities I had been involved in were not enough for promotion. I became engaged in December 2005, and at that point started looking for a position in the NY region, with OPR. I was excited and energized to be selected to participate in the PHS marketing campaign, and even now as my picture is being used for recruitment for dentists into the Commissioned Corp for the HRSA web-site as of today (September 12, 2007) as well as given an opportunity to transfer to NY. I met with Mr. Moss and found him to be the perfect example of excellence in senior leadership.

Mr. Moss decided to select me. The environment and organization of the NY office was a totally different experience. My background is strong in organizational management and I increased my expertise attaining my MBA (with specialized concentration in Healthcare Administration) as well as training from the Navy in Senior Leadership. Colleagues in the NY office are happy, talented, and extremely knowledgeable in their roles and responsibilities within the organization. Mr. Moss's door was always open and I had no problems sharing my disability with him or the staff who made me feel like family. They provided me with the information and counseling as needed. They are a very compassionate group of individuals which makes the OPR team successful.

I came up for promotion again, this time submitting all my documentation and statements in advance. I was told that the Rockville DMD would be responsible for putting together the recommendation paper work, needless to say the ball was dropped and past the deadline and Admiral Nessler hand carried it in. I asked her if it was too late and she stated "I don't know".

Mr. Moss and Dr. Lee designed a training program for me which included traveling and performing reviews as an observer. I learned hands-on how to evaluate and review HRSA funded programs. I traveled to 8 different reviews with team members. I really felt that I was putting all my training to use and was making an impact. On the last pre-site visit I was having difficulty walking, keeping up with team members and going up and down steps. Traveling on the subway became a nightmare.

I loved going out on the reviews, and enjoyed seeing, the HRSA funded clinics and programs helping and serving the communities they are located in.

I felt that I had found the position I had been dreaming about. I wish I could express how leaving, and seeing, first-hand what we do as Commissioned Corp Officers means to me.

Some difficulties noted:

At this time I do feel that my cognitive skills are challenged at times, making it difficult for me to focus. Some days my words are a little slurry, especially when I am tired or warm. My husband has been very supportive, and gave up his position as Program Director at XM satellite radio (Time Warner Building-Real Jazz) and took a 50% pay reduction in order to accommodate my disability. My mother and family members as well have made substantial sacrifices to help me. This alone is frustrating and causes me anxiety because I have always been very independent.

A colleague suggested I talk to Dr. Uskavitch, Chair of the Department at Neurology at Vanderbilt. My husband and mother accompanied me to his office and he recommended the Tysabri infusion regimen. I called Dr. Mintz to discuss this treatment, she informed me that she recommended Rebif and felt that Tysabri was to progressive treatment for me at this time. I called Dr. Beverly and her concerns were the same as Dr. Mintz, she also has requested that he speak to her concerning this therapy. After researching this drug therapy, and asking Dr. Seibert and mentioning it to Dr. Caserta, I decided to not pursue this treatment.

Physicians I trust have doubts, and have not heard about it. The FDA has recalled it once, and members of my family are not comfortable with it as an option at this time. I have decided to stay with Dr. Mintz as my neurologist, whom I am comfortable seeing and pursue a conventional treatment regimen. Both Dr. Mintz and Dr. Beverly are concerned that this therapy usage at Vanderbilt could be associated with a research project and I feel I do not want to participate in a clinical trial or study. My life is at stake and this treatment has been associated with fatalities. In addition, Tricare has not approved the treatment regimen for me.

I believe that we are all put through challenges and this is another glitch in the road. My life experiences serving my country will always bring me satisfaction knowing I chose the right path and would not change any of the decisions or choices I made. I am a fighter and I have worked very hard believing in what we do as Commissioned Corp Officers. I am really proud to have my picture used for recruitment; it makes me feel like I am still an active contributing Officer- part of the team serving our country.

It has always been my desire to have children; I put my career ahead of having a child. I have talked with my neurologist concerning my ability to carry a child and she has informed me that it is not recommended at this time. I have read intensely on MS, and well aware of the issues, progression rate and exacerbations, should I pursue or try. I still have all the same symptoms, none of the medications or treatments seem to be working and I am scared to think of doing anything that will or could make them worse I have spoken to adoption agencies as well and learned that having MS may make me ineligible. This breaks my heart having spent my clinical practice time in a pediatric practice.

My next step is how to salvage the remnants of my career. Stay posititive, allow family and friends to help me volunteer when I can and be happy.

Sincerely,

Sharon Carter-Myrick, DDS, MA, MBA

MAY 30, 2007 E-MAIL LETTER TO
LCDR SHARON L. MYRICK FROM MEDICAL
AFFAIRS BRANCH

**From:** Chamberlain, Nichole J. (PSC)
**Sent:** Wednesday, May 30, 2007 2:38 PM
**To:** Carter, Sharon (HRSA)
**Cc:** Caserta, Vito (PSC)
**Subject:** RE:

LCDR Myrick,

Thank you for contacting the Medical Affairs Branch concerning this matter. We are here to support and encourage you through the process. Per our conversation, please submit all your records subsequent to your last submission for evaluation.

For additional questions or inquiry, please don't hesitate to contact us directly.

Nichole

LCDR Nichole Chamberlain
US Public Health Service
Nurse Medical Evaluations Officer
Medical Affairs Branch
5600 Fishers Lane, rm 4C-04
Rockville, MD 20857
T 301.594.5113

-----Original Message-----
From: Carter, Sharon (HRSA)
Sent: Wednesday, May 30, 2007 2:25 PM
To: Chamberlain, Nichole J. (PSC)
Cc: Caserta, Vito (PSC)
Subject:

As per my conversation with LCDR Chamberlain, I would like to request a medical retirement (fitness for duty) from the USPHS.

I am very sad that I have to inform you that my doctor has advised me that my health will no longer permit me to keep up a full-time job. I have had to take a considerable amount of sick time, and had hoped that things would get better. However, I can no longer keep up the standard of work that my position requires.

Yours Sincerely,
PHS#65408

Sharon L. Myrick DDS, MA, MBA
U.S. Public Health Service
HRSA Regional Dental Consultant
Office of Performance Review
New York Regional Division
26 Federal Plaza, Room 3337
New York, New York 10278
Phone: 212-264-2544
fax: 212-264-4497

# MEDICAL RECORDS

WEILL
**CORNELL**
PHYSICIANS

Provider: **Brian R Apatoff, MD PhD**
Dept: Neurology And Neuroscience
Address: 1305 YORK AVENUE, Y.2.18
New York, New York 10021

Patient: **Sharon Myrick**
MRN: 1933794
DOB: [redacted]
SEX: Female
Visit Date: Mar 06, 2007

**Encounter Summary**

ENCOUNTER OPEN

## Chief Complaint/Reason for Visit:

Multiple Sclerosis

## History of Present Illness

Pt is a [redacted] female here today for a neurologic evaluation with her sister.

