# United States Court of Federal Claims

| | | |
|---|---|---|
| **Sharon L. Myrick, DDS** | : | |
| **804 Musket Trial** | : | |
| **Nashville, TN 37217** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Case No: : 08-92 C** |
| **United States of America** | : | **Judge Braden** |
| | : | |
| **Defendant** | : | |
| | : | |

## Plaintiff's Consent Motion For Enlargement Of Time

Comes now Counsel for Sharon L. Myrick (Myrick), and moves this Court for an order enlarging the time for her to file a motion for judgment on the administrative record and response to the Defendant's motion for judgment on the administrative record and states:

1. This Court entered a scheduling order for this case on June 10, 2008. It provided that the Plaintiff's motion for judgment on the administrative record and response to the Defendant's cross motion was due on or before 21 days after the Defendant's motion for judgment on the administrative record was filed. The Defendant filed its motion on June 24, 2008.

2. The Plaintiff's motion for judgment on the administrative record and response to the Defendant's cross motion was due on July 15, 2008. Douglas G. Edelschick, Counsel for the Defendant, was courteous enough to call undersigned counsel and inform him that his response was due on July 15, 2008. Undersigned counsel erroneously thought the Plaintiff's motion and responses were due on July 24, 2008.

3. Counsel for the Defendant said he would consent to an enlargement of time to file the Plaintiff's pleadings on July 24, 2008.

**Wherefore the premises considered**, Plaintiff prays that this Court will grant this motion and extend the time for the Plaintiff to file her motion for judgment on the administrative

record and opposition to the Defendant's motion for judgment on the administrative record until July 24, 2008.

Respectfully submitted,

***s/s Wendell C. Robinson***
Wendell C. Robinson
Counsel for the Plaintiff
4308 Georgia Avenue, N.W.
Washington, D.C. 20011
202-223-4470

## Certificate of Service

I certify that on this motion was filed on this 24th day of July 2008. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***s/s Wendell C. Robinson***