# In the United States Court of Federal Claims

No. 08-92C
Filed: July 28, 2008

| | |
|---|---|
| ************************************** | |
| | * |
| SHARON L. MYRICK, DDS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | |

**ORDER**

Plaintiff's July 24, 2008 unopposed Consent Motion For Enlargement Of Time is hereby granted.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**