*CHAPTER 5*

# PUBLIC HEALTH SERVICE MEDICAL REVIEW BOARD

## A. RESPONSIBILITY

PHS MRB, which is established pursuant to PHS Regulations (INSTRUCTION 1, Subchapter CC49.3, Section 21.161, of the CCPM), is responsible for making formal recommendations to ASH or his/her designee regarding an officer's fitness for duty and the rating of disabilities.

## B. PHS MRB MEMBERSHIP

The Director, DCP, is responsible for the appointment of PHS MRB members. PHS MRB shall consist of three or more senior officers in the medical category. The officers shall be board eligible or board certified in a clinical specialty or otherwise qualified in clinical medicine by experience. A senior dental officer may also be appointed as a member. The Chief, MAB, DCP, or designee, shall serve as the executive secretary of PHS MRB

## C. PHS MRB PROCEDURES FOR DISABILITY DETERMINATIONS

1. PHS MRB shall meet as often as necessary to process disability cases expeditiously.

2. The Chief, MAB, DCP, shall collect and present to PHS MRB all pertinent material available on the physical and mental fitness of the officer to perform his/her duties, including the official request for a fitness determination, medical findings, and such other information as deemed pertinent for determining performance capability. If the information available is insufficient to render an equitable decision, PHS MRB may defer action and:

   a. Return the case to the examining facility for further medical examination, clarification, or preparation of additional reports concerning the officer's medical conditions and their effect on his/her functional ability.

   b. Request additional information which may be available from other medical sources. In this case, the permission for release of such information shall be obtained from the officer.

   c. Request further information from program supervisors regarding the officer's ability to perform assigned duties.

d. Provide the officer an opportunity to submit a formal statement or answer written questions posed by PHS MRB regarding his/her ability to perform assigned duties.

e. Have the officer appear in person before PHS MRB, or a subboard, for further examination.

3. When PHS MRB is satisfied that sufficient information is available for rendering accurate and just findings, the following determinations, as required by law, shall be made:

a. Fitness Determination - PHS MRB must first determine whether or not the officer is able to adequately perform the duties of his/her rank, category, and office. If the officer is able to do so, he/she may not be found unfit even though the officer may have one or more medical conditions which could render him/her unfit. Only in obvious cases of grave illness or injury does the medical evidence alone justify a finding of unfitness. In most cases, PHS MRB must rely on evidence from program supervisors to determine the officer's ability to perform. If the evidence indicates inability to perform, PHS MRB must establish a cause-effect relationship between the officer's medical condition(s) and his/her inability to perform. The finding of poor performance, per se, must not be considered evidence of physical disability. PHS MRB may find an officer:

(1) Fit for Full Duty - If an officer is found physically fit to perform the duties of his/her office, category, and grade, he/she is not eligible for disability benefits and PHS MRB need make no further determinations on the case.

(2) Fit for Limited Duty - If an officer is found physically fit to perform substantially all of his/her duties but certain limitations apply (e.g., travel or activity restrictions) and there is reasonable expectation that the restrictions may be removed at the end of the limitation period, PHS MRB, with the officer's approval, may recommend that the officer be placed on limited duty status. If his/her program supervisor, after due consideration, finds that such limitations effectively preclude the performance of mission-oriented duties, the program must inform PHS MRB of such findings and the reasons therefor. If PHS MRB concurs with the program supervisor, a finding of unfitness must be rendered. If PHS MRB does not concur, PHS MRB's recommendation and the program's appeal shall be referred to ASH for a final decision. The period of limited duty status generally will not exceed a 12-month period. At the end of a period of limited duty, PHS MRB shall reconsider the case and render a finding of fitness for full duty or unfitness.

(3) Temporarily Unfit--Continued Sick Leave at Discretion of Treating Physicians - When a case is referred for a fitness determination and the officer is under intense treatment or convalescing from an acute illness or injury, and such illness or injury is considered to be of a nature which reasonably will not result in an unfitting permanent disability, PHS MRB may find an officer temporarily unfit and recommend his/her duty status and continued use of sick leave be at the discretion of the treating physician. Ordinarily this finding by PHS MRB applies in cases exceeding 90 days of continuous sick leave but the officer is continuing to improve and a determination of prolonged disability is problematic. An officer usually will not be retained in this status for more than a period of 90 additional days at which time a finding of fitness or unfitness must be made.

