*CHAPTER 8*

# LINE OF DUTY/PROXIMATE TO DUTY DETERMINATIONS

## A. LINE OF DUTY - GENERAL POLICY

The presumption is made that any disabling condition(s) incurred while on active duty will be considered to have been incurred or aggravated in line of duty. To overcome this presumption, a preponderance of evidence must exist which establishes that the disabling condition:

1. Preexisted entry into PHS and was not aggravated by performance of official duties.

2. Was due directly to the officer's intentional misconduct or gross and willful neglect.

3. Occurred while willfully absent from official duties without proper authorization (AWOL).

## B. EXISTED PRIOR TO ENTRY INTO PHS (EPTS)

An officer is presumed to be fit for duty upon meeting the qualifications for commissioning. The development of a disabling condition subsequent to his/her call to active duty will be presumed service-incurred unless the preponderance of evidence (not opinion) establishes beyond a reasonable doubt that one or more of the following pertains:

1. The officer or the examining physician withheld medical information at the time of his/her precommissioning physical which, had PHS been aware of such information, would have been disqualifying for commissioning. Such determination shall be made by PHS MRB. Subject to the approval of ASH, such officers may be separated from PHS without benefits. Cases will be referred to the Director, DCP, or a designated staff member for appropriate administrative action.

2. The officer develops a permanently disabling condition so soon after his/her call to active duty that according to accepted medical principles such condition must have EPTS and the progression to a point of disability would have occurred regardless of PHS duties. Except in unusual circumstances, such a finding is limited to those who become disabled within the first 180 days of active duty. Such determination shall be made by PHS MRB and, if approved by ASH, the officer may be separated from PHS without benefits.

3. The officer was appointed and called to active duty with a medical condition which, based on existing information available to PHS, was not disabling but, upon assuming assigned duties, is found to be so (provided no PHS "aggravation" pertains). Such

determination shall be made by PHS MRB and, if approved by ASH, the officer may be separated from PHS without benefits.

4. The officer received medically indicated treatment to ameliorate a condition not incurred nor aggravated by PHS, and such treatment necessarily resulted in scars, loss of organs or parts of organs and other tissues, or other expected post-treatment results, and such results subsequently caused or contributed to the disability. These determinations shall be made by PHS MRB and, if approved by ASH, the officer may be terminated without benefits or the benefits may be reduced by the percentage of disability attributed to the post-treatment condition(s).

C. MISCONDUCT, WILLFUL NEGLECT, AWOL

The presumption is made that any disability incurred while on active duty is not due to the officer's intentional misconduct (including AWOL) or willful neglect. In cases where information exists or circumstances otherwise indicate that misconduct or willful neglect may be involved, PHS MRB will inform the Director, DCP, and request an administrative determination be made of the case. Since investigation regarding misconduct or willful neglect must be timely, the Chief, MAB, DCP, shall request an administrative decision in cases of serious disease or injury of an officer that might result in permanent disability. Such cases include illnesses or diseases:

1. Resulting from motor vehicle accidents.

2. Occurring while on unauthorized leave.

3. Associated with or possibly associated with the abuse of alcohol or drugs.

4. Occurring in the process of committing a felony.

5. Resulting from attempted self-destruction.

D. PROXIMATE TO DUTY

In cases of officers called to duty for 30 days or less, a determination must be made whether or not the disabling condition was incurred or aggravated proximate to the performance of official duties before his/her eligibility for benefits can be determined. A disease or injury, or aggravation thereof, resulting in a physical disability which, after consideration of all the facts and circumstances of a particular case, may reasonably be assumed to be the effect of service, will be considered the proximate result of the performance of active duty. Thus, "proximate" is more restrictive than "line of duty." For example, an officer sustaining a disabling injury while on authorized leave performing nonservice-related activities, assuming no misconduct or willful neglect, would be "in line of duty." However, it would not be

"proximate to performance of duty." In cases of injury, a determination of "proximate" requires a judgment that at the time of the injury the officer was performing his/her assigned duties or the cause of the injury could be reasonably related to the performance of such duties. Since temporal cause-effect and duty status relationships are usually determinable in accidental injury, the judgment of "proximate" largely depends on an administrative determination of the duty status of the officer at the time of the injury. On the other hand, in cases of illnesses, causal and temporal factors may be much more obscure and a determination of "proximate" to performance of duties more difficult to ascertain. Medical judgment in such cases will usually be necessary. PHS MRB may, in cases impelling a judgment of "proximate," make such a determination without requesting further action. However, in cases of "reasonable doubt," PHS MRB shall inform the Director, DCP, and request an administrative decision regarding "proximate."