2005-Pt reports that she was active with swimming daily and salsa dancing 3 x week. Pt reports the 'first 3 toes on R side felt cold' then both feet 'come and go'. Pt reports that it continued intermittant for 4 months. Pt moved to Washington DC and she increased her walking. Pt noticed it started to get harder to balance. Pt reports that her feet 'get hot and she had to keep her shoes off'.
June 2006-Pt moved to NYC and got married. Pt reports that she took motrin with benefit to toes. Pt reports around this time she had 'tingling L fingers'.
October 2006-Pt reports that she was getting calus and saw podiatrist and thought it was 'neuroma'. Pt reports that she had marcain injections into the L foot 'stayed numb x 3 weeks'. Pt reports then gradually the foot 'numbness increased up foot'. Pt reports that she kept salsa dancing around this time. Pt reports that the 'legs stiffened comes and goes, buzzing up leg'. Pt reports that she always had R knee pain attributed it to 'arthritis' and it worsened with NYC subway steps. Pt eventually stopped dancing. Pt reports the toes have stayed 'consistently numb' just gradually ascending up leg.
December 2006-Pt was evaluated by orthopedist with knee x-rays and recommended physical therapy. Pt went for a second opinion by orthopedic DO did physical therapy. Pt reports the knee sx persisted and now it was in her other knee 'they said IP band'. Pt was evaluated by Dr. Rose evaluated MRI of knees and x-rays 'which were normal and he suggested I see a neurologist'. Pt reports that she has noticed 'legs are unsteady and I can't wear heels'. Pt notes that 'touching the foot pedal in a car is different'. Pt notes difficulty with balance because my feet were 'numb'. Pt reports knee pain has persisted and takes motrin daily 800mg-1200mg for pain relief. Pt also notes that she 'drops things with both hands'. Pt c/o 'slight neck and R shoulder pain'.
Notes urinary urgency, occ nocturia.

SH: pt moved recently from Washington DC, married, dentist public health serivce uniformed service for navy.

PMH:
Ecoli 'urine sepsis' IV antibiotics levaquin, x 1 week
Ectopic pregnancy

## Past Medical History - Pertinent Negatives as of 3/6/2007

1. Anxiety
2. Aortic Valve Disease
3. Atrial Fibrillation
4. Bipolar Disorder
5. Cancer
6. Coronary Artery Disease
7. Congestive Heart Failure
8. Depression
9. Diabetes Mellitus
10. Epilepsy
11. Gerd (gastroesophageal Reflux Disease)
12. Herpes Zoster
13. HTN (hypertension)
14. Hypercholesteremias
15. Lyme Disease

**AR 00153**

16. MI (myocardial Infarction)
17. Migraines
18. Mitral Valve Disease
19. Mononucleosis
20. Neurogenic Bladder, NOS
21. Psoriasis
22. Pulmonary Embolism
23. Rheumatic Disease of Heart Valve
24. Stroke
25. Thyroid Disorder

## Past Surgical History as of 3/6/2007

1. Removal of Fallopian Tube
   Comment: R
2. Myomectomy Abdom Complex
   Comment: x2 fibroids, lapratomy
3. Appendectomy
4. Remove Tonsils/Adenoids,12+ Y/O

## Current Medications as of 03/06/2007

1. Maxzide OR, 1 Tablet Daily
2. Motrin 400 MG OR Tabs, 800mg-1200mg Daily
3. Potassium Chloride CR OR, 1 Capsule Daily

**Allergies** No Known Allergies

## Social History as of 3/6/2007

| Tobacco History | Alcohol History | Drug History |
|---|---|---|
| Tobacco Use: Yes<br>For 20 years<br>Comments: 1-2 cigarettes | Alcohol Use: Yes | Drug Use: No |

## Family Medical History as of 3/6/2007

| Relation | Problem(s) | Comments |
|---|---|---|
| Father | CAD | |
| Father | Hypertension | |
| Sister | Cancer | lyphoma x 5 yrs |

## Family Status as of 3/6/2007

| Relation | Status |
|---|---|
| Father | Alive |
| Mother | Alive |
| Sister | Alive |

## Review of Systems

**Constitutional:** Normal
**Eyes:** R ptosis x 4 yrs, blurred vision in R eye, L intermittant blurred vision.
**Ears, Nose, Mouth & Throat:** jaw pain when she drinks certain wines.
**Cardiovascular:** htn
**Respiratory:** Normal

AR 00154

**GI:** Normal
**Musculoskeletal:** Abnormal - arthalgias, R knee initially and now it is L
**Genitourinary:** Normal
**Integumentary:** Normal
**Neurological:** Abnormal - see HPI
**Endocrine:** Normal
**Hematologic/Lymphatic:** Normal
**Immunologic:** hives in face,
**Psychiatric:** Normal
**Sleep:** Normal

## Vitals:

| Date&Time | BP | HT | WT |
|---|---|---|---|
| Mar 06, 2007 4:47 PM | 120/80 | 5' 4" (1.626 m) | 132 lbs (59.875 kg) |

**BMI:** 22.66 kg/m2 **BSA:** 1.64 m2

## Physical Exam

Pt is a healthy appearing R handed female in NAD.
CV: s1, s2, no murmurs, no rubs.
Lungs: CTA, no wheeze
Neuro:
Pt is alert and oriented x 3.
Amblyopia on R eye, L pupil
R pytosis
VA: with corrective lens counts fingers in R eye, L distal vision
CP: 8/8 L, R unable
Facial mvmt, TML
No drift, + L dysmetria on finger to nose testing
Clumsy altn hand mvmt
UE: distal hand weakness, other groups intact
LE: dec hip flexor 4+/5 R > 5-/5 L, trace dec R DF
DTR: UE 2+/4 R knee 3-3+/4, L knee 2+to 3/4, R achilles 2+/4, L achilles 2/4
Clonus: negative bilat
Vibration: dec LE
Tone: increased tone
Babinski: L toes downward, R toes equivocal
Gait: NML
Heel/toe walk intact
Cautious tandem with mild ataxia
Romberg: negative
Diff with balance on R and unable to hop on R, hops x 5 on L

## Assessment & Plan

Pt with R eye ptosis, parathesias, and motor weakness, with myelopathic signs on exam
R/o infectious and systemic diseases.
Discussed treatment options r/b with pt .
Check labs today.
Check brain and cervical MRI.
F/u appt when test results come back.