(4) Unfit for Duty - If an officer is found unfit for duty due to one or more medical conditions and such condition(s) is, or may be, permanent in nature, the officer may not be retained on active duty but must be separated or retired according to applicable laws, regulations, and policies. *(For exception, see Chapter 9)*

(5) Unsuitable - When it is found that the underlying problem renders the officer unsuitable for the Service (e.g., conditions such as character and behavior disorders, alcohol or drug abuse) without sufficient independent evidence to warrant medical separation, PHS MRB shall refer the case to the Director, DCP, for appropriate administrative action. In such cases, the officer shall first be entitled to appeal the PHS MRB finding in a full and fair hearing but, if the finding is upheld by the Appeals Board and ASH, the matter shall be removed from medical channels and referred for administrative resolution (e.g., separation under probationary, substandard performance or disciplinary regulations).

4. PHS MRB Actions in Cases of Unfitness - Once a finding of unfitness due to a medical condition has been made, PHS MRB must make the following determinations:

a. Line of Duty *(See Chapter 8)* - In order for the officer to be eligible for disability benefits, the medical condition(s) causing such disability must have occurred while the officer was entitled to receive basic pay (on active duty) and must not be a result of his/her misconduct, willful neglect, or when absent without leave. Generally, an officer shall be considered to have been in sound physical condition upon entry into PHS except for conditions noted at the time of his/her commissioning physical. However, the fact that an officer was examined and accepted for active duty is not conclusive evidence that the disability was incurred after entrance on active duty. If the medical evidence and accepted medical principles (not opinion) indicate nonservice-incurrence or -aggravation, the officer shall not be entitled to disability retirement benefits. In all cases, due consideration shall be given to the length of service of the officer with respect to determining service-connection. *(See Chapter 2, Section B)*

b. Medical Waiver - If an officer entered PHS with a waivered medical condition and the condition was not aggravated by service, it is inappropriate to find the officer later disabled by the condition or to consider such condition as compensable.

c. Service-Aggravation - In evaluating conditions that existed prior to entry on active duty (EPTS), aggravation by service must be determined. If the worsening of such condition is attributable to or has been accelerated by the officer's active duty beyond the normally anticipated rate of progression had he/she not been exposed to such service, a finding of aggravation must be considered. When a condition is determined to have been aggravated by service, the degree of disability that exceeds the amount of disability that existed at the time of entry into PHS will be considered to have been "incurred while entitled to receive basic pay;" i.e., compensable.

d. Nonservice-Connected Disability - Officers who are unfit for further duty by reason of a physical disability which is neither service-incurred nor service-aggravated and who are not eligible for retirement under other provisions of law shall be separated from PHS without benefits.

e. Proximate Result - In the case of an officer called to active duty for a period of 30 days or less, PHS MRB must determine whether or not the cause of disability is proximate to the performance of his/her duties. *(See Chapter 8)*

f. Rating of Disability - If PHS MRB finds an officer eligible for disability benefits, the rating for each compensable disability must be determined from VASRD as modified by DoD Directive 1332.18.

g. Disposition of Case - If the officer is otherwise eligible for disability benefits but has less than 20 years of creditable service for retirement purposes and the combined percentage of disability is less than 30%, he/she must be separated with severance pay. If the officer has at least 20 years of service for retirement purposes or the percentage is 30% or more, he/she must be retired.

*CHAPTER 6*

## DISABILITY RETIREMENT

A. PERMANENT

A disability is permanent if, based on accepted medical principles, the defect has stabilized so that the compensable percentage rating is not expected to change during the next 5 years or if the compensable disability rating is 80% or more and the disability will probably not improve so as to be ratable at less than 80% during the next 5 years. An officer who meets either of these requirements and is otherwise qualified shall be permanently retired.