*CHAPTER 9*

## CONTINUANCE OF DISABLED OFFICERS ON ACTIVE DUTY

A. GENERAL

This Chapter prescribes procedures under which certain officers who are eligible for retirement or separation because of physical disability may be continued on active duty upon request of the officer and his/her program and approved by ASH.

B. PURPOSE

The primary purpose of this program is to retain on active duty officers with special skills or experience who are not physically qualified for unlimited active duty and who ordinarily would be separated or retired from PHS.

C. ELIGIBILITY

To be considered for continuance on active duty under the provisions of this Chapter, an officer must:

1. Be found unfit by PHS MRB because of disability that is not the result of intentional misconduct or willful neglect.

2. Be capable of maintaining himself/herself in a work environment without adversely affecting his/her health or the health of others or requiring undue loss of time for medical treatment.

3. Be capable of performing substantially all of the duties for which he/she is being continued on active duty.

D. STATUS WHILE CONTINUED ON ACTIVE DUTY

The officer shall not be penalized for remaining on active duty. He/she will have the same rights and privileges as any other officer. Other than the restriction necessitated by the officer's physical disability, he/she will be expected to conform to PHS and program administrative policies and procedures.

E. DURATION OF CONTINUANCE ON ACTIVE DUTY

An officer found unfit may be continued on active duty indefinitely provided he/she meets the eligibility requirements under Section C. of this Chapter. However, the officer must undergo a medical examination and the officer and his/her program must each submit a

statement at least every 12 months requesting continuance. The purpose of the annual reexamination is to determine if the medical disability still exists and to verify that the officer and his/her program can substantiate the continuance on active duty.

F. TERMINATION OF THE CONTINUANCE

Continuance of a disabled officer on active duty will be terminated under the following circumstances:

1. A finding by ASH based on evidence from the officer's program or PHS MRB that the officer no longer meets the eligibility requirements under Section C. of this Chapter.

2. A voluntary withdrawal by the officer of his/her request for continuance.

G. DISPOSITION WHEN CONTINUANCE IS TERMINATED

Upon termination of approval for continuance of a disabled officer on active duty, he/she will be medically evaluated and one of the following dispositions will be made:

1. If the disabling condition has remained the same or has increased in severity, the officer will continue to be considered unfit, the disabilities rerated if a significant change has occurred, and he/she will be separated or retired from PHS under U.S. Code Title 10, Chapter 61.

2. If the disabling condition has improved significantly or has been cured, the original finding of unfitness will be set aside and the officer will be reevaluated to determine his/her fitness.

H. REQUEST FOR CONTINUANCE

From the date of receipt of the formal finding of unfitness by PHS MRB 1/, the officer and his/her program must, within 30 days, submit a request to ASH for continuance on active duty. The request must accompany the officer's acceptance of PHS MRB finding of unfitness. The request must be addressed to ASH and contain the following:

1. Justification by the program that retaining the officer on active duty is in the best interest of the program and the Government.

1/ If the officer appeals the findings by PHS MRB of unfitness, a period of only 7 days following notification of the appeals board finding of unfitness will be allowed for submitting a request for continuance.

2. Assurance that the program can accommodate any limitations on the officer's ability to perform, travel, or be transferred, and

3. A statement from the officer that he/she agrees to remain on active duty and understands:

   a. The conditions outlined in this chapter, and

   b. The possible consequences of remaining on active duty versus retiring from PHS.

The request for continuance and the officer's acceptance of PHS MRB findings will be sent to MAB, DCP. A recommendation from PHS MRB concerning the medical safety of continuing the officer on active duty will be included and the material will be forwarded to ASH for final action.

I. <u>APPROVAL BY ASH</u>

ASH's approval of the findings by PHS MRB of unfitness and the request by the program official and the officer for continuance is required.