## Diagnosis

1. Unspecified Demyelinating Disease of Central Nervous System [341.9] - Primary Dx

AR 00155

**Order: LYME AB:CSF IMMUGEN(G,M,A)**

VEILL CORNELL PHYSICIANS

**Results Summary**

**Patient:** Sharon Myrick
**MRN:** 1933794
**DOB:** [redacted]
**SEX:** Female
**Visit Date:** 3/20/2007

**Lab:** NEW YORK HOSPITAL LABORATORIES
**Provider:** Brian Apatoff
**Result Date/Time:** 3/28/2007 2:58 PM
**Result Status:** Edited

**Component Results**

LYME AB:CSF IMMUGEN(G,M,A): *

**Comments:** Antibody Capture Enzyme Immunoassay
CSF No.: 708603
B.burgdorferi
49736
Results reflect quantitative proportions of specific to total antibody.
Normal Range: <1
Comments: No IgM, IgG or IgA antibody to B. burgdorferi detected in CSF by capture EIA.
Richard H. Seder, M.D., Director
Test Performed by:
Imugen
220 Norwood Park South
Norwood, MA 02062
LYME AB CSF ANALYSIS: ANTIBODY CAPTURE ENZYME IMMUNOASSAY FOR B.BURGDORFERI IGM,IGG,IGA
PLEASE REFER TO DETAILED REFERENCE LABORATORY REPORT

**Order Information** Lab Collection Information, Order Information, Order Providers

**Order: OLIGOCLONAL BANDS, CSF**

WEILL CORNELL PHYSICIANS

**Results Summary**

**Patient:** Sharon Myrick
**MRN:** 1933794
**DOB:** [redacted]
**SEX:** Female
**Visit Date:** 3/20/2007

**Lab:** NEW YORK HOSPITAL LABORATORIES
**Provider:** Brian Apatoff
**Result Date/Time:** 3/28/2007 2:58 PM
**Result Status:** Final result -- Abnormal

| Component | Normal | Abnormal | Low | High | Units | Stat |
|---|---|---|---|---|---|---|
| OLIGOCLONAL BAND CSF | | PRESENT A | ABSENT | | | Fin |

**Comments:**
The patient's CSF contains oligoclonal bands that are not present in the patient's corresponding serum sample. This finding indicates abnormal synthesis of IgG in the CSF and is supportive evidence for multiple sclerosis or central nervous system infection.

Richard Lent, Ph.D.
Debra G.B. Leonard, M.D., Ph.D.
Physician signatures on file

**Order Information** Lab Collection Information, Order Information, Order Providers

AR 00156

**Order: MRI CERVICAL SPINE W/O CONTRAST**

WEILL
CORNELL
PHYSICIANS

Patient: **Sharon Myrick**
MRN: 1933794
DOB: [redacted]
SEX: Female

Lab: NYH RADIOLOGY
Provider: Brian Apatoff
Result Date/Time: 3/14/2007 9:37 AM

**Results Summary** Visit Date: 3/07/2007 Result Status: **Final result**

**Component Results**

**MRI CERVICAL SPINE WO CONTRAST:**

Ordered: 03/13/2007 07:30 PM PATIENT NAME: MYRICK, SHARON
Location: 55R MRN: 01933794
Age: [redacted]
Adm M.D.: DOB: [redacted]

| Exam Date: | Accession #: | Exam Code: | Order MD: |
|---|---|---|---|
| 03/13/2007 | *1011659 | MRCSPWO | APATOFF, BRIAN R MD |

Clinical History: Extremity numbness.
Technique: MRI the cervical spine was performed utilizing sagittal and axial T1-weighted and T2-weighted images, sagittal proton density images, and axial gradient echo scans.
Findings: The cervical vertebral bodies are normal in stature.
Alignment
is satisfactory, however, there is reversal of normal cervical lordosis,
a finding which may reflect muscle spasm.
At C5-C6 and C6-C7 there are disc height loss and osteophyte in keeping
with degenerative disc disease. At C5-C6 there is no cord impingement and the foramina are preserved.
At C6-C7 there is no cord impingement. There is right-sided foraminal encroachment secondary to disc osteophyte complex.
There are foci of abnormal hyperintense signal on the proton density and
T2-weighted images within the cervical cord. These are within the left side of the cord at C5 and within the right side of the cord at C7. There is no associated mass effect. The findings are consistent with foci of demyelination.
Impression: Degenerative disc disease at C5-C6 and C6-C7 with right-sided foraminal encroachment at C6-7. Foci of abnormal hyperintense signal in the cervical cord are consistent with foci of demyelination.
Study interpreted and report approved by: Comunale, Joseph MD
Electronically signed Diagnostic Report Imaging Report
03/13/2007 07:30 PM - 03/14/2007 09:37 AM
Exam Start - Signed-Off

**Result Narrative** USHC-A00959005572141

**Order Information** Lab Collection Information, Order Information, Order Providers

**Order: MRI BRAIN W/O CONTRAST**

WEILL
CORNELL
PHYSICIANS

Patient: **Sharon Myrick**
MRN: 1933794
DOB: [redacted]
SEX: Female

Lab: NYH RADIOLOGY
Provider: Brian Apatoff
Result Date/Time: 3/14/2007 9:32 AM

**Results Summary** Visit Date: 3/07/2007 Result Status: **Final result**

**Component Results**

MRI BRAIN WITHOUT CONTRAST:

**AR 00157**

**CLB MEDICAL SERVICES, P.C.**
**1085 PARK AVENUE**
**NEW YORK, NY 10128**

Cordia L. Beverley, M.D.
Internal Medicine
Gastroenterology and Endoscopy

Tel: 212/876-1886
Fax: 212/722-7539

March 26th, 2007

To whom it may concern:

Dr. Sharon Myrick is under my medical care. She is being treated for a neurological condition. I recommended bed rest from 3/26/07 to 4/9/07.

Sincerely,

Cordia L. Beverley, M.D.