B. TEMPORARY

Disability retirement may be temporary when the officer's condition has not stabilized and he/she may recover and become fit for duty or the degree of severity may substantially change within the next 5 years. In such cases, the officer shall be removed from active duty and placed on the temporary disability retired list (TDRL) administered by DCP. The following applies to those officers placed on TDRL:

1. The officer must undergo periodic examinations at 18-month intervals or less as determined by PHS MRB. Travel expenses to and from the examining facility designated by DCP will be paid by DCP.

2. Such examinations may be performed on an outpatient or inpatient basis, preferably at a Uniformed Services facility, but PHS MRB may accept medical reports from any Government or non-Government medical facility.

3. Failure of an officer to report for any periodic examination shall result in the immediate termination of his/her disability retired pay unless the officer can show good cause for failure to report. If the officer's disability retired pay is terminated and he/she later provides good cause for failure to report for a periodic examination, he/she may be reinstated on TDRL and payments made retroactive for a period not to exceed 12 months.

4. PHS MRB shall review the findings of the periodic medical examination and make one of the following recommendations:

   a. Retain the officer on TDRL unless the periodic examination is the final examination prior to the 5-year limit on TDRL. If the officer is retained on TDRL, no change shall be made in his/her disability rating. However, if the officer remains disabled, has less than 20 years of active duty for retirement purposes, and his/her rating falls below 30%, the officer shall be removed from TDRL and separated from PHS with severance pay.

b. Find the officer fit for return to duty, in which case his/her name shall be referred to the Director, DCP, for placement at a grade no lower than that held at the time of being placed on TDRL. Consideration shall be given to the probable opportunities the officer may have had for promotion and he/she may be promoted to the next higher grade. A reserve officer will be placed in the inactive reserve component at his/her permanent grade if no position can be identified.

c. Find the officer permanently disabled. In this case, PHS MRB shall rerate the disability, taking into account changes in conditions present at the time of placement on TDRL, and shall recommend the officer be permanently retired according to appropriate statutes. In rating the disability of the officer for permanent retirement, nonservice-connected conditions, including those occurring during the TDRL period, shall not be rated.

* 5. An officer on TDRL is expected to place himself/herself under medical care for the conditions which resulted in his/her being placed on TDRL. If PHS MRB determines that an officer, according to generally accepted medical principles, would likely benefit from a particular course of treatment without undue risk, he/she may be requested to undergo such treatment but cannot be required to undergo such treatment.

6. No officer will be kept on TDRL for more than 5 years. PHS MRB must review the case at least 3 months prior to the 5 year anniversary on TDRL and either recommend return to active duty (or placement in the inactive reserve component if no position can be identified for a reserve officer), permanent retirement, or separation.

*CHAPTER 7*

# COUNSELING AND RIGHTS OF OFFICERS

## A. PURPOSE

Each officer undergoing an evaluation for disability retirement or separation will be counseled concerning the following:

1. Processing procedures.
2. Legal rights during process.
3. Effect of findings and recommendations of PHS MRB.
4. Retirement or severance pay after PHS MRB findings are known.
5. Potential VA benefits.

## B. RESPONSIBILITY

The Chief, MAB, DCP, or his/her designee is responsible for counseling the officer (or his/her next of kin) regarding the disability evaluation process. The Chief, Personnel Services Branch, DCP, or his/her designee, is responsible for counseling the officer regarding retirement or separation benefits.

## C. PROCESSING PROCEDURES

Details regarding the processing of disability evaluations are contained in preceding chapters. *Exhibit I* provides a brief outline of the steps in processing which may be helpful to an officer undergoing such evaluation.

## D. RIGHTS OF OFFICERS UNDERGOING DISABILITY EVALUATION

The officer's rights regarding disability evaluation are as follows:

1. Initiation of Disability Evaluation - An officer has the right to request a disability evaluation on himself /herself. If the officer's reasons are in keeping with the intent of laws, regulations, and policies, such requests will be processed. *(See also Chapter 3)* The officer has no recourse if a request for an evaluation is made to the Director, DCP, by program supervisors or is initiated by the Director, DCP. The findings and

recommendations of a formally processed disability evaluation, regardless of the initiation of such evaluation, will be binding until such time as a significant change in performance can be documented as due to a new or existing physical condition.