CORNELL
UNIVERSITY

NEWYORK PRESBYTERIAN
HOSPITAL

Joan and Sanford I. Weill
Medical College

Multiple Sclerosis
Clinical Care &
Research Center

Department of Neurology and Neuroscience
525 East 68th Street,
New York, NY 10021

Clinical Offices: Starr Pavilion, Suite 607

Tel: 212 746-4504, Fax: 212 746-8082
E-mail: mscenter@nyp.org
www.cornellphysicians.com/mscenter

Brian R. Apatoff, MD, PhD
*Director*
212-746-4504

Gregg L. Caporaso, MD, PhD
*Head, Laboratory of Molecular Neuroscience*
212-746-2737

Nancy Nealon, MD
*Iris Cantor Women's Healthcare Center*
425 East 61st Street
New York, NY 10021
212-821-0858

Michael W. O'Dell, MD
*Associate Director, Neurorehabilitation*
*Department of Rehabilitation Medicine*
212-746-1500

Carrie Lyn Orapello, RN, MSN, FNP-C
*Nurse Practitioner*
212-746-4504

David N. Posnett, MD
*Head, Laboratory of Human Molecular Immunobiology*
*Department of Medicine*
212-746-6488

Frank A. Petito, MD
*Clinical Attending and Professor of Neurology*
212-746-2309

Sally Roth, LCSW
*Clinical Social Worker*
212-746-4279

Neeta S. Roy, PhD
*Head, Laboratory of Neural Regeneration*
212-746-6573

J. Patrick Stübgen, MD, FRCP-C
*Clinical Attending and Associate Professor of Neurology*
212-746-2334

March 26, 2007

To Whom It May Concern:

Sharon Myrick, is a patient under my care for treatment of multiple sclerosis, a neurologic disorder. Ms Myrick should not be deployed permanently due to her medical condition.

If you have any medical questions regarding this patient, please call me at the above listed number.

Sincerely,

Brian R. Apatoff, MD, PhD
Director

BRA: lrr

# AUGUST 30, 2007
# MEDICAL REVIEW BOARD

# AUGUST 30, 2007 MEDICAL REVIEW BOARD REPORT

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE

# MEDICAL REVIEW BOARD REPORT

In accordance with the powers invested in this Board under PHS Commissioned Corps Personnel Manual, CCPM Regulation, INSTRUCTION 1, Subchapter CC49.3, the Medical Review Board on this date considered the medical file on referred subject for the following reason:

FITNESS FOR DUTY

The Board finds: LCDR Sharon L. Myrick

☐ MEDICALLY QUALIFIED

☐ WITH RESTRICTION ON TYPE OF ASSIGNMENT

☐ LIMITED TO ________ MONTHS ☐ WITH ☐ WITHOUT OPTION FOR EXTENSION

☐ MEDICALLY NOT QUALIFIED

RECOMMENDS ☐ TEMPORARY DISABILITY RETIREMENT ☐ INITIAL ☐ CONTINUATION

☐ PERMANENT DISABILITY RETIREMENT

☐ TEMPORARILY UNFIT EXTEND SICK LEAVE _______ DAYS

☐ UNSUITABLE

MEDICAL CONDITIONS AND COMMENTS

D Defer

USPHS Medical Review Board (MRB) convened on 30 August 2007 and reviewed all pertinent past records and the officer's statement and the MRB decided to defer the decision regarding fitness for duty and disability determination due to the need for more information. The officer has the medical condition of Multiple Sclerosis (MS). The fitness for duty evaluation was initiated by the officer citing fatigue and an inability to maintain basic readiness and be deployed. Due to incomplete information, the officer is directed by the Medical Review Board to contact ALL her medical and mental health providers where she received care from January 1 2007 through to the present, provide a release of information for these records to her providers, submit a copy of these release forms to MAB, and arrange for these records to be sent directly from the providers to the Medical Affairs Branch. All medical records generated between January 1 2007 and the time of her next Board evaluation must be submitted for an accurate determination.

BOARD MEMBERS

30 Aug 2007
Date of Report

1. [signature] 3. [signature]

2. [signature] 4. ________

APPROVED:

Date of Approval

RADM Kenneth P. Moritsugu, Acting Surgeon General

PRECEPT OF AUGUST 30, 2007 MEDICAL REVIEW BOARD

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Program Support Center
Enterprise Support Services

**Precept for Medical Review Board**
**In the case of**
**LCDR Sharon Myrick**
**30 August 2007**

Date of Birth: [redacted]
Category: Dental
Retirement Credit Date: 29 March 2000

**Background:**

A FFD has been requested by the officer due to a need for considerable sick leave, physician advice that she can not work a full time job due to her health, and her inability to maintain the standards her position requires.

The officer was evaluated on 16 March 2007 by the neurology department at Cornell for her multiple sclerosis. In 2005 the officer was active with daily swimming and salsa dancing. She then started to have paresthesias in both feet with a sensation of cold in the first 3 toes on the right side of her foot. Then the sensation would come and go in both feet. This continued intermittently for about 4 months. Then she moved to Washington DC and increased her walking and she noticed it started to become harder to balance. In June 2006 she moved to NYC and got married. Motrin helped the sensations in her feet. She reported that she always had right knee pain and she attributed it to arthritis bu this worsened and she eventually stopped dancing. At about this time she started to develop tingling in her left fingers. In October 2006 she saw a podiatrist for what she thought was a neuroma. She was given Marcain injections which would numb her foot for 3 weeks. The area of numbness and paresthesias increased up her foot. She would experience stiffening of her legs which would come and go with a sensation of buzzing up her leg. She eventually stopped dancing. Her toes have stayed constantly numb. Her legs have become unsteady and she can not wear heels. She takes 800-1200 mg of Motrin per day for knee pain. She has also noticed that she drops things from both hands. She has slight shoulder and neck pain. Although she saw an orthopedist for her knee and underwent physical therapy her symptoms persisted. An MRI of the knee was done and this was normal. At this point it was suggested she see a neurologist. Her current medications include Maxide 1 tab daily, Motrin, KCL. She has a past history of ecoli urinary sepsis requiring IV antibiotics and an ectopic pregnancy.

The review of systems was positive for right ptosis for 4 years with blurred vision in the right eye and intermittent blurred vision in the left eye.

Her physical was positive for myelopathic signs and she was diagnosed with an unspecified demyelinating disease of the central nervous system. Her CSF contained oligoclonal bands that are not present in her serum indicating an abnormal synthesis of IgG in the CSF. This is

supportive evidence for multiple sclerosis.

An MRI of the cervical spine was performed to evaluate her extremity numbness. Degenerative disk disease was noted at C5-6 and C6-7 with right sided foraminal encroachment at C6-7. Foci of abnormal hyper-intense signal were seen in the cervical cord and are consistent with foci of demyelination.

An MRI of the brain was performed and showed demyelinating disease. One area of acute demyelination was noted.

**Officer Statement**

None

**Supervisor Statement:**

The officer has been on extended sick leave since March 2007 when she was diagnosed with MS. The supervisor supports the request for medical retirement.