2. Medical Examination - The officer does not have the right to select the examining facility. This is the responsibility of the Director, DCP. Also, the decision to accept medical evaluations from non-Uniformed Services medical facilities is reserved to the Director, DCP, on the advice of PHS MRB.

3. Right to Review Medical Information - The officer has the right to review the findings of medical examinations to be used in determining his/her fitness. It is the usual policy of Uniformed Services facilities to provide the officer with this opportunity at the conclusion of the medical examination. An exception may be made in cases where divulging such information could prove deleterious to the officer's health or well-being. Such determination shall be made by PHS MRB. In such cases, the information may be reviewed by a person designated by the officer, preferably a physician.

4. Submitting Information to PHS MRB - The officer undergoing disability evaluation may submit any information in writing to PHS MRB which he/she believes will assist PHS MRB in making an equitable finding. The officer has no right to appear personally before PHS MRB and he/she shall not personally contact individual members of PHS MRB.

5. Appeal of PHS MRB Findings - The officer undergoing disability evaluation will be informed promptly in writing of PHS MRB findings and the right to appeal if applicable. He/she has the right to appeal the findings *(see Exhibit II)* if:

   a. The officer requested the fitness evaluation and PHS MRB finds him/her fit for duty.

   b. The program official or Director, DCP, requested the fitness evaluation and the officer is found unfit.

   c. The officer disagrees with the rating of his/her disability.

   d. The officer, program, or Director, DCP, requested the fitness evaluation and the officer is found unsuitable for service.

E. EFFECTS OF PHS MRB FINDINGS

The officer should be aware of the following:

1. Fit for Full Duty - If PHS MRB finds the officer fit for full duty, he/she is expected to perform the duties of his/her grade and office without significant restrictions.

2. Fit for Limited Duty - If the officer and his/her program concur, the officer may return to duty with limitations as stipulated by PHS MRB. Such limited duty status normally will not exceed 1 year. At the end of 1 year, a finding of fitness or unfitness for duty must be rendered by PHS MRB.

3. Unfit for Duty - An officer found unfit may not be retained on active duty *(for exception see Chapter 2, Section F)* but must be separated or retired in accordance with existing laws, regulations, and policies. He/she may be:

   a. Separated without benefits.

   b. Separated with severance pay.

   c. Placed on TDRL.

   d. Permanently retired.

4. Unsuitable - If the officer is found unsuitable for service, the matter shall be referred to the Director, DCP, or a designated member of his/her staff for a review of the findings and recommendations of PHS MRB to determine whether separation appears warranted and, if so, for appropriate administrative action.

F. DISABILITY BENEFITS

Based upon service connection and percentage of disability and years of creditable active duty service, the officer will be counseled regarding his entitlements to:

1. Severance Pay - In this case, the officer will receive a lump sum payment based upon years of active duty and will be separated from PHS. He/she will receive no further benefits from PHS but should apply to VA for possible benefits administered through that agency, including disability payments, hospital care, etc.

2. Temporary Disability Retirement - An officer otherwise eligible may be placed on TDRL if the disabling condition is not stabilized and the officer will be unable to perform his/her duties for a protracted period of time. An officer on TDRL receives similar retired pay (see 1/ below) and other benefits of an officer permanently retired. However, the officer must undergo periodic medical examinations. Based upon the findings of subsequent examinations, the officer may be recalled to active duty, placed in the inactive reserve,

1/ An officer on TDRL will receive a minimum of 50% of his/her base pay as retired pay regardless of the rating of his/her disability.

retained on TDRL, or permanently retired. An officer may be retained on TDRL for a period not to exceed 5 years. While on TDRL, no changes will be made in the amount of retired pay received regardless of any changes in the officer's condition. If and when PHS MRB determines the officer should be permanently retired, a rerating of the disability must be performed.

3. Permanent Disability Retirement - An officer whose disability is considered permanent and is not likely to increase or decrease in the foreseeable future will be permanently retired provided he/she is otherwise eligible. An officer permanently retired cannot be recalled to active duty nor can any changes be made in his/her disability rating (unless mandated by a decision of the Board for Corrections). The officer may elect to receive retired pay based upon his/her length of service or percentage of disability whichever is more favorable.