**Issues:**

The Board needs to determine whether the officer's condition might impact her long-term fitness for duty. Please take into account the presently evolving transformation of the USPHS Commissioned Corps into a readily deployable Corps.

**Options:**

1. Temporarily Unfit: This is appropriate when the nature of the injury is such that it is not anticipated to result in an unfitting permanent disability. Sick leave may be extended up to a total of 180 days. The period from 11 Jan 2005 through 31 July 2005 equals 201 days of sick leave so extending sick leave is no longer an option.

2. Fit For Full Duty (FFFD) vs Fit For Limited Duties (FFLD), vs Not Fit For Duty (NFFD)?

   a. If fit for limited duty (FFLD), state the limitations and specify when the Board wishes to re-evaluate the officer's status (ordinarily not longer than 12 months).
   b. If NFFD, the officer must be found unfit to perform the duties of his/her grade, category, or office. If NFFD, rate percentage of disability and determine whether disability is temporary or permanent. As a suggestion, you may want to review the codes in the VA Schedule for Rating Disabilities (VASRD). If medically retired, determine whether the officer should be placed on the temporary disability retirement list (TDRL) or permanent disability retirement list (PDRL). If the percentage is >75% and/or there exists little chance for a significant change (either way) in the clinical outlook over the next 5 years, it would be appropriate to place the officer on the PDRL. Otherwise, place on TDRL.

3. Unsuitable: When the underlying problem (such as character and behavior disorders or substance abuse) renders the officer unsuitable for service without sufficient evidence to warrant a medical separation.

WORKSTATION MDPKLN7B24R01:VMangram

12:44:24 pm Thursday August 23, 2007

```
******************************************************************************************
****      1       2       3       4       5       6       7       8 ****
**** 1234567890123456789012345678901234567890123456789012345678901234567890123456789012 ****
******************************************************************************************
* *                                                              * *
* 1*  ****************************************************************   * 1*
* 2*  *       COMMISSIONED OFFICERS' EFFECTIVENESS REPORT          *       * 2*
* 3*  *                 SUMMARY DISPLAY                            *       * 3*
* 4*  ****************************************************************   * 4*
* 5* SERNO: 65408 NAME: MYRICK, SHARON LAGRANDE     PGRD: 4 TGRD: 4 CAT: DENT   * 5*
* 6*                                                             * 6*
* 7* DATE: 9/06  TYPE: ANNUAL       PGRADE:  TGRADE:                  * 7*
* 8*  COER: PROM REC:  ASSIM REC:    MEAN: 100 OVERALL: E EXCEPTIONAL     * 8*
* 9*                                                             * 9*
*10* DATE: 9/05  TYPE: ANNUAL       PGRADE:  TGRADE:                  *10*
* 1*  COER: PROM REC:  ASSIM REC:    MEAN:  97 OVERALL: E EXCEPTIONAL     * 1*
* 2*                                                             * 2*
* 3* DATE: 6/98  TYPE: ANNUAL       PGRADE:  TGRADE:                  * 3*
* 4*  COER: PROM REC:  ASSIM REC:    MEAN:  81 OVERALL: D WELL ABOVE AVERAGE  * 4*
* 5*                                                             * 5*
* 6*                                                             * 6*
* 7*                                                             * 7*
* 8*                                                             * 8*
* 9*                                                             * 9*
*20*                                                             *20*
* 1*                                                             * 1*
* 2*                                                             * 2*
* 3* PFKEYS:1=MASTER 2=AWARDS 3=D&L 4=PROFILE 5=D95(2) 6=D95(34) 8=PROFILE 9=PRINT * 3*
* 4*     13=NEW RECORD   PF16 = EXIT                                  * 4*
* *                                                              * *
******************************************************************************************
****      1       2       3       4       5       6       7       8 ****
**** 1234567890123456789012345678901234567890123456789012345678901234567890123456789012 ****
******************************************************************************************
```

AR 00164

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service
COMMISSIONED OFFICER'S

**BILLET DESCRIPTION**

**99HB873**

1. ORGANIZATION (Bureau,Division,Branch,Section, etc.) and location of duty station

**Items 2B,2C,3 and 4 to be completed by the Division of Commissioned Personnel ONLY**

| 2. EQUIVALENCY STATEMENT | 2A. BILLET SENSITIVITY | 2B. GRADE / 2C. TOTAL | 3. CAREER TRACK. | 4. CIVIL SERVICE SERIES |
|---|---|---|---|---|
| GS-13 | Non Sensitive | O - 5 | 94 - 34 | 0685 |

5. FUNCTIONAL TITLE: SENIOR PUBLIC HEALTH ANALYST - Non-Supervisory

6. Pertinent program information ( e.g., size of hospital; geographic limits of water pollution control project; type of hospital; primary function and size of Branch, Section, Unit; etc.)

Within the Agency assigned, the primary responsibilities are: ~n) to plan, direct, and administer the annual evaluation strategy; 2) to design and implement epidemiological and other special studies that examine the impact of the Agency's health care programs and the characteristics and service utilization patterns of clients served by these programs; and 3) to design, test, and evaluate models of health care delivery systems through grants, contracts, and intramural research studies.

7. *Brief* statement of *most important duties* supervisory responsibilities and work relationships.

Incumbent 1) represents HRSA on several departmental and government-wide committees that develop long-range goals and objectives to guide Federal, State, and local health agencies and private sector organizations in addressing the public health needs of the Nation; 2) researches and prepares papers and briefing materials for Assigned Program and HRSA testimony before Congress; 3) has sole responsibility for coordinating and monitoring the development and funding of contractual procurements for the evaluation of Assigned Program services; 4) maintains ongoing working relationships with all HRSA components that are involved with contractual procurement; 5) serves as Bureau expert on international health issues, reviews and develops Bureau comments on policy level documents of international health organizations, and researches opportunities for international collaboration; 6) represents Assigned Program on Agencylevel committees related to data coordination and to program planning and evaluation; 7) serves as Assigned Programs liaison to other HRSA Bureaus to facilitate collaboration and coordination in program evaluation activities; and 8) reviews draft final products submitted by ssigned Program's contractors to assure that the evaluation studies address the technical assistance needs of program administrators nd grantees.

8. Direction received ( title of supervisor and type of direction upon assignment of work, during course of work, and at its completion).

Incumbent is supervised by the Chief, PEEB. Direction is provided through identification of policies, programs, and issues to be analyzed and reported. Incumbent also independently identifies topics for analysis, conducts or coordinates the analyses, and recommends ways in which study findings can be used to shape Bureau policies and/or technical assistance activities. Incumbent independently plans the approaches to assignments, handles problems as they arise, and suggests follow?up assignments warranted by preliminary results.

9. *Minimum* qualifications (education and experience) required to perform this job satisfactorily.

Officer must possess a graduate level degree in Health Care Administration or a Master's degree in Business Administration. Degrees in Economics or Finance are also desirable. Position requires ~n2 to ~n5 years experience and an in?depth knowledge of health care delivery in the United States, including trends in health care financing, administration, facilities construction, and service utilization. The incumbent must also have extensive knowledge of international health affairs and significant experience in interacting with both domestic and international organizations involved in the delivery of health care services.

| 10. INCUMBENT'S NAME | 11. INCUMBENT'S CATEGORY | 12. INCUMBENT'S RANK Permanent / Temporary |
|---|---|---|
| | | |

| 13. SERIAL NUMBER | 14. INCUMBENT'S PROFESSION | 15. *(Check One)* |
|---|---|---|
| | | ☐ Regular Corps<br>☐ ReserveCorps |

| 16. Certification or concurrence of the officers's supervisor | Signature | Title (Position) | Date |
|---|---|---|---|
| | | | |

PHS-4392
Rev. 2/01 EF

**AR 00165**

MAY 30, 2007 E-MAIL LETTER TO LCDR SHARON L. MYRICK FROM MEDICAL AFFAIRS BRANCH

**From:** Chamberlain, Nichole J. (PSC)
**Sent:** Wednesday, May 30, 2007 2:38 PM
**To:** Carter, Sharon (HRSA)
**Cc:** Caserta, Vito (PSC)
**Subject:** RE:

LCDR Myrick,

Thank you for contacting the Medical Affairs Branch concerning this matter. We are here to support and encourage you through the process. Per our conversation, please submit all your records subsequent to your last submission for evaluation.

For additional questions or inquiry, please don't hesitate to contact us directly.

Nichole

LCDR Nichole Chamberlain
US Public Health Service
Nurse Medical Evaluations Officer
Medical Affairs Branch
5600 Fishers Lane, rm 4C-04
Rockville, MD 20857
T 301.594.5113

-----Original Message-----
From: Carter, Sharon (HRSA)
Sent: Wednesday, May 30, 2007 2:25 PM
To: Chamberlain, Nichole J. (PSC)
Cc: Caserta, Vito (PSC)
Subject:

As per my conversation with LCDR Chamberlain, I would like to request a medical retirement (fitness for duty) from the USPHS.

I am very sad that I have to inform you that my doctor has advised me that my health will no longer permit me to keep up a full-time job. I have had to take a considerable amount of sick time, and had hoped that things would get better. However, I can no longer keep up the standard of work that my position requires.

Yours Sincerely,
PHS#65408

Sharon L. Myrick DDS, MA, MBA
U.S. Public Health Service
HRSA Regional Dental Consultant
Office of Performance Review
New York Regional Division
26 Federal Plaza, Room 3337
New York, New York 10278
Phone: 212-264-2544
fax: 212-264-4497

# MEDICAL RECORDS

WEILL CORNELL PHYSICIANS

**Provider:** Brian R Apatoff, MD PhD
**Dept:** Neurology And Neuroscience
**Address:** 1305 YORK AVENUE, Y.2.18
New York, New York 10021

**Patient:** Sharon Myrick
**MRN:** 1933794
**DOB:** [redacted]
**SEX:** Female
**Visit Date:** Mar 06, 2007

**Encounter Summary**

ENCOUNTER OPEN

## Chief Complaint/Reason for Visit:

Multiple Sclerosis

## History of Present Illness

Pt is [redacted] female here today for a neurologic evaluation with her sister.

2005-Pt reports that she was active with swimming daily and salsa dancing 3 x week. Pt reports the 'first 3 toes on R side felt cold' then both feet 'come and go'. Pt reports that it continued intermittant for 4 months. Pt moved to Washington DC and she increased her walking. Pt noticed it started to get harder to balance. Pt reports that her feet 'get hot and she had to keep her shoes off'.
June 2006-Pt moved to NYC and got married. Pt reports that she took motrin with benefit to toes. Pt reports around this time she had 'tingling L fingers'.
October 2006-Pt reports that she was getting calus and saw podiatrist and thought it was 'neuroma'. Pt reports that she had marcain injections into the L foot 'stayed numb x 3 weeks'. Pt reports then gradually the foot 'numbness increased up foot'. Pt reports that she kept salsa dancing around this time. Pt reports that the 'legs stiffened comes and goes, buzzing up leg'. Pt reports that she always had R knee pain attributed it to 'arthritis' and it worsened with NYC subway steps. Pt eventually stopped dancing. Pt reports the toes have stayed 'consistently numb' just gradually ascending up leg.
December 2006-Pt was evaluated by orthopedist with knee x-rays and recommended physical therapy. Pt went for a second opinion by orthopedic DO did physical therapy. Pt reports the knee sx persisted and now it was in her other knee 'they said IP band'. Pt was evaluated by Dr. Rose evaluated MRI of knees and x-rays 'which were normal and he suggested I see a neurologist'. Pt reports that she has noticed 'legs are unsteady and I can't wear heels'. Pt notes that 'touching the foot pedal in a car is different'. Pt notes difficulty with balance because my feet were 'numb'. Pt reports knee pain has persisted and takes motrin daily 800mg-1200mg for pain relief. Pt also notes that she 'drops things with both hands'. Pt c/o 'slight neck and R shoulder pain'.
Notes urinary urgency, occ nocturia.

SH: pt moved recently from Washington DC, married, dentist public health serivce uniformed service for navy.

PMH:
Ecoli 'urine sepsis' IV antibiotics levaquin, x 1 week
Ectopic pregnancy

## Past Medical History - Pertinent Negatives as of 3/6/2007

1. Anxiety
2. Aortic Valve Disease
3. Atrial Fibrillation
4. Bipolar Disorder
5. Cancer
6. Coronary Artery Disease
7. Congestive Heart Failure
8. Depression
9. Diabetes Mellitus
10. Epilepsy
11. Gerd (gastroesophageal Reflux Disease)
12. Herpes Zoster
13. HTN (hypertension)
14. Hypercholesteremias
15. Lyme Disease

**AR 00167**

16. MI (myocardial Infarction)
17. Migraines
18. Mitral Valve Disease
19. Mononucleosis
20. Neurogenic Bladder, NOS
21. Psoriasis
22. Pulmonary Embolism
23. Rheumatic Disease of Heart Valve
24. Stroke
25. Thyroid Disorder

## Past Surgical History as of 3/6/2007

1. Removal of Fallopian Tube
   Comment: R
2. Myomectomy Abdom Complex
   Comment: x2 fibroids, lapratomy
3. Appendectomy
4. Remove Tonsils/Adenoids,12+ Y/O

## Current Medications as of 03/06/2007

1. Maxzide OR, 1 Tablet Daily
2. Motrin 400 MG OR Tabs, 800mg-1200mg Daily
3. Potassium Chloride CR OR, 1 Capsule Daily

**Allergies** No Known Allergies

## Social History as of 3/6/2007

**Tobacco History**
Tobacco Use: Yes
For 20 years
Comments: 1-2 cigarettes

**Alcohol History**
Alcohol Use: Yes

**Drug History**
Drug Use: No

## Family Medical History as of 3/6/2007

| Relation | Problem(s) | Comments |
|---|---|---|
| Father | CAD | |
| Father | Hypertension | |
| Sister | Cancer | lyphoma x 5 yrs |

## Family Status as of 3/6/2007

| Relation | Status |
|---|---|
| Father | Alive |
| Mother | Alive |
| Sister | Alive |

## Review of Systems

**Constitutional:** Normal
**Eyes:** R ptosis x 4 yrs, blurred vision in R eye, L intermittant blurred vision.
**Ears, Nose, Mouth & Throat:** jaw pain when she drinks certain wines.
**Cardiovascular:** htn
**Respiratory:** Normal

AR 00168

**GI:** Normal
**Musculoskeletal:** Abnormal - arthalgias, R knee initially and now it is L
**Genitourinary:** Normal
**ntegumentary:** Normal
**Neurological:** Abnormal - see HPI
**Endocrine:** Normal
**Hematologic/Lymphatic:** Normal
**Immunologic:** hives in face,
**Psychiatric:** Normal
**Sleep:** Normal

## Vitals:

| Date&Time | BP | HT | WT |
|---|---|---|---|
| Mar 06, 2007 4:47 PM | 120/80 | 5' 4" (1.626 m) | 132 lbs (59.875 kg) |

**BMI:** 22.66 kg/m2 **BSA:** 1.64 m2

## Physical Exam

Pt is a healthy appearing R handed female in NAD.
CV: s1, s2, no murmurs, no rubs.
Lungs: CTA, no wheeze
Neuro:
Pt is alert and oriented x 3.
Amblyopia on R eye, L pupil
R pytosis
VA: with corrective lens counts fingers in R eye, L distal vision
CP: 8/8 L, R unable
Facial mvmt, TML
No drift, + L dysmetria on finger to nose testing
Clumsy altn hand mvmt
UE: distal hand weakness, other groups intact
LE: dec hip flexor 4+/5 R > 5-/5 L, trace dec R DF
DTR: UE 2+/4 R knee 3-3+/4, L knee 2+to 3/4, R achilles 2+/4, L achilles 2/4
Clonus: negative bilat
Vibration: dec LE
Tone: increased tone
Babinski: L toes downward, R toes equivocal
Gait: NML
Heel/toe walk intact
Cautious tandem with mild ataxia
Romberg: negative
Diff with balance on R and unable to hop on R, hops x 5 on L

## Assessment & Plan

Pt with R eye ptosis, parathesias, and motor weakness, with myelopathic signs on exam
R/o infectious and systemic diseases.
Discussed treatment options r/b with pt .
Check labs today.
Check brain and cervical MRI.
F/u appt when test results come back.

## Diagnosis

1. Unspecified Demyelinating Disease of Central Nervous System [341.9] - Primary Dx

AR 00169

**Order: LYME AB:CSF IMMUGEN(G,M,A)**

WEILL
CORNELL
PHYSICIANS

**Results Summary**

**Patient:** Sharon Myrick
**MRN:** 1933794
**DOB:** [redacted]
**SEX:** Female
**Visit Date:** 3/20/2007

**Lab:** NEW YORK HOSPITAL LABORATORIES
**Provider:** Brian Apatoff
**Result Date/Time:** 3/28/2007 2:58 PM
**Result Status:** Edited

## Component Results

LYME AB:CSF IMMUGEN(G,M,A): *

**Comments:** Antibody Capture Enzyme Immunoassay
CSF No.: 708603
B.burgdorferi
49736
Results reflect quantitative proportions of specific to total antibody.
Normal Range: <1
Comments: No IgM, IgG or IgA antibody to B. burgdorferi detected in CSF by capture EIA.
Richard H. Seder, M.D., Director
Test Performed by:
Imugen
220 Norwood Park South
Norwood, MA 02062
LYME AB CSF ANALYSIS: ANTIBODY CAPTURE ENZYME IMMUNOASSAY
FOR B.BURGDORFERI IGM,IGG,IGA
PLEASE REFER TO DETAILED REFERENCE LABORATORY REPORT

**Order Information** Lab Collection Information, Order Information, Order Providers

**Order: OLIGOCLONAL BANDS, CSF**

WEILL
CORNELL
PHYSICIANS

**Results Summary**

**Patient:** Sharon Myrick
**MRN:** 1933794
**DOB:** [redacted]
**SEX:** Female
**Visit Date:** 3/20/2007

**Lab:** NEW YORK HOSPITAL LABORATORIES
**Provider:** Brian Apatoff
**Result Date/Time:** 3/28/2007 2:58 PM
**Result Status:** Final result -- Abnormal

| Component | Normal | Abnormal | Low | High | Units | Stat |
|---|---|---|---|---|---|---|
| OLIGOCLONAL BAND CSF | | PRESENT A | ABSENT | | | Fin |

**Comments:**
The patient's CSF contains oligoclonal bands that are not present in the patient's corresponding serum sample. This finding indicates abnormal synthesis of IgG in the CSF and is supportive evidence for multiple sclerosis or central nervous system infection.

Richard Lent, Ph.D.
Debra G.B. Leonard, M.D., Ph.D.
Physician signatures on file

**Order Information** Lab Collection Information, Order Information, Order Providers

**AR 00170**

**Order: MRI CERVICAL SPINE W/O CONTRAST**

WEILL CORNELL PHYSICIANS

Patient: Sharon Myrick
MRN: 1933794
DOB: [redacted]
SEX: Female

Lab: NYH RADIOLOGY
Provider: Brian Apatoff
Result Date/Time: 3/14/2007 9:37 AM

**Results Summary** Visit Date: 3/07/2007 Result Status: Final result

**Component Results**

**MRI CERVICAL SPINE WO CONTRAST:**

```
Ordered: 03/13/2007 07:30 PM         PATIENT NAME: MYRICK, SHARON
Location: 55R                        MRN: 01933794
                                     Age: [redacted]
Adm M.D.:                            DOB: 09/16/1958
Exam Date:  Accession #:  Exam Code:   Order MD:
03/13/2007  *1011659      MRCSPWO      APATOFF, BRIAN R MD
```

Clinical History: Extremity numbness.
Technique: MRI the cervical spine was performed utilizing sagittal and axial T1-weighted and T2-weighted images, sagittal proton density images, and axial gradient echo scans.
Findings: The cervical vertebral bodies are normal in stature.
Alignment
is satisfactory, however, there is reversal of normal cervical
lordosis,
a finding which may reflect muscle spasm.
At C5-C6 and C6-C7 there are disc height loss and osteophyte in
keeping
with degenerative disc disease. At C5-C6 there is no cord impingement and the foramina are preserved.
At C6-C7 there is no cord impingement. There is right-sided foraminal encroachment secondary to disc osteophyte complex.
There are foci of abnormal hyperintense signal on the proton density
and
T2-weighted images within the cervical cord. These are within the left side of the cord at C5 and within the right side of the cord at C7. There is no associated mass effect. The findings are consistent with foci of demyelination.
Impression: Degenerative disc disease at C5-C6 and C6-C7 with right-sided foraminal encroachment at C6-7. Foci of abnormal hyperintense signal in the cervical cord are consistent with foci of demyelination.
Study interpreted and report approved by: Comunale, Joseph MD
Electronically signed Diagnostic Report Imaging Report
03/13/2007 07:30 PM - 03/14/2007 09:37 AM
Exam Start - Signed-Off

**Result Narrative** USHC-A00959005572141

**Order Information** Lab Collection Information, Order Information, Order Providers

**Order: MRI BRAIN W/O CONTRAST**

WEILL CORNELL PHYSICIANS

Patient: Sharon Myrick
MRN: 1933794
DOB: [redacted]
SEX: Female

Lab: NYH RADIOLOGY
Provider: Brian Apatoff
Result Date/Time: 3/14/2007 9:32 AM

**Results Summary** Visit Date: 3/07/2007 Result Status: Final result

**Component Results**

**MRI BRAIN WITHOUT CONTRAST:**

AR 00171

Ordered: 03/13/2007 07:00 PM
Location: 55R

PATIENT NAME: MYRICK, SHARON
MRN: 01933794
Age: [redacted]
DOB: [redacted]

Adm M.D.:

| Exam Date: | Accession #: | Exam Code: | Order MD: |
|---|---|---|---|
| 03/13/2007 | *1011658 | MRBWO | APATOFF, BRIAN R MD |

Clinical History: Extremity numbness.
Technique: An MRI of the brain was performed utilizing sagittal and axial T1-weighted and FLAIR images and axial T2-weighted and diffusion-weighted scans.
Findings: The ventricles and sulci are within normal limits in size and
configuration. There are multiple foci of abnormal hyperintense signal on the FLAIR and T2-weighted images within the cerebral white matter bilaterally. These are predominantly in the periventricular white matter. There is involvement of the corpus callosum. Several lesions are
ovoid in configuration and run along the course of white matter tracks.
The findings are consistent with demyelinating disease. There is a small
focus of restricted diffusion in the right parietal periventricular white matter which likely represents a focus of acute demyelination. No
other diffusion restriction is seen. The brainstem and cerebellum are normal in signal intensity.
No hematomas are present. There are no extra-axial collections. The craniocervical junction appears normal. There are normal vascular flow-voids.
The right globe is elongated which may be secondary to a staphyloma.
The paranasal sinuses and mastoid air cells are clear.
Impression: Demyelinating disease. Single small focus of diffusion restriction in the right parietal periventricular white matter likely represents a focus of acute demyelination.
Study interpreted and report approved by: Comunale, Joseph MD
Electronically signed Diagnostic Report Imaging Report
03/13/2007 07:00 PM - 03/14/2007 09:32 AM
Exam Start - Signed-Off

---

**Result Narrative** USHC-A00959005970551/EFF 7/1/06

**Order Information** Lab Collection Information, Order Information, Order Providers

AR 00172

**CLB MEDICAL SERVICES, P.C.**
**1085 PARK AVENUE**
**NEW YORK, NY 10128**

Cordia L. Beverley, M.D.
Internal Medicine
Gastroenterology and Endoscopy

**Tel:** 212/876-1886
**Fax:** 212/722-7539

March 26th, 2007

To whom it may concern:

Dr. Sharon Myrick is under my medical care. She is being treated for a neurological condition. I recommended bed rest from 3/26/07 to 4/9/07.

Sincerely,

Cordia L. Beverley, M.D.

CORNELL
UNIVERSITY

NEWYORK
PRESBYTERIAN
HOSPITAL

Joan and Sanford I. Weill
Medical College

Multiple Sclerosis
Clinical Care &
Research Center

Department of Neurology and Neuroscience
525 East 68th Street,
New York, NY 10021

Clinical Offices: Starr Pavilion, Suite 607

Tel: 212 746-4504, Fax: 212 746-8082
E-mail: mscenter@nyp.org
www.cornellphysicians.com/mscenter

Brian R. Apatoff, MD, PhD
*Director*
212-746-4504

Gregg L. Caporaso, MD, PhD
*Head, Laboratory of Molecular Neuroscience*
212-746-2737

Nancy Nealon, MD
*Iris Cantor Women's Healthcare Center*
425 East 61st Street
New York, NY 10021
212-821-0858

Michael W. O'Dell, MD
*Associate Director, Neurorehabilitation*
*Department of Rehabilitation Medicine*
212-746-1500

Carrie Lyn Orapello, RN, MSN, FNP-C
*Nurse Practitioner*
212-746-4504

David N. Posnett, MD
*Head, Laboratory of Human Molecular Immunobiology*
*Department of Medicine*
212-746-6488

Frank A. Petito, MD
*Clinical Attending and Professor of Neurology*
212-746-2309

Sally Roth, LCSW
*Clinical Social Worker*
212-746-4279

Neeta S. Roy, PhD
*Head, Laboratory of Neural Regeneration*
212-746-6573

J. Patrick Stübgen, MD, FRCP-C
*Clinical Attending and Associate Professor of Neurology*
212-746-2334

March 26, 2007

To Whom It May Concern:

Sharon Myrick, is a patient under my care for treatment of multiple sclerosis, a neurologic disorder. Ms Myrick should not be deployed permanently due to her medical condition.

If you have any medical questions regarding this patient, please call me at the above listed number.

Sincerely,

BRA

Brian R. Apatoff, MD, PhD
Director

BRA: lrr